**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District Of Indiana
(State)

Case number (*If known*): _____    Chapter 7

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Precision Piping and Mechanical, Inc. |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | PPMI Construction Company; PPMI |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 3 5 – 1 6 8 4 4 5 8 |

4. **Debtor's address**

**Principal place of business**

5201 Middle Mt. Vernon Rd.
Number      Street

_____

Evansville        IN        47712
City             State      ZIP Code

VANDERBURGH
County

**Mailing address, if different from principal place of business**

_____
Number      Street

_____
P.O. Box

_____
City             State      ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number      Street

_____

_____
City             State      ZIP Code

5. **Debtor's website** (URL)    www.ppmiconstruction.com

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  Precision Piping and Mechanical, Inc.                            Case number (*if known*)_____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   2  3  6  2

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☒ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.  District _____  When _____  Case number _____
                                                                     MM / DD / YYYY
        District _____  When _____  Case number _____
                                                                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No
☐ Yes.  Debtor _____  Relationship _____
        District _____  When _____
                                                                                                     MM / DD / YYYY
        Case number, if known _____

Debtor  **Precision Piping and Mechanical, Inc.**               Case number (*if known*)_____
        <sub>Name</sub>

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property?_____
                        Number         Street

_____

_____  _____  _____
City                                          State     ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

         Contact name    _____

         Phone           _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☒ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☒ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor  Precision Piping and Mechanical, Inc.  Case number (*if known*)_____
        Name

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/02/2017
            MM / DD / YYYY

✖ /s/Scott P. Jones_____        Scott P. Jones_____
Signature of authorized representative of debtor   Printed name

Title  President_____

**18. Signature of attorney**

✖ /s/R. Stephen LaPlante_____        Date  08/02/2017
Signature of attorney for debtor               MM / DD / YYYY

R. Stephen LaPlante_____
Printed name
KEATING & LaPLANTE, LLP_____
Firm name
101 N.W. First Street, Suite 116, P.O. Box 3556_____
Number      Street
Evansville_____        IN_____    47734-3556_____
City                                State         ZIP Code

(812) 463-6093_____        _____
Contact phone                           Email address

8687-82_____        IN_____
Bar number                        State

Official Form B201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page **4**

# United States Bankruptcy Court
## Southern District of Indiana
### Evansville Division

| | |
|---|---|
| In re **Precision Piping and Mechanical, Inc.** | Case No. |
| Debtor. | Chapter **7** |

## STATEMENT OF CORPORATE OWNERSHIP

Comes now **Precision Piping and Mechanical, Inc.** (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a) and 7007.1 state as follows:

____ All corporations that directly or indirectly own 10% or more of any class of the corporation's equity interests are listed below:

OR,

__**X**__ There are no entities to report.

By: **/s/R. Stephen LaPlante**

**R. Stephen LaPlante**
Signature of Attorney

Counsel for **Precision Piping and Mechanical, Inc.**
Bar no.: **8687-82**
Address.: **101 N.W. First Street, Suite 116, P.O. Box 3556**
            **Evansville, Indiana 47734-3556**

Telephone No.: **(812) 463-6093**
Fax No.: **(812) 463-6094**
E-mail address:

| | | |
|---|---|---|
| A & T Concrete Supply, Inc.<br>P.O. Box 23<br>Fort Branch, IN 47648 | A1 Septic, Inc.<br>P.O. Box 2088<br>Henderson, KY 42419-2088 | ABC Cutting Contractors, Inc.<br>5230 Commerce Circle<br>Indianapolis, IN 46237 |
| Active Energy Services, LLC<br>4705 Chapel Hill Rd.<br>Southside, TN 37171 | Advance Auto Parts<br>P.O. Box 742063<br>Atlanta, GA 30374-2063 | Advanced Disposal Services<br>P.O. Box 74008047<br>Chicago, IL 60674-8047 |
| Airgas Evansville<br>3879 N. St. Joseph Ave.<br>Evansville, IN 47720 | Airgas Evansville<br>P.O. Box 532609<br>Atlanta, GA 30353-2609 | Alt & Witzig Engineering<br>4105 W. 99th St.<br>Carmel, IN 46032 |
| Altstadt Plumbing Service, Inc.<br>P.O. Box 6422<br>Evansville, IN 47719-0422 | American Heritage Life Insurance Co<br>P.O. Box 650514<br>Dallas, TX 75265-0514 | Apex Masonry, Inc.<br>6515 E. State Road 42<br>Terre Haute, IN 47803 |
| Apprentice & Training Fund Office<br>P.O. Box 1179<br>Henderson, KY 42419-1179 | Aramark Uniform Services<br>1112 Florence St.<br>Evansville, IN 47710 | Aramark Uniform Services<br>AUCA Chicago MC Lockbox<br>25259 Network Place<br>Chicago, IL 60673-1252 |
| Auto Glass Specialties, Inc.<br>1922 W. Delaware St.<br>Evansville, IN 47712 | Auto Wheel & Rim Co.<br>P.O. Box 4220<br>Evansville, IN 47724 | Automated Building Concepts<br>P.O. Box 3372<br>Paducah, KY 42002-3372 |
| B. L. Anderson Company, Inc.<br>4801 Tazer Dr.<br>Lafayette, IN 47905 | BBC Pumps & Equipment Co., Inc.<br>P.O. Box 22098<br>Indianapolis, IN 46222 | Bradley M. Smith<br>1514 Ashmore Dr.<br>Evansville, IN 47725 |
| Bradley M. Smith<br>1514 Ashmore Dr.<br>Evansville, IN 47725 | Bradley M. Smith and Traci Smith<br>1514 Ashmore Dr.<br>Evansville, IN 47725 | Brian's Concrete Supplies<br>P.O. Box 6892<br>Evansville, IN 47719 |
| C.I.A.P.I.<br>P.O. box 1587<br>Terre Haute, IN 47808 | CAP of Central Indiana<br>P.O. Box 2488<br>Indianapolis, IN 46206-2488 | Capital Electric, Inc.<br>315 S. Tekoppel Ave.<br>Evansville, IN 47712 |
| Capitol Drilling & Sawing of Kentuc<br>4700 Bardstown Rd.<br>Elizabethtown, KY 42701 | Cash Waggner & Associates<br>402 E. 13th St., Ste. 101<br>Jasper, IN 47546 | Castlen Steel, LLC<br>7549 Iceland Rd.<br>Maceo, KY 42355 |

CED Superior/Evans Supply
P.O. Box 221229
Louisville, KY 40252-1229

Central Pension Fund
Fund Office
P.O. Box 1179
Henderson, KY 42419-1179

Ceres Solutions
P.O. Box 432
Crawfordsville, IN 47933-0432

Cintas
P.O. Box 630921
Cincinnati, OH 45263-0921

Contractor's Choice, Inc.
2070 Schappelle Ln.
Cincinnati, OH 45240

Cornerstone Boring
2950 Little Cypress Rd.
Calvert City, KY 42029

CT Corporation System
150 W. Market St., Ste. 800
Indianapolis, IN 46204

D Patrick Body Shop
7813 Baungart Rd.
47725, IN

David Enterprises, Inc.
4301 Hogue Rd.
Evansville, IN 47712

Deere Credit, Inc.
6400 N.W. 86th St.
Johnston, IA 50131

Donald J. Fuchs, Esq.
One Main St., Ste. 600
Evansville, IN 47708

Donald J. Fuchs, Esq.
One Main St., Ste. 600
Evansville, IN 47708

Donald J. Fuchs, Esq.
One Main St., Ste. 600
Evansville, IN 47708

EBN Construction &
Industrial Suppl
1701 E. Columbia St.
Evansville, IN 47711

Educational Fund
2911 W. Parrish Ave.
Owensboro, KY 42301

Edwards Concrete Construction
& Pum
1550 Yokel Rd.
Evansville, IN 47711

Electrical Worker Vacation
Old National Bank
P.O. Box 3606
Evansville, IN 47735-3606

Enterprise Fleet Management,
Inc.
600 Corporate Park Dr.
St. Louis, MO 63105

EPIC Trust Fund
IBEW #16
9001 N. Kentucky Ave.
Evansville, IN 47725

Erosion Resources & Supply
900 N. Baker Rd.
Boonville, IN 47601

Evansville Water & Sewer
Utility
1 N.W. Martin Luther King Jr.
Blvd.
Evansville, IN 47708

Evapar
9000 N. Kentucky Ave.
Evansville, IN 47725-1396

Evolve Technology Partners
5444 E. Indiana St. #322
Evansville, IN 47715

Fastenal Company
P.O. Box 978
Winona, MN 55987

Ferguson Enterprises, Inc. #20

P.O. Box 100286
Atlanta, GA 30384-0286

Fifth Third Bank, Agent
P.O. Box 5089
Evansville, IN 47716

First Federal Savings Bank
P.O. Box 1111
Evansville, IN 47706

First Federal Savings Bank
P.O. Box 1111
Evansville, IN 47706

Forterra
200 42nd Ave. N.
Nashville, TN 37209

Frontier
P.O. Box 20550
Rochester, KY 14602-0550

G.T. Repairs
6920 Staubs Ln.
Evansville, IN 47720

Galloway Electric Supply
1414 S. Green St.
Henderson, KY 42420

General Rentals Corp.
400 N. Congress Ave.
Evansville, IN 47715

General Rubber & Plastics Co.
P.O. Box 4510 Station A
Evansville, IN 47711

Goedecke Company
812 E. Taylor Ave.
St. Louis, MO 63147

Graber Crane Service
151 N. 350 E.
Washington, IN 47501

Graybar
P.O. Box 504490
St. Louis, MO 63150-4490

Green River Area Federal
Vacation - Savings
3000 E. 4th St.
Owensboro, KY 42393

Gribbins Insulation Company
1400 E. Columbia St.
Evansville, IN 47711

Hamlin Rental
6010 E. Maxwell Ave.
Evansville, IN 47715

Hamricks Towing & Recovery
1277 Maxwell Ave.
Evansville, IN 47711

Hannan Supply Company
P.O. Box 270
Paducah, KY 42002-0270

Harding Shymanski & Co.
P.O. Box 3677
Evansville, IN 47735-3677

Hardy Brake & Electric
company
920 E. Franklin St.
Evansville, IN 47710

Hardy Brake & Electric Company
112-116 N. Fulton Ave.
Evansville, IN 47719-0441

Hazelwood Towing & Recovery
2621 Sunset Ln.
Henderson, kY 42420

Health & Welfare Fund
P.O. Box 1179
Henderson, KY 42419-1179

Henderson County Board of
Education
1805 Second St.
Henderson, KY 42420

Hobbs & Associates, Inc.
P.O. Box 12909
Norfolk, VA 23541

Home City Ice Company
P.O. Box 111116
Cincinnati, OH 45211

Hydromax USA, LLC
P.O. Box 70
Chandler, IN 47610

IBEW Local 1701
2911 W. Parrish Ave.
Owensboro, KY 42301

IBEW Local 1701 PAC Fund
2911 W. Parrish Ave.
Owensboro, KY 42301

Illini Drilled Foundations,
Inc.
P.O. Box 1351
Danville, IL 61834

Imperial Fastener & Industrial
Supp
2145 Bergdolt Rd.
Evansville, IN 47711

Imperial Fastener &
Industrial Supp
P.O. Box 714549
Cincinnati, OH 45271-4549

Indiana Combo Fund #561
P.O. Box 1587
Terre Haute, IN 47808

Indiana Department of Revenue
100 North Senate Avenue, Room
N203-
Indianapolis, IN 46204

Indiana Gratings, Inc.
P.O. Box 1762
Martinsville, IN 46151

Indiana Kentucky Carpenters
Fringe Benefits
2690 Solution Center
Chicago, IL 60677-2066

| | | |
|---|---|---|
| Indianapolis Stage Sales & Rentals<br>905 Massachusetts Ave.<br>Indianapolis, IN 46202 | Infrastructure Systems, Inc.<br>P.O. Box 148<br>Orleans, IN 47452 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Iron Workers Local 103<br>P.O. Box 798344<br>St. Louis, MO 63179-8000 | Iron Workers Local 103 Assessment PAC<br>5313 Old Boonville Hwy.<br>Evansville, IN 47715 | Iron Workers Local 103 Vacation<br>c/o Cynthiana State Bank<br>11201 Upper Mt. Vernon Rd.<br>Evansville, IN 47712 |
| Irving Materials, Inc.<br>Louisville<br>1440 Selinda Ave.<br>Louisville, KY 40213-1954 | ISCP & CM Health & Welfare Fund<br>Healthscope Benefits<br>P.O. Box 50440<br>Indianapolis, IN 46250 | IUOE Local #841<br>P.O. Box 2157<br>Terre Haute, IN 47802 |
| IUOE Local #841 PAC<br>P.O Box 2157<br>Terre Haute, IN 47802 | IUOE Local 841 Apprentice & Trainin<br>P.O Box 146<br>Universal, IN 47884 | IUOE Local 841 Savings Qualified Savings Plan<br>P.O. Box 10185<br>Terre Haute, IN 47801 |
| IW Local 103<br>c/o Diamond Valley FCU<br>840 Diamond Ave.<br>Evansville, IN 47711 | J & J Supply, Inc.<br>900 N. Baker Rd.<br>Boonville, IN 47601 | J. I. Hass Co., Inc.<br>P.O. Box 1635<br>Owensboro, KY 42302-1635 |
| J. Murray Blue Surplus<br>1600 S. Green St.<br>Henderson, KY 42420 | JATC Builidng Fund<br>2911 W. Parrish Ave.<br>Owensboro, KY 42301 | JATC Trust Fund<br>Electrical JATC<br>1321 Edgar St.<br>Evansville, IN 47710 |
| Jones and Sons, Inc.<br>P.O. Box 2357<br>Washington, IN 47501 | JS Electric, LLC<br>P.O. Box 304<br>Clarksville, TN 37041 | Kahn, Dees, Donovan & Kahn, LLP<br>P.O. Box 3646<br>Evansville, IN 47735-3646 |
| Kentucky Laborers Health & Welfare<br>Contributions/Dues<br>1996 Bypass S.<br>Lawrenceburg, KY 40342 | Kentucky State Treasurer<br>Kentucky Dept. of Revenue<br>Frankfort, KY 40620-0003 | Kight Home Center<br>P.O. Box 5085<br>Evansville, IN 47716-5085 |
| King Mechanical Specialty<br>P.O. Box 67<br>Newburgh, IN 47629-0067 | Kip A. Staub Co., LLC<br>6001 Petersburg Rd.<br>Evansville, IN 47711-1819 | Kirby Risk Corporation<br>27561 Network Place<br>Chicago, IL 60673-1275 |
| KM Specialty Pumps, Inc.<br>P.O. Box 99<br>Chandler, IN 47610 | Konecranes, Inc.<br>P.O. Box 641807<br>Pittsburgh, PA 15264-1807 | Koorsen Fire & Security<br>4725 Hitch Peters Rd.<br>Evansville, IN 47711 |

Koorsen Fire & Security
2719 N. Arlington Ave.
Indianapolis, IN 46218-3322

Laborer's National Pension
Fund LB-
P.O. Box 803415
Dallas, TX 75380

Lehman Roofing
2005 Allens Ln.
Evansville, IN 47720

Lensing Building Specialties
P.O. Box 965
Evansville, IN 47706

Lensing Tool & Supply
P.O. Box 3049
Evansville, IN 47730

Lin-Gas, Inc.
P.O. Box 237
Evansville, IN 47702-0237

LIUNA Local 561 PAC
951 North Park Dr.
Evansville, IN 47710

LO #136/MCA Joint
Apprentice Traini
4301 N. St. Joseph Ave.
Evansville, IN 47720

Local #16 IBEW
Business Manager
9001 N. Kentucky Ave.
Evansville, IN 47711

Local #633 Education Fund
3128 Alvey Park Dr. W.
Owensboro, KY 42303

Local 181
Fund Office
P.O. Box 1179
Henderson, KY 42419

Local 572 Working Assessment
225 Ben Allen Rd., Ste. 102
Nashville, TN 37207

Local LMCC
5675 E. Hulman Dr.
Terre Haute, IN 47803

Local Union 1701 LMCC
2911 W. Parrish Ave.
Owensboro, KY 42301

Lochmueller Group
6200 Vogel Rd.
Evansville, IN 47715

Lowe's
P.O. Box 530943
Atlanta, GA 30353-0954

Lowe's Customer Care
P.O. Box 1111
North Wilkesboro, NC 28656

LU 275 Supplemental Pension
Fund
c/o Health Scope Benefits
P.O. Box 50440
Indianapolis, IN 46250-0440

LU 572 Apprenticeship Fund
225 Bemnn allen Rd., Ste. 102
Nashville, TN 37207

LU 572 Promotional Fund
225 Ben Allen Rd., Ste.
102
Nashville, TN 37207

Ludwig Crane Service
7840 Three School Rd.
Evansville, IN 47720

M.I.A.P., Inc.
P.O. Box 210
Mt. Vernon, IN 47620

MacAllister Rental &
Supply
Dept. 78731
P.O. Box 78000
Detroit, MI 48278-0731

Marshal Safety, Inc.
4720 N. Spring St.
Evansville, IN 47711

McMaster Carr
P.O. Box 7690
Chicago, IL 60680-7690

Mechanical Automated
Control
1838 Elm Hill Pike, Ste.
127
Nashville, TN 37210

Meisler Trailer Rentals
P.O. Box 3357
Evansville, IN 47732

Melchiors' Trailer Sales
1423 S Green River Rd.
Evansville, IN 47715

Menard's
P.O. Box 5219
Carol Stream, IL 60197-
5219

Menard's, Inc.
5101 Mernard Dr.
Eau Claire, WI 54703-9604

| | | |
|---|---|---|
| Metro Properties, LLC<br>Attn:  Jerry A. Lamb, Jr.<br>P.O. Box 72<br>Evansville, IN 47701 | Metro Properties, LLC<br>Attn:  Jerry A. Lamb, Jr.<br>640 Salem Ct.<br>Evansville, IN 47715 | Michael J. Weber, Esq.<br>227 W. Monroe St., Ste. 3850<br>Chicago, IL 60606 |
| Mid America Fire & Safety, LLC<br>4001 N. St. Joseph Ave.<br>Evansville, IN 47720 | Mid Central Operating<br>Engineers<br>Fringe Benefit Funds<br>P.O. Box 9605<br>Terre Haute, IN 47808-9605 | Midwest Mechanical Services,<br>Inc.<br>2161 Commercial Ct.<br>Evansville, IN 47720 |
| Midwest Roofing-Sheet Metal<br>1208 N. Harlan Ave.<br>Evansville, IN 47711 | Milam Builders<br>1155 Whispering Heights<br>Clarksville, TN 37043 | Modern Supply Company, Inc.<br>P.O. Box 1450<br>Owensboro, KY 42301-1450 |
| Modern Welding Co. of<br>Owensboro<br>P.O. Box 1450<br>Owensboro, KY 42302-1450 | Moore Metal Works, LLC<br>3712 Upper Mt. Vernon Rd.<br>Evansville, IN 47712-7868 | Mounts Electric, Inc.<br>P.O. Box 3273<br>Evansville, IN 47731 |
| MSC Industrial Supply<br>P.O. Box 953635<br>St. Louis, MO 63195-3635 | Mulzer Crushed Stone, Inc.<br>P.O. Box 249<br>Tell City, IN 47586 | Murphy Excavating, LLC<br>8470 Mulligan Rd.<br>Owensboro, KY 42301 |
| National Cert. Pipe Weld Bur<br>P.O Box 20425<br>Indianapolis, IN 46220 | National Electrical<br>Benefit FU<br>c/o NECA<br>8900 Keystone Crossing,<br>Ste. 1000<br>Indianapolis, IN 46204 | National LMCC<br>c/o NECA<br>8900 Keystone Crossing, Ste.<br>1000<br>Indianapolis, IN 46240 |
| Natl Board of Boiler and<br>Pressure<br>Vessel Inspectors<br>1055 Crupper Ave.<br>Columbus, OH 43229-1183 | NEC Financial Services,<br>LLC<br>250 Pehle Ave., Ste. 704<br>Saddle Brook, NJ 08663 | NECA - IBEW Pension Fund<br>2120 Hubbard Ave.<br>Decatur, IL 62526 |
| NECA Benefits Board No. 21<br>Southern Indiana Chapter<br>P.O. Box 3075<br>Evansville, IN 47730-3075 | NECA IBEW Local 1701<br>Pension Trust Benefit<br>P.O. Box 3895<br>Evansville, IN 47737-3895 | NECA-IBEW Welfare Trust<br>2120 Hubbard Ave.<br>Decatur, IL 625262899 |
| NEEMA, LLC<br>10707 Coach Light Dr.<br>Evansville, IN 47725 | NEEMA, LLC<br>P.O. Box 180<br>Inglefield, IN 47618 | Nichols Electric Supply, Inc.<br>P.O. Box 5516<br>Evansville, IN 47716-5516 |
| Norkan, Inc.<br>25200 Easy St.<br>Warren, MI 48089 | Ohio Valley Insulation<br>Co., Inc.<br>4241 Hogue Rd.<br>Evansville, IN 47712 | Old National Bank Vacation<br>Attn:  Josh Davis<br>P.O. Box 11010<br>Evansville, IN 47701 |

O'Neal Steel
1323 Burch Dr.
Evansville, IN 47725

O'Neal Steel
P.O. Box 934243
Atlanta, GA 31193-4243

Overhead Crane & Conveyor
P.O. Box 1145
Fairview, TN 37062

Owensboro Supply Co., Inc.
P.O. Box 2029
Owensboro, KY 42303-2029

P & I Supply Co.
Evansville
2220 N. Fares Ave.
Evansville, IN 47711

Park Machine & Supply Co.
426 First St.
Henderson, KY 42420

Patriot Engineering &
Environmental
601 E. Sycamore St., Ste. B
Evansville, IN 47713

Patriot Engineering &
Environmental
6150 E. 75th St.
Indianapolis, IN 46250

Pipe Trades Industry Health &
Welfa
P.O. Box 3040
Terre Haute, IN 47803

Pipefitters Local 633
3128 Alvey Park Dr. W.
Owensboro, KY 42303

Plumbers & Pipefitters LU
572
Pension Fund
225 Ben Allen Rd., Ste.
101
Nashville, TN 37207

Plumbers and Steamfitters
Local 136
2300 St. Joseph Industrial
Park Dr.
Evansville, IN 47720

Plumbers and Steamfitters
Local 184
Working Assessments
1332 Broadway St.
Paducah, KY 42001

Plumbers and Steamfitters
Local 633
2628 Solution Center
Chicago, IL 60677-2006

Plumbers Supply Company
1817 W. Michigan St.
Evansville, IN 47712

Plumbers Supply Company
P.O. Box 634623
Cincinnati, OH 45263-4623

Poumbers & Pipefitters LU
572
Health and Welfare Fund
225 Ben Allen Rd., Ste.
101
Nashville, TN 37207

Powers Welding
P.O. Box 6975
Evansville, IN 47719

PPNPF Contribution Fund
P.O. Box 79972
Baltimore, MD 21279-0972

Precision Controls
5610 W. 82nd St.
Indianapolis, IN 46278

Professional Concrete Cutting
15896 E. 650 N.
Hope, IN 47246

Raben Tire Company, Inc.
P.O. Box 4835
Station A
Evansville, IN 47724-0835

Railworks Track Systems,
Inc.
39545 Treasury Center
Chicago, IL 60694-9500

Red-D-Arc, Inc.
P.O. Box 532618
Atlanta, GA 30353-2618

Regional Water Resource Agency
2101 Grimes Ave.
Owensboro, KY 42303

Reis Tire Sales
P.O. Box 6354
Evansville, IN 47710

Riney & Craig Enterprises,
Inc.
d/b/a First Avenue Car Wash
P.O. Box 4188
Evansville, IN 47724

Roadsafe Traffic Systems
3122 Olympia Dr.
Lafayette, IN 47909

S & K Air Power
Dept. 4830
P.O. Box 87618
Chicago, IL 60680-0618

S & M Precast, Inc.
7515 Old Highway 111
Memphis, TN 47143

Scaffold King Rentals, Inc.
302 S. Jefferson St.
Rockville, IN 47872

Schrecker Supply Company
P.O. Box 1913
Owensboro, KY 42302-1913

Scott P. Jones
1405 Cheshire Bridge Rd.
Evansville, IN 47710

Scott P. Jones
1405 Cheshire Bridge Rd.
Evansville, IN 47710

Scott P. Jones and Narda A. Jones
1405 Cheshire Bridge Rd.
Evansville, IN 47710

Scott P. Jones and Narda A. Jones
1405 Cheshire Bridge Rd.
Evansville, IN 47710

Sherwin-Williams
632 E. Diamond Ave.
Evansville, IN 47711-3718

SIDC of Work Assess Laborers Work Dues
P.O. Box 1587
Terre Haute, IN 47808

Snyder Construction Co.
150 Heth Washington Rd. SE
Corydon, IN 47112

Southern Indiana Chapter NECA
P.O. Box 3075
Evansville, IN 47730-3075

Southern Indiana Employee Benefits
NEBF
P.O. Box 3075
Evansville, IN 47730-3075

Stagg Safety Equipment, Inc.
163 S. Third Ave.
Evansville, IN 47708

Sugar Steel Corporation
5401 Highway 41 North
Evansville, IN 47711

Sugar Steel Corporation
15382 Collections Center Dr.
Chicago, IL 60693-0129

Sunbelt Rentals
1015 E. Columbia St.
Evansville, IN 47711

Sunbelt Rentals
P.O. Box 409211
Atlanta, GA 30384-9211

Superior Ag Co-op
Evansville
5015 N. St. Joseph Ave.
Evansville, IN 47720

SWIBT Drug Fund
P.O. Box 1221
Evansville, IN 47706

Synenergy
P.O. Box 545
Mt. Vernon, IN 47620-0545

Tekoppel Block Company
1701 W. Ohio St.
Evansville, IN 47712

The Hanover Insurance Group
440 Lincoln St.
Worcester, MA 01653

The Hanover Insurance Group
440 Lincoln St.
Worcester, MA 01653

The Hanover Insurance Group
440 Lincoln St.
Worcester, MA 01653

The Macomb Group
6802 Loehrlein Dr.
Evansville, IN 47715

The Macomb Group
Dept. 166401
P.O. Box 67000
Detroit, MI 48267

The Vernon Corporation
P.O. Box 246
Boonville, IN 47601

Town of Newburgh
P.O. Box 100
Newburgh, IN 47629

Transportation Safety & Compliance
4212 Tamm Ct.
Louisville, KY 40272

Trifecta Steel
P.O. Box 22873
Owensboro, KY 42304

Tri-State Painting Co., Inc.
2217 St. Joseph Industrial Park
Evansville, IN 47720

TSF Company, Inc.
2930 St. Phillips Rd.
Evansville, IN 47712

U.S. Bank Equipment
Finance
1310 Madrid St.
Marshall, MN 56258

UA LU 136 Multi-Employer
Pension
Attn:  Josh Davies
P.O. Box 11010
Evansville, IN 47701

UA LU 633 Health and Welfare
Trust
P.O. Box 643348
Cincinnati, OH 45264-3348

UAPEF/Local 184 PAC Fund
Banterra BAnk
P.O. Box 7746
Paducah, KY 42002-7746

Union Dues/MRF
225 Ben Allen Rd., Ste. 102
Nashville, TN 37207

United Leasing, Inc.
3700 Morgan Ave.
Evansville, IN 47715

United Rentals Exchange,
LLC
P.O. Box 840514
Dallas, TX 75284-0514

Utility Pipe Sales Co.
P.O. Box 627
Evansville, IN 47704

Utility Supply Company
6310 S. Harding St.
Indianapolis, IN 46217

Van Ausdall & Farrar, Inc.
6430 E. 75th St.
Indianapolis, IN 46250

Verification Services
P.O. Box 4047
Evansville, IN 47724

Vessell Trim Shop
955 E. Riverside Dr.
Evansville, IN 47713

Vincennes Industrial
Rental
102 Executive Blvd.
Vincennes, IN 47591

Vincennes Water Utilities
403 Busseron St.
Vincennes, IN 47591

Waller Masonry
1742 Bearwallow Rd.
Ashland City, TN 37015

Wayne Wilkens Trucking,
LLC
1288 E. Elkhorn Rd.
Vincennes, IN 47591

West Metal Sales
3712 Upper Mt. Vernon Rd.
Evansville, IN 47712

Whayne Supply Company
2420 Lynch Rd.
Evansville, IN 47711

Whayne Supply Company
Dept. 8326
Carol Stream, IL 60122-8326

Whipps, Inc.
P.O. Box 1058
Athol, MA 01331

Winsupply of Owensboro
2110 Grimes Ave.
Owensboro, KY 42303

Wright Steel & Service,
Inc.
1413 W. Florida St.
Evansville, IN 47710

Yager Material, LLC
P.O. Box 2000
Owensboro, KY 42302-2000

ZERMA
340 Commerce Dr., Unit B
Crystal Lake, IL 60014

**UNITED STATES BANKRUPTCY COURT**
**Southern District of Indiana**
**Evansville Division**

In re: **Precision Piping and Mechanical, Inc.**

Debtors

Case No. _____

Chapter **7**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated: **August 2, 2017**            Signed: **/s/Scott P. Jones**

Dated: _____            Signed: _____

Signed: **/s/R. Stephen LaPlante**
**R. Stephen LaPlante**
**Attorney for Debtor(s)**
**Bar no.: 8687-82**
**101 N.W. First Street, Suite 116, P.O. Box 3556**
**Evansville, Indiana 47734-3556**
**Telephone No: (812) 463-6093**
**Fax No: (812) 463-6094**