United States Bankruptcy Court
Southern District of Indiana

In re:
Precision Piping and Mechanical, Inc.
    Debtor

Case No. 17-70785-BHL
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0756-3     User: alstarks     Page 1 of 1     Date Rcvd: Aug 03, 2017
                        Form ID: SF01007N   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2017.
db           #+Precision Piping and Mechanical, Inc.,    5201 Middle Mt. Vernon Rd.,     Evansville, IN 47712-3711

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2017                                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2017 at the address(es) listed below:
           R. Stephen LaPlante    on behalf of Debtor    Precision Piping and Mechanical, Inc.
            slaplante@keatingandlaplante.com, rallen@keatingandlaplante.com
           Stacy M. Wissel    tr_wissel_ecf@sbcglobal.net, IN57@ecfcbis.com
           U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
                                                                                                 TOTAL: 3

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
101 NW M.L. King Jr. Blvd., Rm. 352
Evansville, IN 47708

SF01007N (rev 06/2017)

In re:

**Precision Piping and Mechanical, Inc.**,
       Debtor.

Case No. **17–70785–BHL–7A**

## DEFICIENCY NOTICE FOR BANKRUPTCY PETITION

**NOTICE IS GIVEN** that your Bankruptcy Petition is incomplete. Required items which have not been filed as of this date are noted below:

- Attorney Disclosure of Compensation due August 16, 2017
- Statement of Financial Affairs with Declaration due August 16, 2017
- Summary of Assets and Liabilities due August 16, 2017
- Income & Expense Schedule due August 16, 2017
- Schedule A/B with Declaration due August 16, 2017
- Declaration to Schedules due August 16, 2017
- Schedule D with Declaration due August 16, 2017
- Schedule E/F with Declaration due August 16, 2017
- Schedule G with Declaration due August 16, 2017
- Schedule H with Declaration due August 16, 2017

Documents filed with the Court must be the most recent official forms which can be found at www.uscourts.gov/forms/bankruptcy–forms.

**NOTICE IS FURTHER GIVEN** that unless these items are filed by the due date listed above, or an extension of time to file is properly applied for and granted, the above–captioned case may be dismissed immediately without further notice at the expiration of the due date or extended time period.

Dated:  August 3, 2017

Kevin P. Dempsey
Clerk, U.S. Bankruptcy Court