```
                        United States Bankruptcy Court
                         Southern District of Indiana
In re:                                                        Case No. 17-70785-BHL
Precision Piping and Mechanical, Inc.                         Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0756-3          User: admin               Page 1 of 5             Date Rcvd: Aug 04, 2017
                              Form ID: b309d           Total Noticed: 266


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 06, 2017.
db             +Precision Piping and Mechanical, Inc.,    P.O. Box 4038,    Evansville, IN 47724-0038
aty            +Donald J. Fuchs,    Bingham Greenebaum Doll LLP,    One Main Street,    Suite 600,
                 Evansville, IN 47708-1464
aty            +Thomas C Scherer,    Bingham Greenebaum Doll LLP,    10 W Market St Ste 2700,
                 Indianapolis, IN 46204-4900
aty            +Whitney L Mosby,    Bingham Greenebaum Doll LLP,    10 West Market Street, #2700,
                 Indianapolis, IN 46204-4900
tr              Stacy M. Wissel,    Office of Stacy M. Wissel,    PO Box 68,    Decker, IN  47524-0068
14480989       +A & T Concrete Supply, Inc.,    P.O. Box 23,    Fort Branch, IN 47648-0023
14480990        A1 Septic, Inc.,    P.O. Box 2088,    Henderson, KY 42419-2088
14480991       +ABC Cutting Contractors, Inc.,    5230 Commerce Circle,    Indianapolis, IN 46237-9746
14480992       +Active Energy Services, LLC,    4705 Chapel Hill Rd.,    Southside, TN 37171-9104
14480993        Advance Auto Parts,    P.O. Box 742063,    Atlanta, GA 30374-2063
14480994        Advanced Disposal Services,    P.O. Box 74008047,    Chicago, IL 60674-8047
14480996        Airgas Evansville,    P.O. Box 532609,    Atlanta, GA 30353-2609
14480995        Airgas Evansville,    3879 N. St. Joseph Ave.,    Evansville, IN 47720
14480997       +Alt & Witzig Engineering,    4105 W. 99th St.,    Carmel, IN 46032-7732
14480998        Altstadt Plumbing Service, Inc.,    P.O. Box 6422,    Evansville, IN 47719-0422
14480999        American Heritage Life Insurance Co.,    P.O. Box 650514,    Dallas, TX 75265-0514
14481000       +Apex Masonry, Inc.,    6515 E. State Road 42,    Terre Haute, IN 47803-9220
14481001        Apprentice & Training Fund Office,    P.O. Box 1179,    Henderson, KY 42419-1179
14481002       +Aramark Uniform Services,    1112 Florence St.,    Evansville, IN 47710-2799
14481003        Aramark Uniform Services,    AUCA Chicago MC Lockbox,    25259 Network Place,
                 Chicago, IL 60673-1252
14481004       +Auto Glass Specialties, Inc.,    1922 W. Delaware St.,    Evansville, IN 47712-5348
14481005       +Auto Wheel & Rim Co.,    P.O. Box 4220,    Evansville, IN 47724-0220
14481006        Automated Building Concepts,    P.O. Box 3372,    Paducah, KY 42002-3372
14481007       +B. L. Anderson Company, Inc.,    4801 Tazer Dr.,    Lafayette, IN 47905-4697
14481008       +BBC Pumps & Equipment Co., Inc.,    P.O. Box 22098,    Indianapolis, IN 46222-0098
14481009       +Bradley M. Smith,    1514 Ashmore Dr.,    Evansville, IN 47725-6752
14481010       +Bradley M. Smith and Traci Smith,    1514 Ashmore Dr.,    Evansville, IN 47725-6752
14481011       +Brian's Concrete Supplies,    P.O. Box 6892,    Evansville, IN 47719-0892
14481012       +C.I.A.P.I.,    P.O. box 1587,    Terre Haute, IN 47808-1587
14481013        CAP of Central Indiana,    P.O. Box 2488,    Indianapolis, IN 46206-2488
14481018        CED Superior/Evans Supply,    P.O. Box 221229,    Louisville, KY 40252-1229
14481024       +CT Corporation System,    150 W. Market St., Ste. 800,    Indianapolis, IN 46204-2814
14481014       +Capital Electric, Inc.,    315 S. Tekoppel Ave.,    Evansville, IN 47712-4817
14481015       +Capitol Drilling & Sawing of Kentucky,    4700 Bardstown Rd.,    Elizabethtown, KY 42701-6721
14481016       +Cash Waggner & Associates,    402 E. 13th St., Ste. 101,    Jasper, IN 47546-2439
14481017       +Castlen Steel, LLC,    7549 Iceland Rd.,    Maceo, KY 42355-9609
14481019        Central Pension Fund,    Fund Office,    P.O. Box 1179,    Henderson, KY 42419-1179
14481020        Ceres Solutions,    P.O. Box 432,    Crawfordsville, IN 47933-0432
14481021        Cintas,    P.O. Box 630921,    Cincinnati, OH 45263-0921
14481022       +Contractor's Choice, Inc.,    2070 Schappelle Ln.,    Cincinnati, OH 45240-2713
14481023       +Cornerstone Boring,    2950 Little Cypress Rd.,    Calvert City, KY 42029-8944
14481025       +D Patrick Body Shop,    7813 Baungart Rd.,    47725,    IN 47725-1503
14481026       +David Enterprises, Inc.,    4301 Hogue Rd.,    Evansville, IN 47712-6455
14481028       +Donald J. Fuchs, Esq.,    One Main St., Ste. 600,    Evansville, Indiana 47708-1464
14481029       +EBN Construction & Industrial Supplies,    1701 E. Columbia St.,    Evansville, IN 47711-5959
14481034       +EPIC Trust Fund,    IBEW #16,    9001 N. Kentucky Ave.,    Evansville, IN 47725-1397
14481030       +Educational Fund,    2911 W. Parrish Ave.,    Owensboro, KY 42301-2694
14481031       +Edwards Concrete Construction & Pumping,    1550 Yokel Rd.,    Evansville, IN 47711-2867
14481032        Electrical Worker Vacation,    Old National Bank,    P.O. Box 3606,    Evansville, IN 47735-3606
14481033       +Enterprise Fleet Management, Inc.,    600 Corporate Park Dr.,    St. Louis, MO 63105-4211
14481035       +Erosion Resources & Supply,    900 N. Baker Rd.,    Boonville, IN 47601-9509
14481036       +Evansville Water & Sewer Utility,    1 N.W. Martin Luther King Jr. Blvd., Rm.,
                 Evansville, IN 47708-1850
14481037        Evapar,    9000 N. Kentucky Ave.,    Evansville, IN 47725-1396
14481038       +Evolve Technology Partners,    5444 E. Indiana St. #322,    Evansville, IN 47715-2857
14481042       +Fifth Third Bank, Agent,    P.O. Box 5089,    Evansville, IN 47716-5089
14481045       +Forterra,    200 42nd Ave. N.,    Nashville, TN 37209-3638
14481047       +G.T. Repairs,    6920 Staubs Ln.,    Evansville, IN 47720-7733
14481048       +Galloway Electric Supply,    1414 S. Green St.,    Henderson, KY 42420-4343
14481049       +General Rentals Corp.,    400 N. Congress Ave.,    Evansville, IN 47715-2445
14481050       +General Rubber & Plastics Co.,    P.O. Box 4510 Station A,    Evansville, IN 47724-0510
14481051       +Goedecke Company,    812 E. Taylor Ave.,    St. Louis, MO 63147-2819
14481052       +Graber Crane Service,    151 N. 350 E.,    Washington, IN 47501-7715
14481053        Graybar,    P.O. Box 504490,    St. Louis, MO 63150-4490
14481054       +Green River Area Federal,    Vacation - Savings,    3000 E. 4th St.,    Owensboro, KY 42303-0215
14481055       +Gribbins Insulation Company,    1400 E. Columbia St.,    Evansville, IN 47711-5222
14481056       +Hamlin Rental,    6010 E. Maxwell Ave.,    Evansville, IN 47715-2379
14481057       +Hamricks Towing & Recovery,    1277 Maxwell Ave.,    Evansville, IN 47711-4141
14481058        Hannan Supply Company,    P.O. Box 270,    Paducah, KY 42002-0270
14481059        Harding Shymanski & Co.,    P.O. Box 3677,    Evansville, IN 47735-3677
```

```
District/off: 0756-3            User: admin                 Page 2 of 5                  Date Rcvd: Aug 04, 2017
                                Form ID: b309d              Total Noticed: 266


14481061       +Hardy Brake & Electric Company,    112-116 N. Fulton Ave.,    Evansville, IN 47710
14481060       +Hardy Brake & Electric company,    920 E. Franklin St.,    Evansville, IN 47711
14481062       +Hazelwood Towing & Recovery,    2621 Sunset Ln.,    Henderson, kY 42420-2076
14481063        Health & Welfare Fund,    P.O. Box 1179,    Henderson, KY 42419-1179
14481064       +Henderson County Board of Education,    1805 Second St.,    Henderson, KY 42420-3397
14481065       +Hobbs & Associates, Inc.,    P.O. Box 12909,    Norfolk, VA 23541-0909
14481066       +Home City Ice Company,    P.O. Box 111116,    Cincinnati, OH 45211-1116
14481067       +Hydromax USA, LLC,    P.O. Box 70,    Chandler, IN 47610-0070
14481068       +IBEW Local 1701,    2911 W. Parrish Ave.,    Owensboro, KY 42301-2694
14481069       +IBEW Local 1701 PAC Fund,    2911 W. Parrish Ave.,    Owensboro, KY 42301-2694
14481084       +ISCP & CM Health & Welfare Fund,    Healthscope Benefits,    P.O. Box 50440,
                 Indianapolis, IN 46250-0440
14481085       +IUOE Local #841,    P.O. Box 2157,    Terre Haute, IN 47802-0157
14481086       +IUOE Local #841 PAC,    P.O Box 2157,    Terre Haute, IN 47802-0157
14481087       +IUOE Local 841 Apprentice & Training,    P.O Box 146,    Universal, IN 47884-0146
14481088       +IUOE Local 841 Savings,    Qualified Savings Plan,    P.O. Box 10185,
                 Terre Haute, IN 47801-0185
14481070       +Illini Drilled Foundations, Inc.,    P.O. Box 1351,    Danville, IL 61834-1351
14481072        Imperial Fastener & Industrial Supply,    P.O. Box 714549,    Cincinnati, OH 45271-4549
14481071       +Imperial Fastener & Industrial Supply,    2145 Bergdolt Rd.,    Evansville, IN 47711-2845
14481073       +Indiana Combo Fund #561,    P.O. Box 1587,    Terre Haute, IN 47808-1587
14481075       +Indiana Gratings, Inc.,    P.O. Box 1762,    Martinsville, IN 46151-0762
14481076        Indiana Kentucky Carpenters,    Fringe Benefits,    2690 Solution Center,
                 Chicago, IL 60677-2066
14481077       +Indianapolis Stage Sales & Rentals,    905 Massachusetts Ave.,    Indianapolis, IN 46202-3443
14481078       +Infrastructure Systems, Inc.,    P.O. Box 148,    Orleans, IN 47452-0148
14481080       +Iron Workers Local 103,    P.O. Box 798344,    St. Louis, MO 63179-8003
14481081       +Iron Workers Local 103,    Assessment PAC,    5313 Old Boonville Hwy.,
                 Evansville, IN 47715-2126
14481082       +Iron Workers Local 103 Vacation,    c/o Cynthiana State Bank,    11201 Upper Mt. Vernon Rd.,
                 Evansville, IN 47712-9585
14481083        Irving Materials, Inc. Louisville,    1440 Selinda Ave.,    Louisville, KY 40213-1954
14481090       +J & J Supply, Inc.,    900 N. Baker Rd.,    Boonville, IN 47601-9509
14481091        J. I. Hass Co., Inc.,    P.O. Box 1635,    Owensboro, KY 42302-1635
14481092       +J. Murray Blue Surplus,    1600 S. Green St.,    Henderson, KY 42420-4393
14481093       +JATC Builidng Fund,    2911 W. Parrish Ave.,    Owensboro, KY 42301-2694
14481094       +JATC Trust Fund,    Electrical JATC,    1321 Edgar St.,    Evansville, IN 47710-2427
14481096       +JS Electric, LLC,    P.O. Box 304,    Clarksville, TN 37041-0304
14481104       +KM Specialty Pumps, Inc.,    P.O. Box 99,    Chandler, IN 47610-0099
14481097        Kahn, Dees, Donovan & Kahn, LLP,    P.O. Box 3646,    Evansville, Indiana 47735-3646
14481098       +Kentucky Laborers Health & Welfare Fund,    Contributions/Dues,    1996 Bypass S.,
                 Lawrenceburg, KY 40342-9755
14481099        Kentucky State Treasurer,    Kentucky Dept. of Revenue,    Frankfort, KY 40620-0003
14481100        Kight Home Center,    P.O. Box 5085,    Evansville, IN 47716-5085
14481101        King Mechanical Specialty,    P.O. Box 67,    Newburgh, IN 47629-0067
14481102        Kip A. Staub Co., LLC,    6001 Petersburg Rd.,    Evansville, IN 47711-1819
14481103        Kirby Risk Corporation,    27561 Network Place,    Chicago, IL 60673-1275
14481105        Konecranes, Inc.,    P.O. Box 641807,    Pittsburgh, PA 15264-1807
14481106       +Koorsen Fire & Security,    4725 Hitch Peters Rd.,    Evansville, IN 47711-2838
14481107       +Koorsen Fire & Security,    2719 N. Arlington Ave.,    Indianapolis, IN 46218-3300
14481113       +LIUNA Local 561 PAC,    951 North Park Dr.,    Evansville, IN 47710-3629
14481114       +LO #136/MCA Joint Apprentice Training Fu,    4301 N. St. Joseph Ave.,
                 Evansville, IN 47720-1209
14481124        LU 275 Supplemental Pension Fund,    c/o Health Scope Benefits,    P.O. Box 50440,
                 Indianapolis, IN 46250-0440
14481125       +LU 572 Apprenticeship Fund,    225 Bemnn allen Rd., Ste. 102,    Nashville, TN 37207-3031
14481126       +LU 572 Promotional Fund,    225 Ben Allen Rd., Ste. 102,    Nashville, TN 37207-3031
14481108       +Laborer’s National Pension Fund LB-1392,    P.O. Box 803415,    Dallas, TX 75380-3415
14481109       +Lehman Roofing,    2005 Allens Ln.,    Evansville, IN 47720-1314
14481110       +Lensing Building Specialties,    P.O. Box 965,    Evansville, IN 47706-0965
14481111       +Lensing Tool & Supply,    P.O. Box 3049,    Evansville, IN 47730-3049
14481112        Lin-Gas, Inc.,    P.O. Box 237,    Evansville, IN 47702-0237
14481115       +Local #16 IBEW,    Business Manager,    9001 N. Kentucky Ave.,    Evansville, IN 47725-1397
14481116       +Local #633 Education Fund,    3128 Alvey Park Dr. W.,    Owensboro, KY 42303-2138
14481117       +Local 181,    Fund Office,    P.O. Box 1179,    Henderson, KY 42419-1179
14481118       +Local 572 Working Assessment,    225 Ben Allen Rd., Ste. 102,    Nashville, TN 37207-3031
14481119       +Local LMCC,    5675 E. Hulman Dr.,    Terre Haute, IN 47803-9752
14481120       +Local Union 1701 LMCC,    2911 W. Parrish Ave.,    Owensboro, KY 42301-2694
14481121       +Lochmueller Group,    6200 Vogel Rd.,    Evansville, IN 47715-4006
14481123       +Lowe’s Customer Care,    P.O. Box 1111,    North Wilkesboro, North Carolina 28656-0001
14481127       +Ludwig Crane Service,    7840 Three School Rd.,    Evansville, IN 47720-8058
14481128       +M.I.A.P., Inc.,    P.O. Box 210,    Mt. Vernon, IN 47620-0210
14481149        MSC Industrial Supply,    P.O. Box 953635,    St. Louis, MO 63195-3635
14481129        MacAllister Rental & Supply,    Dept. 78731,    P.O. Box 78000,    Detroit, MI 48278-0731
14481130       +Marshal Safety, Inc.,    4720 N. Spring St.,    Evansville, IN 47711-2485
14481131        McMaster Carr,    P.O. Box 7690,    Chicago, IL 60680-7690
14481132       +Mechanical Automated Control,    1838 Elm Hill Pike, Ste. 127,    Nashville, TN 37210-3726
14481133       +Meisler Trailer Rentals,    P.O. Box 3357,    Evansville, IN 47732-3357
14481134       +Melchiors’ Trailer Sales,    1423 S Green River Rd.,    Evansville, IN 47715-5657
14481137       +Metro Properties, LLC,    Attn: Jerry A. Lamb, Jr.,    P.O. Box 72,    Evansville, IN 47701-0072
```

Case 17-70785-BHL-7A   Doc 10   Filed 08/06/17   EOD 08/07/17 00:26:36   Pg 3 of 7

```
District/off: 0756-3          User: admin              Page 3 of 5                Date Rcvd: Aug 04, 2017
                              Form ID: b309d           Total Noticed: 266

14481138        +Metro Properties, LLC,    Attn: Jerry A. Lamb, Jr.,    640 Salem Ct.,    Evansville, IN 47715-7141
14481139        +Michael J. Weber, Esq.,    227 W. Monroe St., Ste. 3850,    Chicago, IL 60606-5085
14481140        +Mid America Fire & Safety, LLC,    4001 N. St. Joseph Ave.,    Evansville, IN 47720-1204
14481141         Mid Central Operating Engineers,    Fringe Benefit Funds,    P.O. Box 9605,
                  Terre Haute, IN 47808-9605
14481142        +Midwest Mechanical Services, Inc.,    2161 Commercial Ct.,    Evansville, IN 47720-1324
14481143        +Midwest Roofing-Sheet Metal,    1208 N. Harlan Ave.,    Evansville, IN 47711-4776
14481144        +Milam Builders,    1155 Whispering Heights,    Clarksville, TN 37043-6102
14481145        +Modern Supply Company, Inc.,    P.O. Box 1450,    Owensboro, KY 42302-1450
14481146        +Modern Welding Co. of Owensboro,    P.O. Box 1450,    Owensboro, KY 42302-1450
14481147         Moore Metal Works, LLC,    3712 Upper Mt. Vernon Rd.,    Evansville, IN 47712-7868
14481148        +Mounts Electric, Inc.,    P.O. Box 3273,    Evansville, IN 47731-3273
14481150        +Mulzer Crushed Stone, Inc.,    P.O. Box 249,    Tell City, IN 47586-0249
14481151        +Murphy Excavating, LLC,    8470 Mulligan Rd.,    Owensboro, KY 42301-8550
14481156        +NEC Financial Services, LLC,    250 Pehle Ave., Ste. 704,    Saddle Brook, NJ 07663-5888
14481157        +NECA - IBEW Pension Fund,    2120 Hubbard Ave.,    Decatur, IL 62526-2871
14481158         NECA Benefits Board No. 21,    Southern Indiana Chapter,    P.O. Box 3075,
                  Evansville, IN 47730-3075
14481159         NECA IBEW Local 1701,    Pension Trust Benefit,    P.O. Box 3895,    Evansville, IN 47737-3895
14481160        +NECA-IBEW Welfare Trust,    2120 Hubbard Ave.,    Decatur, IL 62526-2871
14481162        +NEEMA, LLC,    P.O. Box 180,    Inglefield, IN 47618-0180
14481152        +National Cert. Pipe Weld Bur,    P.O Box 20425,    Indianapolis, IN 46220-0425
14481153        +National Electrical Benefit FU,    c/o NECA,    8900 Keystone Crossing, Ste. 1000,
                  Indianapolis, IN 46240-2134
14481154        +National LMCC,    c/o NECA,    8900 Keystone Crossing, Ste. 1000,    Indianapolis, IN 46240-2134
14481155         Natl Board of Boiler and Pressure,    Vessel Inspectors,    1055 Crupper Ave.,
                  Columbus, OH 43229-1183
14481163         Nichols Electric Supply, Inc.,    P.O. Box 5516,    Evansville, IN 47716-5516
14481164        +Norkan, Inc.,    25200 Easy St.,    Warren, MI 48089-6200
14481168         O’Neal Steel,    P.O. Box 934243,    Atlanta, GA 31193-4243
14481167        +O’Neal Steel,    1323 Burch Dr.,    Evansville, IN 47725-1705
14481165        +Ohio Valley Insulation Co., Inc.,    4241 Hogue Rd.,    Evansville, IN 47712-6441
14481166        +Old National Bank Vacation,    Attn: Josh Davis,    P.O. Box 11010,    Evansville, IN 47701-8010
14481169        +Overhead Crane & Conveyor,    P.O. Box 1145,    Fairview, TN 37062-1145
14481170        +Owensboro Supply Co., Inc.,    P.O. Box 2029,    Owensboro, KY 42302-2029
14481171        +P & I Supply Co. Evansville,    2220 N. Fares Ave.,    Evansville, IN 47711-3957
14481041         P.O. Box 100286,    Atlanta, GA 30384-0286
14481185         PPNPF Contribution Fund,    P.O. Box 79972,    Baltimore, MD 21279-0972
14481172        +Park Machine & Supply Co.,    426 First St.,    Henderson, KY 42420-3285
14481174        +Patriot Engineering & Environmental, Inc,    6150 E. 75th St.,    Indianapolis, IN 46250-2783
14481173        +Patriot Engineering & Environmental, inc,    601 E. Sycamore St., Ste. B,
                  Evansville, IN 47713-2457
14481175        +Pipe Trades Industry Health & Welfare Pl,    P.O. Box 3040,    Terre Haute, IN 47803-0040
14481176        +Pipefitters Local 633,    3128 Alvey Park Dr. W.,    Owensboro, KY 42303-2138
14481177        +Plumbers & Pipefitters LU 572,    Pension Fund,    225 Ben Allen Rd., Ste. 101,
                  Nashville, TN 37207-3032
14481182         Plumbers Supply Company,    P.O. Box 634623,    Cincinnati, Ohio 45263-4623
14481181        +Plumbers Supply Company,    1817 W. Michigan St.,    Evansville, IN 47712-5257
14481178        +Plumbers and Steamfitters Local 136,    2300 St. Joseph Industrial Park Dr.,
                  Evansville, IN 47720-1251
14481179        +Plumbers and Steamfitters Local 184,    Working Assessments,    1332 Broadway St.,
                  Paducah, KY 42001-2504
14481180         Plumbers and Steamfitters Local 633,    2628 Solution Center,    Chicago, IL 60677-2006
14481183        +Poumbers & Pipefitters LU 572,    Health and Welfare Fund,    225 Ben Allen Rd., Ste. 101,
                  Nashville, TN 37207-3032
14481184        +Powers Welding,    P.O. Box 6975,    Evansville, IN 47719-0975
14481186        +Precision Controls,    5610 W. 82nd St.,    Indianapolis, IN 46278-1300
14481187         Professional Concrete Cutting,    15896 E. 650 N.,    Hope, IN 47246
14481189         Railworks Track Systems, Inc.,    39545 Treasury Center,    Chicago, IL 60694-9500
14481190         Red-D-Arc, Inc.,    P.O. Box 532618,    Atlanta, GA 30353-2618
14481191        +Regional Water Resource Agency,    2101 Grimes Ave.,    Owensboro, KY 42303-0911
14481192        +Reis Tire Sales,    P.O. Box 6354,    Evansville, IN 47719-0354
14481193        +Riney & Craig Enterprises, Inc.,    d/b/a First Avenue Car Wash,    P.O. Box 4188,
                  Evansville, IN 47724-0188
14481194        +Roadsafe Traffic Systems,    3122 Olympia Dr.,    Lafayette, IN 47909-5183
14481195         S & K Air Power,    Dept. 4830,    P.O. Box 87618,    Chicago, IL 60680-0618
14481196        +S & M Precast, Inc.,    7515 Old Highway 111,    Memphis, TN 47143-9668
14481202        +SIDC of Work Assess,    Laborers Work Dues,    P.O. Box 1587,    Terre Haute, IN 47808-1587
14481212        +SWIBT Drug Fund,    P.O. Box 1221,    Evansville, IN 47706-1221
14481197        +Scaffold King Rentals, Inc.,    302 S. Jefferson St.,    Rockville, IN 47872-1746
14481198         Schrecker Supply Company,    P.O. Box 1913,    Owensboro, KY 42302-1913
14481199        +Scott P. Jones,    1405 Cheshire Bridge Rd.,    Evansville, IN 47710-4570
14481200        +Scott P. Jones and Narda A. Jones,    1405 Cheshire Bridge Rd.,    Evansville, IN 47710-4570
14481201         Sherwin-Williams,    632 E. Diamond Ave.,    Evansville, IN 47711-3718
14481203        +Snyder Construction Co.,    150 Heth Washington Rd. SE,    Corydon, IN 47112-9054
14481204         Southern Indiana Chapter NECA,    P.O. Box 3075,    Evansville, IN 47730-3075
14481205         Southern Indiana Employee Benefits,    NEBF,    P.O. Box 3075,    Evansville, IN 47730-3075
14481206        +Stagg Safety Equipment, Inc.,    163 S. Third Ave.,    Evansville, IN 47708-1021
14481207        +Sugar Steel Corporation,    5401 Highway 41 North,    Evansville, IN 47711-1962
14481208         Sugar Steel Corporation,    15382 Collections Center Dr.,    Chicago, IL 60693-0129
```

```
District/off: 0756-3          User: admin               Page 4 of 5             Date Rcvd: Aug 04, 2017
                              Form ID: b309d            Total Noticed: 266

14481210         Sunbelt Rentals,    P.O. Box 409211,    Atlanta, GA 30384-9211
14481209        +Sunbelt Rentals,    1015 E. Columbia St.,    Evansville, IN 47711-5213
14481211        +Superior Ag Co-op Evansville,    5015 N. St. Joseph Ave.,    Evansville, IN 47720-1223
14481213         Synenergy,    P.O. Box 545,    Mt. Vernon, IN 47620-0545
14481224        +TSF Company, Inc.,    2930 St. Phillips Rd.,    Evansville, IN 47712-9519
14481214        +Tekoppel Block Company,    1701 W. Ohio St.,    Evansville, IN 47712-5099
14481218        +The Macomb Group,    Dept. 166401,    P.O. Box 67000,    Detroit, MI 48267-0002
14481217        +The Macomb Group,    6802 Loehrlein Dr.,    Evansville, IN 47715-1766
14481219        +The Vernon Corporation,    P.O. Box 246,    Boonville, IN 47601-0246
14481220        +Town of Newburgh,    P.O. Box 100,    Newburgh, IN 47629-0100
14481221        +Transportation Safety & Compliance Consu,    4212 Tamm Ct.,    Louisville, KY 40272-2840
14481223        +Tri-State Painting Co., Inc.,    2217 St. Joseph Industrial Park,    Evansville, IN 47720-1210
14481222        +Trifecta Steel,    P.O. Box 22873,    Owensboro, KY 42304-2873
14481225        +U.S. Bank Equipment Finance,    1310 Madrid St.,    Marshall, MN 56258-4099
14481226        +UA LU 136 Multi-Employer Pension,    Attn: Josh Davies,    P.O. Box 11010,
                  Evansville, IN 47701-8010
14481227         UA LU 633 Health and Welfare Trust,    P.O. Box 643348,    Cincinnati, OH 45264-3348
14481228         UAPEF/Local 184 PAC Fund,    Banterra BAnk,    P.O. Box 7746,    Paducah, KY 42002-7746
14481229        +Union Dues/MRF,    225 Ben Allen Rd., Ste. 102,    Nashville, TN 37207-3031
14481230        +United Leasing, Inc.,    3700 Morgan Ave.,    Evansville, IN 47715-2240
14481231         United Rentals Exchange, LLC,    P.O. Box 840514,    Dallas, TX 75284-0514
14481232        +Utility Pipe Sales Co.,    P.O. Box 627,    Evansville, IN 47704-0627
14481233        +Utility Supply Company,    6310 S. Harding St.,    Indianapolis, IN 46217-9411
14481234        +Van Ausdall & Farrar, Inc.,    6430 E. 75th St.,    Indianapolis, IN 46250-2751
14481235        +Verification Services,    P.O. Box 4047,    Evansville, IN 47724-0047
14481236        +Vessell Trim Shop,    955 E. Riverside Dr.,    Evansville, IN 47713-2898
14481237        +Vincennes Industrial Rental,    102 Executive Blvd.,    Vincennes, IN 47591-2514
14481239        +Waller Masonry,    1742 Bearwallow Rd.,    Ashland City, TN 37015-3513
14481240        +Wayne Wilkens Trucking, LLC,    1288 E. Elkhorn Rd.,    Vincennes, IN 47591-7092
14481241        +West Metal Sales,    3712 Upper Mt. Vernon Rd.,    Evansville, IN 47712-7868
14481243         Whayne Supply Company,    Dept. 8326,    Carol Stream, IL 60122-8326
14481242        +Whayne Supply Company,    2420 Lynch Rd.,    Evansville, IN 47711-2914
14481244        +Whipps, Inc.,    P.O. Box 1058,    Athol, MA 01331-5058
14481245        +Winsupply of Owensboro,    2110 Grimes Ave.,    Owensboro, KY 42303-0910
14481246        +Wright Steel & Service, Inc.,    1413 W. Florida St.,    Evansville, IN 47710-2212
14481247         Yager Material, LLC,    P.O. Box 2000,    Owensboro, KY 42302-2000
14481248        +ZERMA,    340 Commerce Dr., Unit B,    Crystal Lake, IL 60014-3503

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: slaplante@keatingandlaplante.com Aug 04 2017 22:04:01      R. Stephen LaPlante,
                 Keating & LaPlante,   101 N.W. First Street, Suite 116,    P.O. Box 3556,
                 Evansville, IN  47734-3556
ust            +E-mail/Text: ustpregion10.in.ecf@usdoj.gov Aug 04 2017 22:04:30      U.S. Trustee,
                 Office of U.S. Trustee,   101 W. Ohio St.. Ste. 1000,    Indianapolis, IN 46204-1982
14481027       +E-mail/Text: jdflitigationanalyticsteam@johndeere.com Aug 04 2017 22:04:55
                 Deere Credit, Inc.,   6400 N.W. 86th St.,   Johnston, IA 50131-3087
14481046        E-mail/Text: bankruptcynotification@ftr.com Aug 04 2017 22:05:10      Frontier,   P.O. Box 20550,
                 Rochester, KY 14602-0550
14481039       +E-mail/Text: legal@fastenal.com Aug 04 2017 22:04:24      Fastenal Company,    P.O. Box 978,
                 Winona, MN 55987-0978
14481043        E-mail/Text: collections@fbei.net Aug 04 2017 22:05:09      First Federal Savings Bank,
                 P.O. Box 1111,   Evansville, IN 47706-1111
14481044       +E-mail/Text: collections@fbei.net Aug 04 2017 22:05:09      First Federal Savings Bank,
                 P.O. Box 1111,   Evansville, Indiana 47706-1111
14481089       +E-mail/Text: chead@dv-fcu.org Aug 04 2017 22:04:13      IW Local 103,   c/o Diamond Valley FCU,
                 840 Diamond Ave.,   Evansville, IN 47711-3420
14481074       +E-mail/PDF: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV Aug 04 2017 22:16:21
                 Indiana Department of Revenue,   100 North Senate Avenue, Room N203-Bankr,
                 Indianapolis, Indiana 46204-2253
14481079        EDI: IRS.COM Aug 04 2017 22:03:00      Internal Revenue Service,    P.O. Box 7346,
                 Philadelphia, Pennsylvania 19101-7346
14481095       +E-mail/Text: mhealy@jonesandsons.com Aug 04 2017 22:05:05      Jones and Sons, Inc.,
                 P.O. Box 2357,   Washington, IN 47501-0997
14481122       +EDI: RMSC.COM Aug 04 2017 22:03:00      Lowe's,    P.O. Box 530943,   Atlanta, GA 30353-0943
14482458       +E-mail/Text: creditdept3rdpartyBKR@mscdirect.com Aug 04 2017 22:04:12      MSC Industrial Supply,
                 75 Maxess road,   Melville, NY 11747-3151
14481135        EDI: HFC.COM Aug 04 2017 22:03:00      Menard's,    P.O. Box 5219,   Carol Stream, IL 60197-5219
14481136        EDI: RMSC.COM Aug 04 2017 22:03:00      Menard's, Inc.,    5101 Mernard Dr.,
                 Eau Claire, WI 54703-9604
14481188        E-mail/Text: jmitchell@rabentire.com Aug 04 2017 22:04:06      Raben Tire Company, Inc.,
                 P.O. Box 4835,   Station A,   Evansville, IN 47724-0835
14481215       +E-mail/Text: ogclitmail@hanover.com Aug 04 2017 22:05:09      The Hanover Insurance Group,
                 440 Lincoln St.,   Worcester, MA 01653-0001
14481216       +E-mail/Text: ogclitmail@hanover.com Aug 04 2017 22:05:09      The Hanover Insurance Group,
                 440 Lincoln St.,   Worcester, Massachusetts 01653-0001
14481238       +E-mail/Text: mlindsey@vinutilities.com Aug 04 2017 22:05:05      Vincennes Water Utilities,
                 403 Busseron St.,   Vincennes, IN 47591-2018
                                                                                              TOTAL: 19
```

```
District/off: 0756-3           User: admin              Page 5 of 5            Date Rcvd: Aug 04, 2017
                               Form ID: b309d           Total Noticed: 266

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14481040          Ferguson Enterprises, Inc. #20
cr*              +First Federal Savings Bank,    PO Box 1111,   Evansville, IN 47706-1111
14481161         ##+NEEMA, LLC,   10707 Coach Light Dr.,    Evansville, IN 47725-8674
                                                                              TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2017 at the address(es) listed below:
```
              Donald J. Fuchs    on behalf of Creditor    First Federal Savings Bank NBranham@bgdlegal.com
              R. Stephen LaPlante    on behalf of Debtor    Precision Piping and Mechanical, Inc.
               slaplante@keatingandlaplante.com,   rallen@keatingandlaplante.com
              Stacy M. Wissel    tr_wissel_ecf@sbcglobal.net,   IN57@ecfcbis.com
              Thomas C Scherer    on behalf of Creditor    First Federal Savings Bank tscherer@bgdlegal.com,
               floyd@bgdlegal.com
              U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
              Whitney L Mosby    on behalf of Creditor    First Federal Savings Bank wmosby@bgdlegal.com,
               floyd@bgdlegal.com
                                                                                          TOTAL: 6
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | **Precision Piping and Mechanical, Inc.**<br>Name | EIN | **35–1684458** |
| United States Bankruptcy Court – **Southern District of Indiana** | | Date case filed for chapter **7**: | **August 2, 2017** |
| Case number: **17–70785–BHL–7A** | | | |

Official Form 309D (For Corporations or Partnerships)
**Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**                12/2015

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, the debtor, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records) at pacer.insb.uscourts.gov.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| 1. | **Debtor's full name** | Precision Piping and Mechanical, Inc. | |
|---|---|---|---|
| 2. | **Other names**<br>(used in last 8 years) | aka PPMI, dba PPMI Construction Company | |
| 3. | **Address** | P.O. Box 4038<br>Evansville, IN 47724 | |
| 4. | **Debtor's attorney**<br>Name and address | R. Stephen LaPlante<br>101 N.W. First Street, Suite 116<br>P.O. Box 3556<br>Evansville, IN 47734–3556 | Contact info: 812–463–6093 or<br>slaplante@keatingandlaplante.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Stacy M. Wissel<br>Office of Stacy M. Wissel<br>PO Box 68<br>Decker, IN 47524–0068 | Contact info: 812–886–6452 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address or ecf.insb.uscourts.gov. You may inspect all records filed in this case at this office or pacer.insb.uscourts.gov. | United States Bankruptcy Court<br>Southern District of Indiana<br>101 NW M.L. King Jr. Blvd., Rm. 352<br>Evansville, IN 47708 | Open weekdays 8:30 AM – 4:30 PM CT<br><br>Contact info: 812–434–6470 |
| 7. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend but are not required to do so. If the meeting is continued or adjourned to a later date, the date will be on the court docket. | **September 15, 2017 at 01:30 PM CDT**<br><br>Language interpretation of the meeting of creditors will be provided to the debtor at no cost through a telephone interpreter service upon request made to the trustee. These services may not be available at all locations. | Location:<br>**Rm. 157 Federal Building**<br>**101 NW M.L. King Blvd.**<br>**Evansville, IN 47708** |

**For more information, see page 2 >**

Debtor Precision Piping and Mechanical, Inc.     Case number 17–70785–BHL–7A

| | | |
|---|---|---|
| **8. Proof of claim deadline** <br> The bankruptcy clerk's office must receive proofs of claim by the following deadlines. | **Deadlines for filing proof of claim:** <br> A proof of claim is a signed statement describing a creditor's claim. Instructions to obtain a proof a claim form or to file electronically can be found at www.insb.uscourts.gov/filing_claims.html. A proof of claim form can also be obtained from any bankruptcy clerk's office. | For governmental units only: <br> **January 29, 2018** <br><br> For all others: <br> **December 14, 2017** |
| | If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. | |
| | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| **9. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have a question about your rights in this case. | |
| **10. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **11. Abandonment of property** | Pursuant to S.D.Ind. B–6007–1, a trustee's report of no distribution serves as a notice proposing the abandonment of all property from the estate. No further notice of the abandonment will be given unless a party in interest files a request for further notice of abandonment no later than **one day** before the first date set for the 341 meeting. Any party filing such a request will be given notice upon filing of the report of no distribution and have **14 days** to object to the abandonment. | |