**Fill in this information to identify the case:**

Debtor name    **Precision Piping and Mechanical, Inc.**

United States Bankruptcy Court for the:    **Southern District of Indiana**

Case number (If known):    **17-70785-BHL-7**

☐ Check if this is an
amended filing

Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals
12/15

---

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B* ...............................................................    $ **0.00**

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B* ...........................................................    $ **3,870,882.55**

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B* .............................................................    $ **3,870,882.55**

---

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Hold Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* at the bottom of page 1 of *Schedule D*...........................    $ **3,223,107.66**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 6a of *Schedule E/F*......................................    $ **203,450.67**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*......................    + $ **2,178,105.55**

4. **Total liabilities**.................................................................................    $ **5,604,663.88**
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name  Precision Piping and Mechanical, Inc.

United States Bankruptcy Court for the: Southern District of Indiana

Case number (If known):  17-70785-BHL-7

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand**    $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | First Federal Savings Bank | Checking | 8 4 9 1 | $ 0.00 |
| 3.2. | See Attachment 1 | | | $ |

See Attachment 2: Additional Checking, Savings, Money Market, or Financial Brokerage Accounts

4. **Other cash equivalents** *(Identify all)*

4.1. _____    $_____

4.2. _____    $_____

5. **Total of Part 1**    $ 205,189.25

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☒ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1. _____    $_____

7.2. _____    $_____

Debtor  Precision Piping and Mechanical, Inc.
        Name

Case number *(if known)* 17-70785-BHL-7

---

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____   $_____

8.2. _____   $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.   $_____

---

## Part 3:  Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☒ Yes. Fill in the information below.

Current value of debtor's interest

**11. Accounts receivable**

11a. 90 days old or less:   $2,596,178.30 − $0.00 = ➔   $2,596,178.30
                            face amount    doubtful or uncollectible accounts

11b. Over 90 days old:   $239,215.00 − $1,766.00 = ➔   $237,449.00
                         face amount    doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.   $2,833,627.30

---

## Part 4:  Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☒ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____   _____   $_____

14.2. _____   _____   $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                % of ownership:

15.1. Columbus Insurance, Ltd.    100 %    _____   $ Unknown

15.2. _____    ___%    _____   $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____   _____   $_____

16.2. _____   _____   $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.   $ 0.00

Debtor    Precision Piping and Mechanical, Inc.
          Name

Case number *(if known)*  17-70785-BHL-7

---

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☒ No. Go to Part 6.

    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.

    $_____

24. **Is any of the property listed in Part 5 perishable?**

    ☐ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value _____    Valuation method_____    Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☒ No. Go to Part 7.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** _____ | $_____ | _____ | $_____ |

---

Debtor   Precision Piping and Mechanical, Inc.
         Name

Case number *(if known)* 17-70785-BHL-7

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.

    $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

       ☐ No

       ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $_____   Valuation method _____   Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.

    ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| Office furniture and warehouse racks | $ Unknown | FMV | $ 140,000.00 |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.

    $ 140,000.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☒ No

    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☒ No

    ☐ Yes

Debtor    Precision Piping and Mechanical, Inc.
     Name

Case number *(if known)*    17-70785-BHL-7

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 Vehicles | $ Unknown | FMV | $ 131,000.00 |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |

**49. Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| See Attachment 3 | $ | | $ |

See Attachment 4: Additional Machinery, Fixtures, and Equipment

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 631,000.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☒ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

Debtor   Precision Piping and Mechanical, Inc.
Name

Case number *(if known)*   17-70785-BHL-7

---

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**
☐ No. Go to Part 10.
☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1 Business premises-Oak Hill Rd. | Leasehold | $ Unknown | | $ Unknown |
| 55.2 Bsiness premises-Harlan Ave. | Leasehold | $ Unknown | | $ Unknown |
| 55.3 Business premises-Upper Mt. Vernon Rd. | Leasehold | $ Unknown | | $ Unknown |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

**Part 10:**   **Intangibles and Intellectual Property**

59. **Does the debtor have any interests in intangibles or intellectual property?**
☒ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| 61. **Internet domain names and websites** | $ | | $ |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$

---

Debtor ___Precision Piping and Mechanical, Inc._____     Case number *(if known)*___17-70785-BHL-7___
      Name

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

    ☐ No

    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ☐ No

    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.

    ☒ Yes. Fill in the information below.

                                            **Current value of debtor's interest**

71. **Notes receivable**

    Description (include name of obligor)

    Jones Promissory Note      $22,000.00  –  $0.00 _____ = ➡️  $22,000.00

                                                Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    _____     Tax year _____     $_____
    _____     Tax year _____     $_____
    _____     Tax year _____     $_____

73. **Interests in insurance policies or annuities**

    _____                           $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    _____                           $_____

    **Nature of claim**    _____

    **Amount requested**    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    _____                           $_____

    **Nature of claim**    _____

    **Amount requested_**    $_____

76. **Trusts, equitable or future interests in property**

    _____                           $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

    Marsh USA-refund of workers comp premium_____     $39,066.00

    _____                           $_____

78. **Total of Part 11.**

    Add lines 71 through 77. Copy the total to line 90.                         $61,066.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ☒ No

    ☐ Yes

---

Debtor    Precision Piping and Mechanical, Inc.                    Case number *(if known)* 17-70785-BHL-7
       Name

---

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $205,189.25 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,833,627.30 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment, and collectibles.** *Copy line 43, Part 7.* | $140,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $631,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................................→ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $61,066.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $3,870,882.55 | + 91b. $0.00 |

92.    **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........................................................ $3,870,882.55

---

Attachment
Debtor: Precision Piping and Mechanical, Inc.        Case No:
17-70785-BHL-7

Attachment 1

> GAB
>
> Checking
>
> 1944
>
> 205,183.29
>
> Regions Bank
>
> Checking
>
> 9453
>
> 5.96

Attachment 2: Additional Checking, Savings, Money Market, or Financial Brokerage Accounts

> Institution: Regions Bank
> Account Type: Checking
> Last 4 Digits of Account Number: 9453
> Value: $5.96

Attachment 3

> Misc. personal property
>
> Unknown
>
> Valuation
>
> 500,000.00
>
> JD excavator, loader backhoe and track loader
>
> Unknown
>
> Unknown
>
> Unknown

Attachment 4: Additional Machinery, Fixtures, and Equipment

> Description: JD excavator, loader backhoe and track loader
> Book Value: Unknown
> Valuation method: Unknown
> Value: Unknown

**Fill in this information to identify the case:**

Debtor name __Precision Piping and Mechanical, Inc.__

United States Bankruptcy Court for the: __Southern District of Indiana__

Case number (If known): __17-70785-BHL-7__

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property      12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1** Creditor's name
__Deere Credit, Inc.__

Creditor's mailing address
__6400 N.W. 86th St.__
__Johnston, IA 50131__

Creditor's email address, if known
_____

Date debt was incurred __2/6/15__

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____

Describe debtor's property that is subject to a lien
__JD CT319 Compact Track Loader, JD 135G__
__Excavator and JD 310SK Loader Backhoe__

Describe the lien
__UCC-1__

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $ __144,393.00__      Column B: $ __Unknown__

**2.2** Creditor's name
__First Federal Savings Bank__

Creditor's mailing address
__P.O. Box 1111__
__Evansville, Indiana 47706__

Creditor's email address, if known
_____

Date debt was incurred __2/18/16__

Last 4 digits of account number __4 7 8 0__

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Have you already specified the relative priority?
    ☒ No. Specify each creditor, including this creditor, and its relative priority.
    __1:First Federal Savings Bank ; 2:First__
    __See Attachment 1__
    ☐ Yes. The relative priority of creditors is specified on lines ___

Describe debtor's property that is subject to a lien
__Blanket security interest in all assets__

Describe the lien
__UCC-1__

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $ __878,536.00__      Column B: $ __3,831,816.55__

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**      $ __3,223,107.66__

Debtor   Precision Piping and Mechanical, Inc.        Case number *(if known)* 17-70785-BHL-7
_____Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

## 2.3

**Creditor's name**
First Federal Savings Bank

**Creditor's mailing address**
P.O. Box 1111
Evansville, Indiana 47706

**Creditor's email address, if known**

**Date debt was incurred** 5/19/17
**Last 4 digits of account number** 5 6 2 1

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.
　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Blanket security interest in all assets & AK Steel PO ending in 3939 Rockport Works
$ 76,241.00          $ 3,831,816.55

**Describe the lien**
UCC-1

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

## 2.4

**Creditor's name**
First Federal Savings Bank

**Creditor's mailing address**
P.O. Box 1111
Evansville, Indiana 47706

**Creditor's email address, if known**

**Date debt was incurred** 5/19/17
**Last 4 digits of account number** 5 6 3 9

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.
　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Blanket security interest in all assets & AK Steel PO ending in 6884 Rockport Works
$ 86,849.00          $ 3,831,816.55

**Describe the lien**
UCC-1

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor  Precision Piping and Mechanical, Inc.
        Name

Case number *(if known)* 17-70785-BHL-7

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |

**Part 1:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.5** **Creditor's name**
First Federal Savings Bank

**Creditor's mailing address**
P.O. Box 1111
Evansville, IN 47706

**Creditor's email address, if known**

**Date debt was incurred** 2/18/16
**Last 4 digits of account number** 4 7 9 8

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☒ Yes. The relative priority of creditors is specified on lines 2.2

**Describe debtor's property that is subject to a lien**
Blanket security interest in all assets

**Describe the lien**
UCC-1

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$865,416.56   |   $3,831,816.55

---

**2.6** **Creditor's name**
First Federal Savings Bank

**Creditor's mailing address**
P.O. Box 1111
Evansville, Indiana 47706

**Creditor's email address, if known**

**Date debt was incurred** 5/19/17
**Last 4 digits of account number** 5 6 4 7

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Blanket security interest in all assets & AK Steel PO ending in 3940 Rockport Works

**Describe the lien**
UCC-1

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$55,545.10   |   $3,831,816.55

---

Debtor    Precision Piping and Mechanical, Inc.                    Case number *(if known)*   17-70785-BHL-7
           Name

| Part 1: | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral** |
| | | Do not deduct the value of collateral. | **that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.7** **Creditor's name**

First Federal Savings Bank

**Creditor's mailing address**

P.O. Box 1111
Evansville, Indiana 47706

**Creditor's email address, if known**

**Date debt was incurred**   5/3/17

**Last 4 digits of account number**   4  8  0  6

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☒ Yes. The relative priority of creditors is specified on lines 2.2

**Describe debtor's property that is subject to a lien**

Blanket security interest in all assets

$980,889.00       $3,831,816.55

**Describe the lien**
UCC-1

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.8** **Creditor's name**

The Hanover Insurance Group

**Creditor's mailing address**

440 Lincoln St.
Worcester, MA 01653

**Creditor's email address, if known**

**Date debt was incurred**   7/25/17

**Last 4 digits of account number**   __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☒ Yes. The relative priority of creditors is specified on lines 2.2

**Describe debtor's property that is subject to a lien**

Blanket security interest in all assets

$ Unknown       $3,831,816.55

**Describe the lien**
UCC-1

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    Precision Piping and Mechanical, Inc.    Case number *(if known)* 17-70785-BHL-7
_____
Name

| Part 1: | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.9** | **Creditor's name**

U.S. Bank Equipment Finance

**Creditor's mailing address**

1310 Madrid St.
Marshall, MN 56258

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Copiers

**Describe the lien**
UCC-1

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown     $ Unknown

---

**2.10** | **Creditor's name**

United Leasing, Inc.

**Creditor's mailing address**

3700 Morgan Ave.
Evansville, IN 47715

**Creditor's email address, if known**

**Date debt was incurred** 12/6/16

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Kimball office furniture and warehouse equipment

**Describe the lien**
UCC-1

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 135,238.00     $ 140,000.00

---

Debtor    Precision Piping and Mechanical, Inc.        Case number (*if known*) 17-70785-BHL-7
         Name

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Donald J. Fuchs, Esq.<br>One Main St., Ste. 600<br>Evansville, Indiana 47708 | Line 2. 3 | 5 6 2 1 |
| Donald J. Fuchs, Esq.<br>One Main St., Ste. 600<br>Evansville, Indiana 47708 | Line 2. 4 | 5 6 3 9 |
| Donald J. Fuchs, Esq.<br>One Main St., Ste. 600<br>Evansville, Indiana 47708 | Line 2. 5 | 4 7 9 8 |
| Donald J. Fuchs, Esq.<br>One Main St., Ste. 600<br>Evansville, Indiana 47708 | Line 2. 6 | 5 6 4 7 |
| Donald J. Fuchs, Esq.<br>One Main St., Ste. 600<br>Evansville, Indiana 47708 | Line 2. 7 | 4 8 0 6 |
| Michael J. Weber, Esq.<br>227 W. Monroe St., Ste. 3850<br>Chicago, IL 60606 | Line 2. 8 | __ __ __ __ |
| Fifth Third Bank, Agent<br>P.O. Box 5089<br>Evansville, IN 47716 | Line 2. 10 | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |

Attachment
Debtor: Precision Piping and Mechanical, Inc.        Case No:
17-70785-BHL-7

Attachment 1

Federal Savings Bank ; 3:The Hanover Insurance Group; 4:First Federal Savings Bank

**Fill in this information to identify the case:**

Debtor __Precision Piping and Mechanical, Inc.__

United States Bankruptcy Court for the: __Southern District of Indiana__

Case number __17-70785-BHL-7__
(If known)

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Apprentice & Training Fund Office
P.O. Box 1179
Henderson, KY 42419-1179

As of the petition filing date, the claim is: $109.20    $109.20
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __5__ )

Basis for the claim:
__Contrib. to Emp. Benefit Plans__

Is the claim subject to offset?
☒ No
☐ Yes

**2.2** Priority creditor's name and mailing address
C.I.A.P.I.
P.O. box 1587
Terre Haute, IN 47808

As of the petition filing date, the claim is: $94.79    $94.79
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __5__ )

Basis for the claim:
__Contrib. to Emp. Benefit Plans__

Is the claim subject to offset?
☒ No
☐ Yes

**2.3** Priority creditor's name and mailing address
CAP of Central Indiana
P.O. Box 2488
Indianapolis, IN 46206-2488

As of the petition filing date, the claim is: $16.31    $16.31
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __5__ )

Basis for the claim:
__Contrib. to Emp. Benefit Plans__

Is the claim subject to offset?
☒ No
☐ Yes

Debtor    Precision Piping and Mechanical, Inc. _____    Case number (if known) 17-70785-BHL-7
              Name

| **Part 1.** | **Additional Page** |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |

---

**2.4** Priority creditor's name and mailing address                                                           $_____    $_____

See 1 in Addendum
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.5** Priority creditor's name and mailing address                                                           $_____    $_____

_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.6** Priority creditor's name and mailing address                                                           $_____    $_____

_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.7** Priority creditor's name and mailing address                                                           $_____    $_____

_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

Debtor    Precision Piping and Mechanical, Inc.                                Case number *(if known)*  17-70785-BHL-7
         Name

| Part 1. | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

---

**2.8** Priority creditor's name and mailing address          $ Unknown          $ Unknown

Electrical Worker Vacation
Old National Bank, P.O. Box 3606
Evansville, IN 47735-3606

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:** Contrib. to Emp. Benefit Plans

**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __5__ )

---

**2.9** Priority creditor's name and mailing address          $ Unknown          $ Unknown

EPIC Trust Fund
IBEW #16, 9001 N. Kentucky Ave.
Evansville, IN 47725

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:** Contrib. to Emp. Benefit Plans

**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __5__ )

---

**2.10** Priority creditor's name and mailing address          $ 563.13          $ 563.13

Green River Area Federal
Vacation - Savings, 3000 E. 4th St.
Owensboro, KY 42393

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:** Contrib. to Emp. Benefit Plans

**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __5__ )

---

**2.11** Priority creditor's name and mailing address          $ 1,344.00          $ 1,344.00

Health & Welfare Fund
P.O. Box 1179
Henderson, KY 42419-1179

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:** Contrib. to Emp. Benefit Plans

**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __5__ )

---

Debtor  Precision Piping and Mechanical, Inc.

Name

Case number *(if known)*  17-70785-BHL-7

| Part 1. | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

---

**2.12** | Priority creditor's name and mailing address

$_____    $_____

See 2 in Addendum

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.13** | Priority creditor's name and mailing address

$_____    $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.14** | Priority creditor's name and mailing address

$_____    $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.15** | Priority creditor's name and mailing address

$_____    $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

Debtor  Precision Piping and Mechanical, Inc.                    Case number *(if known)*  17-70785-BHL-7
        Name

| Part 1. | Additional Page |
|---------|-----------------|

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.16**   **Priority creditor's name and mailing address**     $_____    $_____

See 3 in Addendum

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**     **Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___     **Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.17**   **Priority creditor's name and mailing address**     $_____    $_____

_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**     **Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___     **Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.18**   **Priority creditor's name and mailing address**     $_____    $_____

_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**     **Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___     **Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.19**   **Priority creditor's name and mailing address**     $_____    $_____

_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**     **Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___     **Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

Debtor    Precision Piping and Mechanical, Inc.
_____
Name

Case number (if known)   17-70785-BHL-7
_____

| Part 1. | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.20** Priority creditor's name and mailing address          $_____   $_____

See 4 in Addendum
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.21** Priority creditor's name and mailing address          $_____   $_____

_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.22** Priority creditor's name and mailing address          $_____   $_____

_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.23** Priority creditor's name and mailing address          $_____   $_____

_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

Debtor _Precision Piping and Mechanical, Inc._
Name

Case number (if known) _17-70785-BHL-7_

## Part 1.  Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.24** Priority creditor's name and mailing address

IUOE Local #841
P.O. Box 2157
Terre Haute, IN 47802

$ 259.33        $ 259.33

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Basis for the claim: Contrib. to Emp. Benefit Plans

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( __5__ )

---

**2.25** Priority creditor's name and mailing address

IUOE Local #841 PAC
P.O Box 2157
Terre Haute, IN 47802

$ 23.30        $ 23.30

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Basis for the claim: Contrib. to Emp. Benefit Plans

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( __5__ )

---

**2.26** Priority creditor's name and mailing address

IUOE Local 841 Apprentice & Training
P.O Box 146
Universal, IN 47884

$ 233.00        $ 233.00

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Basis for the claim: Contrib. to Emp. Benefit Plans

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( __5__ )

---

**2.27** Priority creditor's name and mailing address

IUOE Local 841 Savings
Qualified Savings Plan, P.O. Box 10185
Terre Haute, IN 47801

$ 792.20        $ 792.20

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Basis for the claim: Contrib. to Emp. Benefit Plans

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( __5__ )

---

Debtor    Precision Piping and Mechanical, Inc.                         Case number (if known) 17-70785-BHL-7
_____Name_____

| Part 1. | Additional Page |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.28** Priority creditor's name and mailing address

IW Local 103
c/o Diamond Valley FCU, 840 Diamond Ave.
Evansville, IN 47711

$ 758.41    $ 758.41

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim: Contrib. to Emp. Benefit Plans

Last 4 digits of account
number    ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 5 )

---

**2.29** Priority creditor's name and mailing address

JATC Builidng Fund
2911 W. Parrish Ave.
Owensboro, KY 42301

$ 82.46    $ 82.46

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
Contrib. to Emp. Benefit Plans

Last 4 digits of account
number    ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 5 )

---

**2.30** Priority creditor's name and mailing address

JATC Trust Fund
Electrical JATC, 1321 Edgar St.
Evansville, IN 47710

$ Unknown    $ Unknown

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
Contrib. to Emp. Benefit Plans

Last 4 digits of account
number    ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 5 )

---

**2.31** Priority creditor's name and mailing address

Kentucky Laborers Health & Welfare Fund
Contributions/Dues, 1996 Bypass S.
Lawrenceburg, KY 40342

$ 1,771.44    $ 1,771.44

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
Contrib. to Emp. Benefit Plans

Last 4 digits of account
number    ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 5 )

---

Debtor  Precision Piping and Mechanical, Inc.                                        Case number *(if known)* 17-70785-BHL-7
            Name

| Part 1. | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.32** Priority creditor's name and mailing address

Kentucky State Treasurer
Kentucky Dept. of Revenue
Frankfort, KY 40620-0003

$ Unknown    $ Unknown

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim: Taxes and Other Government Debts

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.33** Priority creditor's name and mailing address

Laborer's National Pension Fund LB-1392
P.O. Box 803415
Dallas, TX 75380

$ 780.45    $ 780.45

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim: Contrib. to Emp. Benefit Plans

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 5 )

---

**2.34** Priority creditor's name and mailing address

LIUNA Local 561 PAC
951 North Park Dr.
Evansville, IN 47710

$ 7.65    $ 7.65

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim: Contrib. to Emp. Benefit Plans

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 5 )

---

**2.35** Priority creditor's name and mailing address

LO #136/MCA Joint Apprentice Training Fund
4301 N. St. Joseph Ave.
Evansville, IN 47720

$ 1,678.31    $ 1,678.31

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim: Contrib. to Emp. Benefit Plans

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 5 )

Debtor    Precision Piping and Mechanical, Inc. _____    Case number (if known) 17-70785-BHL-7
       Name

---

| **Part 1.** | **Additional Page** | | |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | **Total claim** | **Priority amount** |

---

**2.36** Priority creditor's name and mailing address

Local #16 IBEW
Business Manager, 9001 N. Kentucky Ave.
Evansville, IN 47711

Date or dates debt was incurred
_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 5 )

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Contrib. to Emp. Benefit Plans

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown      $ Unknown

---

**2.37** Priority creditor's name and mailing address

Local #633 Education Fund
3128 Alvey Park Dr. W.
Owensboro, KY 42303

Date or dates debt was incurred
_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 5 )

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Contrib. to Emp. Benefit Plans

Is the claim subject to offset?
☒ No
☐ Yes

$ 600.29      $ 600.29

---

**2.38** Priority creditor's name and mailing address

Local 181
Fund Office, P.O. Box 1179
Henderson, KY 42419

Date or dates debt was incurred
_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 5 )

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Contrib. to Emp. Benefit Plans

Is the claim subject to offset?
☒ No
☐ Yes

$ 185.15      $ 185.15

---

**2.39** Priority creditor's name and mailing address

Local 572 Working Assessment
225 Ben Allen Rd., Ste. 102
Nashville, TN 37207

Date or dates debt was incurred
_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 5 )

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Contrib. to Emp. Benefit Plans

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown      $ Unknown

---

Debtor  Precision Piping and Mechanical, Inc.                    Case number (if known) 17-70785-BHL-7
        Name

## Part 1.   Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.40** Priority creditor's name and mailing address

$ Unknown    $ Unknown

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Local LMCC
5675 E. Hulman Dr.
Terre Haute, IN 47803

Date or dates debt was incurred

Basis for the claim: Contrib. to Emp. Benefit Plans

_____

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( __5__ )

---

**2.41** Priority creditor's name and mailing address

$ 42.26    $ 42.26

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Local Union 1701 LMCC
2911 W. Parrish Ave.
Owensboro, KY 42301

Date or dates debt was incurred

Basis for the claim:
Contrib. to Emp. Benefit Plans

_____

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( __5__ )

---

**2.42** Priority creditor's name and mailing address

$ Unknown    $ Unknown

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

LU 275 Supplemental Pension Fund
c/o Health Scope Benefits, P.O. Box 50440
Indianapolis, IN 46250-0440

Date or dates debt was incurred

Basis for the claim:
Contrib. to Emp. Benefit Plans

_____

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
- [ ] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( __5__ )

---

**2.43** Priority creditor's name and mailing address

$ Unknown    $ Unknown

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

LU 572 Apprenticeship Fund
225 Bemnn allen Rd., Ste. 102
Nashville, TN 37207

Date or dates debt was incurred

Basis for the claim:
Contrib. to Emp. Benefit Plans

_____

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( __5__ )

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 11 of 63

| Debtor | Precision Piping and Mechanical, Inc. | Case number (if known) | 17-70785-BHL-7 |
|---|---|---|---|

| | Name | | |

**Part 1.** **Additional Page**

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.44** Priority creditor's name and mailing address

LU 572 Promotional Fund
225 Ben Allen Rd., Ste. 102
Nashville, TN 37207

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (__5__)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Contrib. to Emp. Benefit Plans

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown    $ Unknown

**2.45** Priority creditor's name and mailing address

Mid Central Operating Engineers
Fringe Benefit Funds, P.O. Box 9605
Terre Haute, IN 47808-9605

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (__5__)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Contrib. to Emp. Benefit Plans

Is the claim subject to offset?
☒ No
☐ Yes

$ 3,716.35    $ 3,716.35

**2.46** Priority creditor's name and mailing address

National Cert. Pipe Weld Bur
P.O Box 20425
Indianapolis, IN 46220

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (__5__)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Contrib. to Emp. Benefit Plans

Is the claim subject to offset?
☐ No
☐ Yes

$ Unknown    $ Unknown

**2.47** Priority creditor's name and mailing address

National Electrical Benefit FU
c/o NECA, 8900 Keystone Crossing, Ste. 1000
Indianapolis, IN 46204

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (__5__)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Contrib. to Emp. Benefit Plans

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown    $ Unknown

Debtor _____Precision Piping and Mechanical, Inc._____
　　　　　Name

Case number *(if known)* _17-70785-BHL-7_

| Part 1. | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.48** Priority creditor's name and mailing address

National LMCC

c/o NECA, 8900 Keystone Crossing, Ste. 1000

Indianapolis, IN 46240

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 5 )

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Contrib. to Emp. Benefit Plans

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown    $ Unknown

---

**2.49** Priority creditor's name and mailing address

Natl Board of Boiler and Pressure

Vessel Inspectors, 1055 Crupper Ave.

Columbus, OH 43229-1183

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 5 )

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Contrib. to Emp. Benefit Plans

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown    $ Unknown

---

**2.50** Priority creditor's name and mailing address

NECA - IBEW Pension Fund

2120 Hubbard Ave.

Decatur, IL 62526

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 5 )

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Contrib. to Emp. Benefit Plans

Is the claim subject to offset?
☐ No
☐ Yes

$ Unknown    $ Unknown

---

**2.51** Priority creditor's name and mailing address

NECA Benefits Board No. 21

Southern Indiana Chapter, P.O. Box 3075

Evansville, IN 47730-3075

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 5 )

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Contrib. to Emp. Benefit Plans

Is the claim subject to offset?
☒ No
☐ Yes

$ 63.35    $ 63.35

---

Debtor    Precision Piping and Mechanical, Inc.                    Case number *(if known)*  17-70785-BHL-7
          Name

| Part 1. | Additional Page |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.52** Priority creditor's name and mailing address

NECA IBEW Local 1701
Pension Trust Benefit, P.O. Box 3895
Evansville, IN 47737-3895

$ 3,237.98  |  $ 3,237.98

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:  Contrib. to Emp. Benefit Plans

Last 4 digits of account number  ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 5 )

---

**2.53** Priority creditor's name and mailing address

NECA-IBEW Welfare Trust
2120 Hubbard Ave.
Decatur, IL 625262899

$ 3,016.30  |  $ 3,016.30

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:  Contrib. to Emp. Benefit Plans

Last 4 digits of account number  ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 5 )

---

**2.54** Priority creditor's name and mailing address

Pipe Trades Industry Health & Welfare Plan
P.O. Box 3040
Terre Haute, IN 47803

$ 17,792.24  |  $ 17,792.24

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:  Contrib. to Emp. Benefit Plans

Last 4 digits of account number  ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 5 )

---

**2.55** Priority creditor's name and mailing address

Pipefitters Local 633
3128 Alvey Park Dr. W.
Owensboro, KY 42303

$ 2,045.62  |  $ 2,045.62

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:  Contrib. to Emp. Benefit Plans

Last 4 digits of account number  ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 5 )

Debtor    Precision Piping and Mechanical, Inc.    Case number *(if known)* 17-70785-BHL-7
            Name

| Part 1. | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.56** Priority creditor's name and mailing address    $_____    $_____

See 5 in Addendum

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred            Basis for the claim:
_____            _____

Last 4 digits of account            Is the claim subject to offset?
number    ___ ___ ___ ___            ☐ No
                                    ☐ Yes
Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

---

**2.57** Priority creditor's name and mailing address    $_____    $_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred            Basis for the claim:
_____            _____

Last 4 digits of account            Is the claim subject to offset?
number    ___ ___ ___ ___            ☐ No
                                    ☐ Yes
Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

---

**2.58** Priority creditor's name and mailing address    $_____    $_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred            Basis for the claim:
_____            _____

Last 4 digits of account            Is the claim subject to offset?
number    ___ ___ ___ ___            ☐ No
                                    ☐ Yes
Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

---

**2.59** Priority creditor's name and mailing address    $_____    $_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred            Basis for the claim:
_____            _____

Last 4 digits of account            Is the claim subject to offset?
number    ___ ___ ___ ___            ☐ No
                                    ☐ Yes
Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

| Part 1. | Additional Page |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.60** Priority creditor's name and mailing address

Plumbers and Steamfitters Local 633
2628 Solution Center
Chicago, IL 60677-2006

$ 6,911.28     $ 6,911.28

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim: Contrib. to Emp. Benefit Plans

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (__5__)

---

**2.61** Priority creditor's name and mailing address

PPNPF Contribution Fund
P.O. Box 79972
Baltimore, MD 21279-0972

$ 13,505.93     $ 13,505.93

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
Contrib. to Emp. Benefit Plans

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (__5__)

---

**2.62** Priority creditor's name and mailing address

SIDC of Work Assess
Laborers Work Dues, P.O. Box 1587
Terre Haute, IN 47808

$ 1,725.06     $ 1,725.06

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
Contrib. to Emp. Benefit Plans

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (__5__)

---

**2.63** Priority creditor's name and mailing address

Southern Indiana Chapter NECA
P.O. Box 3075
Evansville, IN 47730-3075

$ 52.08     $ 52.08

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
Contrib. to Emp. Benefit Plans

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (__5__)

---

Debtor    Precision Piping and Mechanical, Inc. _____    Case number (if known) 17-70785-BHL-7
                Name

| Part 1. | Additional Page |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.64** Priority creditor's name and mailing address

Southern Indiana Employee Benefits
NEBF, P.O. Box 3075
Evansville, IN 47730-3075

Date or dates debt was incurred
_____

Last 4 digits of account number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (__5__)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Contrib. to Emp. Benefit Plans

Is the claim subject to offset?
☒ No
☐ Yes

Total claim: $ 989.22    Priority amount: $ 989.22

**2.65** Priority creditor's name and mailing address

SWIBT Drug Fund
P.O. Box 1221
Evansville, IN 47706

Date or dates debt was incurred
_____

Last 4 digits of account number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (__5__)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Contrib. to Emp. Benefit Plans

Is the claim subject to offset?
☒ No
☐ Yes

Total claim: $ 157.74    Priority amount: $ 157.74

**2.66** Priority creditor's name and mailing address

UA LU 136 Multi-Employer Pension
Attn: Josh Davies, P.O. Box 11010
Evansville, IN 47701

Date or dates debt was incurred
_____

Last 4 digits of account number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (__5__)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Contrib. to Emp. Benefit Plans

Is the claim subject to offset?
☒ No
☐ Yes

Total claim: $ 8,481.00    Priority amount: $ 8,481.00

**2.67** Priority creditor's name and mailing address

UA LU 633 Health and Welfare Trust
P.O. Box 643348
Cincinnati, OH 45264-3348

Date or dates debt was incurred
_____

Last 4 digits of account number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (__5__)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Contrib. to Emp. Benefit Plans

Is the claim subject to offset?
☒ No
☐ Yes

Total claim: $ 7,610.81    Priority amount: $ 7,610.81

Case 17-70785-BHL-7A    Doc 25    Filed 08/16/17    EOD 08/16/17 16:09:16    Pg 35 of 127

| Part 1. | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.68** Priority creditor's name and mailing address

UAPEF/Local 184 PAC Fund
Banterra BAnk, P.O. Box 7746
Paducah, KY 42002-7746

Date or dates debt was incurred
_____

Last 4 digits of account number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( __5__ )

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Contrib. to Emp. Benefit Plans

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown    $ Unknown

**2.69** Priority creditor's name and mailing address

Union Dues/MRF
225 Ben Allen Rd., Ste. 102
Nashville, TN 37207

Date or dates debt was incurred
_____

Last 4 digits of account number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( __5__ )

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Contrib. to Emp. Benefit Plans

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown    $ Unknown

**2.70** Priority creditor's name and mailing address

_____
_____
_____

Date or dates debt was incurred
_____

Last 4 digits of account number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____    $_____

**2.71** Priority creditor's name and mailing address

_____
_____
_____

Date or dates debt was incurred
_____

Last 4 digits of account number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____    $_____

Debtor    Precision Piping and Mechanical, Inc.            Case number *(if known)* 17-70785-BHL-7
       Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 4 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Amount of claim |
|---|---|

**3.1** Nonpriority creditor's name and mailing address

A & T Concrete Supply, Inc.

P.O. Box 23

Fort Branch, IN 47648

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

$ 658.05

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address

A1 Septic, Inc.

P.O. Box 2088

Henderson, KY 42419-2088

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

$ 200.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address

ABC Cutting Contractors, Inc.

5230 Commerce Circle

Indianapolis, IN 46237

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

$ 3,122.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address

Active Energy Services, LLC

4705 Chapel Hill Rd.

Southside, TN 37171

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

$ 250.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address

Advance Auto Parts

P.O. Box 742063

Atlanta, GA 30374-2063

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

$ 21.50

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address

Advanced Disposal Services

P.O. Box 74008047

Chicago, IL 60674-8047

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor _Precision Piping and Mechanical, Inc._____     Case number _(if known)_ 17-70785-BHL-7
        Name

---

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** | Nonpriority creditor's name and mailing address

Air Equipment Company

P.O. Box 3185
Louisville, KY 40201

Date or dates debt was incurred   _____
Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Any liability

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

---

**3.8** | Nonpriority creditor's name and mailing address

Airgas Evansville

3879 N. St. Joseph Ave.
Evansville, IN 47720

Date or dates debt was incurred   _____
Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 19,670.08

---

**3.9** | Nonpriority creditor's name and mailing address

Allied Steel Buildings

6451 N. Federal Hwy., Ste. 1202
Fort Lauderdale, FL 33308

Date or dates debt was incurred   _____
Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Any liability

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

---

**3.10** | Nonpriority creditor's name and mailing address

Alt & Witzig Engineering

4105 W. 99th St.
Carmel, IN 46032

Date or dates debt was incurred   _____
Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open accoungt

Is the claim subject to offset?
☒ No
☐ Yes

$ 300.00

---

**3.11** | Nonpriority creditor's name and mailing address

Altstadt Plumbing Service, Inc.

P.O. Box 6422
Evansville, IN 47719-0422

Date or dates debt was incurred   _____
Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,966.60

---

Debtor    Precision Piping and Mechanical, Inc.         Case number *(if known)*   17-70785-BHL-7
         Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.12** Nonpriority creditor's name and mailing address

American Heritage Life Insurance Co.

P.O. Box 650514

Dallas, TX 75265-0514

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Open account

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

---

**3.13** Nonpriority creditor's name and mailing address

Apex Masonry, Inc.

6515 E. State Road 42

Terre Haute, IN 47803

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open account

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 8,488.50

---

**3.14** Nonpriority creditor's name and mailing address

Aramark Uniform Services

1112 Florence St.

Evansville, IN 47710

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open account

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 439.00

---

**3.15** Nonpriority creditor's name and mailing address

Architectural Sales

P.O. Box 965

Evansville, IN 47706

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  Any liability

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

---

**3.16** Nonpriority creditor's name and mailing address

Auto Glass Specialties, Inc.

1922 W. Delaware St.

Evansville, IN 47712

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open account

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 100.00

---

Debtor _____Precision Piping and Mechanical, Inc._____     Case number *(if known)* __17-70785-BHL-7__
      Name

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.17** | Nonpriority creditor's name and mailing address

Auto Wheel & Rim Co.

P.O. Box 4220
Evansville, IN 47724

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 5.97

**3.18** | Nonpriority creditor's name and mailing address

Automated Building Concepts

P.O. Box 3372
Paducah, KY 42002-3372

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open accouny

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,615.00

**3.19** | Nonpriority creditor's name and mailing address

B. L. Anderson Company, Inc.

4801 Tazer Dr.
Lafayette, IN 47905

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 123,580.00

**3.20** | Nonpriority creditor's name and mailing address

BBC Pumps & Equipment Co., Inc.

P.O. Box 22098
Indianapolis, IN 46222

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 8,630.00

**3.21** | Nonpriority creditor's name and mailing address

Brian's Concrete Supplies

P.O. Box 6892
Evansville, IN 47719

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,241.53

Debtor  Precision Piping and Mechanical, Inc. _____    Case number *(if known)* 17-70785-BHL-7
       Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22** Nonpriority creditor's name and mailing address

Capital Electric, Inc.

315 S. Tekoppel Ave.
Evansville, IN 47712

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Mechanic's liens 7/28/17 and open accounts

Is the claim subject to offset?
☒ No
☐ Yes

$ 304,318.05

---

**3.23** Nonpriority creditor's name and mailing address

Capitol Drilling & Sawing of Kentucky

4700 Bardstown Rd.
Elizabethtown, KY 42701

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,225.00

---

**3.24** Nonpriority creditor's name and mailing address

Cash Waggner & Associates

402 E. 13th St., Ste. 101
Jasper, IN 47546

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 250.00

---

**3.25** Nonpriority creditor's name and mailing address

Castlen Steel, LLC

7549 Iceland Rd.
Maceo, KY 42355

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,892.50

---

**3.26** Nonpriority creditor's name and mailing address

CED Superior/Evans Supply

P.O. Box 221229
Louisville, KY 40252-1229

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 12,012.07

---

Debtor    Precision Piping and Mechanical, Inc.    Case number (if known) 17-70785-BHL-7
_____
Name

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.27** Nonpriority creditor's name and mailing address

Center Heights Lumber Co., Inc.

5812 Stringtown Rd.
Evansville, IN 47711

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Open account

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,423.33

---

**3.28** Nonpriority creditor's name and mailing address

Ceres Solutions

P.O. Box 432
Crawfordsville, IN 47933-0432

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 308.94

---

**3.29** Nonpriority creditor's name and mailing address

Cintas

P.O. Box 630921
Cincinnati, OH 45263-0921

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 90.79

---

**3.30** Nonpriority creditor's name and mailing address

City of LaVergne

5093 Murfreesboro Rd.
LaVergne, TN 37086

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: Any liability

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ Unknown

---

**3.31** Nonpriority creditor's name and mailing address

Complete Payment Recovery Services, Inc.

3500 5th St.
Northport, AL 35476

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Collection agent - payroll check

Date or dates debt was incurred    7/28/18

Last 4 digits of account number    8  5  7  7

Is the claim subject to offset?
☐ No
☐ Yes

$ 138.84

---

Debtor    Precision Piping and Mechanical, Inc.                    Case number (if known) 17-70785-BHL-7
            Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.32** Nonpriority creditor's name and mailing address

Complete Payment Recovery Services, Inc.

3500 5th St.
Northport, AL 435476

Date or dates debt was incurred  7/28/17
Last 4 digits of account number  8  6  5  9

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Collection agent - payroll

Is the claim subject to offset?
☒ No
☐ Yes

$ 163.35

---

**3.33** Nonpriority creditor's name and mailing address

Contractor's Choice, Inc.

2070 Schappelle Ln.
Cincinnati, OH 45240

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 385.20

---

**3.34** Nonpriority creditor's name and mailing address

Cornerstone Boring

2950 Little Cypress Rd.
Calvert City, KY 42029

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,630.42

---

**3.35** Nonpriority creditor's name and mailing address

D Patrick Body Shop

7813 Baungart Rd.
47725, IN

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 696.69

---

**3.36** Nonpriority creditor's name and mailing address

David Enterprises, Inc.

4301 Hogue Rd.
Evansville, IN 47712

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 5,970.70

---

Debtor    Precision Piping and Mechanical, Inc. _____    Case number *(if known)* 17-70785-BHL-7 _____
            Name

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.37** Nonpriority creditor's name and mailing address

Dr. Vinyl of S.W. Indiana

8200 Sharon Rd.
Newburgh, IN 47630

Date or dates debt was incurred _____

Last 4 digits of account number   1 7 0 5

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 204.00

---

**3.38** Nonpriority creditor's name and mailing address

EBN Construction & Industrial Supplies

1701 E. Columbia St.
Evansville, IN 47711

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,412.43

---

**3.39** Nonpriority creditor's name and mailing address

Edwards Concrete Construction & Pumping

1550 Yokel Rd.
Evansville, IN 47711

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 8,400.00

---

**3.40** Nonpriority creditor's name and mailing address

Engineered Air

32050 W. 83rd St.
Desoto, KS 66018

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  Any liability

Is the claim subject to offset?
☐ No
☐ Yes

$ Unknown

---

**3.41** Nonpriority creditor's name and mailing address

Enterprise Fleet Management, Inc.

600 Corporate Park Dr.
St. Louis, MO 63105

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Lease of vehicles

Is the claim subject to offset?
☒ No
☐ Yes

$ 379,000.00

---

Debtor    Precision Piping and Mechanical, Inc. _____    Case number *(if known)* 17-70785-BHL-7
          Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.42** | Nonpriority creditor's name and mailing address

Erb Equipment Company

9800 Indiana 57
Evansville, IN 47725

Date or dates debt was incurred _____

Last 4 digits of account number   1  8  7  0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Open accoun

Is the claim subject to offset?
☒ No
☐ Yes

$ 930.50

---

**3.43** | Nonpriority creditor's name and mailing address

Erosion Resources & Supply

900 N. Baker Rd.
Boonville, IN 47601

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,070.00

---

**3.44** | Nonpriority creditor's name and mailing address

Evansville Water & Sewer Utility

1 N.W. Martin Luther King Jr. Blvd., Rm. 104
Evansville, IN 47708

Date or dates debt was incurred   8/2/16

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Olive Street Waterline project

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

---

**3.45** | Nonpriority creditor's name and mailing address

Evapar

9000 N. Kentucky Ave.
Evansville, IN 47725-1396

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 34,973.00

---

**3.46** | Nonpriority creditor's name and mailing address

Evapco, Inc.

5151 Allendale Ln.
Taneytown, MD 21787

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Any liability

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

---

Debtor    Precision Piping and Mechanical, Inc.  _____  Case number *(if known)* 17-70785-BHL-7
         Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.47** Nonpriority creditor's name and mailing address

Evolve Technology Partners

5444 E. Indiana St. #322
Evansville, IN 47715

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,000.00

---

**3.48** Nonpriority creditor's name and mailing address

Fastenal Company

P.O. Box 978
Winona, MN 55987

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 221.21

---

**3.49** Nonpriority creditor's name and mailing address

Ferguson Enterprises, Inc. #20

Atlanta, GA 30384-0286

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 38,181.37

---

**3.50** Nonpriority creditor's name and mailing address

Fiberglass Fabricators, Inc.

P.O. Box 17068
Smithfield, RI 02917

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  Any liability

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

---

**3.51** Nonpriority creditor's name and mailing address

First Bankcard

c/o First Natl. Bank of Omaha P.O. Box 2340
Omaha, NE 68103Any liability

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Any liability

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

---

Debtor   Precision Piping and Mechanical, Inc. _____     Case number *(if known)* 17-70785-BHL-7
      Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim**

---

**3.52** Nonpriority creditor's name and mailing address

Forterra

200 42nd Ave. N.
Nashville, TN 37209

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,665.70

---

**3.53** Nonpriority creditor's name and mailing address

Frontier

P.O. Box 20550
Rochester, KY 14602-0550

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

---

**3.54** Nonpriority creditor's name and mailing address

G.T. Repairs

6920 Staubs Ln.
Evansville, IN 47720

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 4,041.95

---

**3.55** Nonpriority creditor's name and mailing address

Galloway Electric Supply

1414 S. Green St.
Henderson, KY 42420

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 47.88

---

**3.56** Nonpriority creditor's name and mailing address

General Rentals Corp.

400 N. Congress Ave.
Evansville, IN 47715

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,738.73

---

Debtor    Precision Piping and Mechanical, Inc.  _____    Case number *(if known)*  17-70785-BHL-7
             Name

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.57** | Nonpriority creditor's name and mailing address

General Rubber & Plastics Co.

P.O. Box 4510 Station A

Evansville, IN 47711

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,256.78

---

**3.58** | Nonpriority creditor's name and mailing address

Gibbs Die Casting

369 Community Dr.

Henderson, KY 42420

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Any liability PPMI subcontract with Trifecta Steel

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

---

**3.59** | Nonpriority creditor's name and mailing address

Goedecke Company

812 E. Taylor Ave.

St. Louis, MO 63147

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 3,143.78

---

**3.60** | Nonpriority creditor's name and mailing address

Graber Crane Service

151 N. 350 E.

Washington, IN 47501

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 5,825.00

---

**3.61** | Nonpriority creditor's name and mailing address

Graybar

P.O. Box 504490

St. Louis, MO 63150-4490

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 63,092.13

---

Debtor  Precision Piping and Mechanical, Inc. _____     Case number *(if known)* 17-70785-BHL-7
        Name

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.62** | Nonpriority creditor's name and mailing address

Gribbins Insulation Company

1400 E. Columbia St.
Evansville, IN 47711

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,795.00

**3.63** | Nonpriority creditor's name and mailing address

Hamlin Rental

6010 E. Maxwell Ave.
Evansville, IN 47715

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 25,464.92

**3.64** | Nonpriority creditor's name and mailing address

Hamricks Towing & Recovery

1277 Maxwell Ave.
Evansville, IN 47711

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 8,805.00

**3.65** | Nonpriority creditor's name and mailing address

Hannan Supply Company

P.O. Box 270
Paducah, KY 42002-0270

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 47,410.72

**3.66** | Nonpriority creditor's name and mailing address

Harding Shymanski & Co.

P.O. Box 3677
Evansville, IN 47735-3677

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 765.00

Debtor    Precision Piping and Mechanical, Inc. _____    Case number *(if known)* 17-70785-BHL-7
      Name

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.67** | Nonpriority creditor's name and mailing address

Hardy Brake & Electric company

P.O. Box 6441 Station B
Evansville, IN 47710

Date or dates debt was incurred    _____
Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _Open account_

Is the claim subject to offset?
☒ No
☐ Yes

$ 132.98

---

**3.68** | Nonpriority creditor's name and mailing address

Hazelwood Towing & Recovery

2621 Sunset Ln.
Henderson, kY 42420

Date or dates debt was incurred    _____
Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Open account_

Is the claim subject to offset?
☒ No
☐ Yes

$ 450.00

---

**3.69** | Nonpriority creditor's name and mailing address

Henderson County Board of Education

1805 Second St.
Henderson, KY 42420

Date or dates debt was incurred    10/24/16
Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _See Attachment 6_

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

---

**3.70** | Nonpriority creditor's name and mailing address

Henderson County Board of Education

1805 Second St.
Henderson, KY 42420

Date or dates debt was incurred    10/24/16
Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Spottsville Elementary School Project/Electrical_

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

---

**3.71** | Nonpriority creditor's name and mailing address

Henderson County Board of Education

1805 Second St.
Henderson, KY 42420

Date or dates debt was incurred    10/24/16
Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _See Attachment 7_

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

---

Debtor  Precision Piping and Mechanical, Inc. _____    Case number *(if known)* 17-70785-BHL-7
        Name

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.72** | Nonpriority creditor's name and mailing address

Hi-Tech Sheet Megal, Inc.

115 W. Jefferson Ave.
Chandler, IN 47610

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 124,028.00

---

**3.73** | Nonpriority creditor's name and mailing address

Hobbs & Associates, Inc.

P.O. Box 12909
Norfolk, VA 23541

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 3,913.32

---

**3.74** | Nonpriority creditor's name and mailing address

Home City Ice Company

P.O. Box 111116
Cincinnati, OH 45211

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 395.00

---

**3.75** | Nonpriority creditor's name and mailing address

Hydromax USA, LLC

P.O. Box 70
Chandler, IN 47610

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 57.00

---

**3.76** | Nonpriority creditor's name and mailing address

Illini Drilled Foundations, Inc.

P.O. Box 1351
Danville, IL 61834

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 11,000.00

---

Debtor  Precision Piping and Mechanical, Inc.
        Name

Case number (if known) 17-70785-BHL-7

## Part 2:   Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.77** Nonpriority creditor's name and mailing address

Imperial Fastener & Industrial Supply

2145 Bergdolt Rd.
Evansville, IN 47711

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 20,430.89

**3.78** Nonpriority creditor's name and mailing address

Indiana Gratings, Inc.

P.O. Box 1762
Martinsville, IN 46151

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 8,910.00

**3.79** Nonpriority creditor's name and mailing address

Indianapolis Stage Sales & Rentals

905 Massachusetts Ave.
Indianapolis, IN 46202

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 5,302.50

**3.80** Nonpriority creditor's name and mailing address

Infrastructure Systems, Inc.

P.O. Box 148
Orleans, IN 47452

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,090.00

**3.81** Nonpriority creditor's name and mailing address

Irving Materials, Inc. Louisville

1440 Selinda Ave.
Louisville, KY 40213-1954

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 63,965.04

Debtor  Precision Piping and Mechanical, Inc. _____  Case number *(if known)* 17-70785-BHL-7
    Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.82** | Nonpriority creditor's name and mailing address

J & J Supply, Inc.

900 N. Baker Rd.
Boonville, IN 47601

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 111.25

---

**3.83** | Nonpriority creditor's name and mailing address

J. I. Hass Co., Inc.

P.O. Box 1635
Owensboro, KY 42302-1635

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,367.00

---

**3.84** | Nonpriority creditor's name and mailing address

J. Murray Blue Surplus

1600 S. Green St.
Henderson, KY 42420

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 118.72

---

**3.85** | Nonpriority creditor's name and mailing address

Jones and Sons, Inc.

P.O. Box 2357
Washington, IN 47501

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,385.39

---

**3.86** | Nonpriority creditor's name and mailing address

JS Electric, LLC

P.O. Box 304
Clarksville, TN 37041

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 3,042.50

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.87** Nonpriority creditor's name and mailing address

Kahn, Dees, Donovan & Kahn, LLP

P.O. Box 3646

Evansville, Indiana 47735-3646

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

---

**3.88** Nonpriority creditor's name and mailing address

Kight Home Center

P.O. Box 5085

Evansville, IN 47716-5085

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 211.42

---

**3.89** Nonpriority creditor's name and mailing address

King Mechanical Specialty

P.O. Box 67

Newburgh, IN 47629-0067

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 276.08

---

**3.90** Nonpriority creditor's name and mailing address

Kip A. Staub Co., LLC

6001 Petersburg Rd.

Evansville, IN 47711-1819

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,117.00

---

**3.91** Nonpriority creditor's name and mailing address

Kirby Risk Corporation

27561 Network Place

Chicago, IL 60673-1275

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 30.90

---

Debtor  Precision Piping and Mechanical, Inc. _____    Case number *(if known)* 17-70785-BHL-7
     Name

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.92** | Nonpriority creditor's name and mailing address

KM Specialty Pumps, Inc.

P.O. Box 99

Chandler, IN 47610

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 6,952.86

---

**3.93** | Nonpriority creditor's name and mailing address

Konecranes, Inc.

P.O. Box 641807

Pittsburgh, PA 15264-1807

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,500.30

---

**3.94** | Nonpriority creditor's name and mailing address

Koorsen Fire & Security

4725 Hitch Peters Rd.

Evansville, IN 47711

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 766.53

---

**3.95** | Nonpriority creditor's name and mailing address

Lehman Roofing

2005 Allens Ln.

Evansville, IN 47720

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,076.20

---

**3.96** | Nonpriority creditor's name and mailing address

Lensing Building Specialties

P.O. Box 965

Evansville, IN 47706

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 160.00

---

Debtor    Precision Piping and Mechanical, Inc. _____    Case number *(if known)*  17-70785-BHL-7
              Name

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     **Amount of claim**

---

**3.97**  Nonpriority creditor's name and mailing address

Lensing Tool & Supply

P.O. Box 3049

Evansville, IN 47730

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Open account

Is the claim subject to offset?
☒ No
☐ Yes

$3,269.63

---

**3.98**  Nonpriority creditor's name and mailing address

Lin-Gas, Inc.

P.O. Box 237

Evansville, IN 47702-0237

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open account

Is the claim subject to offset?
☒ No
☐ Yes

$757.67

---

**3.99**  Nonpriority creditor's name and mailing address

Lochmueller Group

6200 Vogel Rd.

Evansville, IN 47715

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open account

Is the claim subject to offset?
☒ No
☐ Yes

$80.31

---

**3.100**  Nonpriority creditor's name and mailing address

Lockwood International, Inc.

10203 Wallisville Rd.

Houston, TX 77013

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  Any liability

Is the claim subject to offset?
☒ No
☐ Yes

$Unknown

---

**3.101**  Nonpriority creditor's name and mailing address

Lowe's Customer Care

P.O. Box 1111

North Wilkesboro, North Carolina 28656

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open account

Is the claim subject to offset?
☒ No
☐ Yes

$671.88

---

Debtor _Precision Piping and Mechanical, Inc._____   Case number (if known) _17-70785-BHL-7_
       Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.102** Nonpriority creditor's name and mailing address

Ludwig Crane Service

7840 Three School Rd.
Evansville, IN 47720

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Open account

Is the claim subject to offset?
☒ No
☐ Yes

$1,200.00

---

**3.103** Nonpriority creditor's name and mailing address

M & M Manufacturing, Inc.

4001 Mark IV Pkwy.
Fort Worth, TX 76106

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  Any liability

Is the claim subject to offset?
☒ No
☐ Yes

$Unknown

---

**3.104** Nonpriority creditor's name and mailing address

M.I.A.P., Inc.

P.O. Box 210
Mt. Vernon, IN 47620

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open account

Is the claim subject to offset?
☒ No
☐ Yes

$19.16

---

**3.105** Nonpriority creditor's name and mailing address

MacAllister Rental & Supply

Dept. 78731 P.O. Box 78000
Detroit, MI 48278-0731

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open account

Is the claim subject to offset?
☒ No
☐ Yes

$14,295.57

---

**3.106** Nonpriority creditor's name and mailing address

Marsh USA, Inc.

Chase Tower 111 Monument Circle, 43rd Fl.
Indianapolis, IN 46204

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  Any liability

Is the claim subject to offset?
☒ No
☐ Yes

$Unknown

---

Debtor _____Precision Piping and Mechanical, Inc._____    Case number *(if known)*___17-70785-BHL-7____
    Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.107** | Nonpriority creditor's name and mailing address

Marshal Safety, Inc.

4720 N. Spring St.
Evansville, IN 47711

Date or dates debt was incurred      _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Open account

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,411.24

---

**3.108** | Nonpriority creditor's name and mailing address

McMaster Carr

P.O. Box 7690
Chicago, IL 60680-7690

Date or dates debt was incurred      _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Open account

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,781.70

---

**3.109** | Nonpriority creditor's name and mailing address

Mechanical Automated Control

1838 Elm Hill Pike, Ste. 127
Nashville, TN 37210

Date or dates debt was incurred      _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Open account

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 12,893.50

---

**3.110** | Nonpriority creditor's name and mailing address

Meisler Trailer Rentals

P.O. Box 3357
Evansville, IN 47732

Date or dates debt was incurred      _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Open account

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 532.00

---

**3.111** | Nonpriority creditor's name and mailing address

Melchiors' Trailer Sales

1423 S Green River Rd.
Evansville, IN 47715

Date or dates debt was incurred      _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Open account

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 399.25

---

Debtor    Precision Piping and Mechanical, Inc. _____    Case number (if known) 17-70785-BHL-7 _____

   Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.112** Nonpriority creditor's name and mailing address

Menard's, Inc.

5101 Mernard Dr.
Eau Claire, WI 54703-9604

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ 76.78

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Basis for the claim:** Open account

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.113** Nonpriority creditor's name and mailing address

Metro Properties, LLC

Attn:  Jerry A. Lamb, Jr. P.O. Box 72
Evansville, IN 47701

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Date or dates debt was incurred    6/2/16

Last 4 digits of account number    __ __ __ __

**Basis for the claim:** Lease of business premises

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.114** Nonpriority creditor's name and mailing address

Mid America Fire & Safety, LLC

4001 N. St. Joseph Ave.
Evansville, IN 47720

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 467.62

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Basis for the claim:** Open account

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.115** Nonpriority creditor's name and mailing address

Midwest Mechanical Services, Inc.

2161 Commercial Ct.
Evansville, IN 47720

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,462.00

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Basis for the claim:** Open account

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.116** Nonpriority creditor's name and mailing address

Midwest Roofing-Sheet Metal

1208 N. Harlan Ave.
Evansville, IN 47711

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8,475.39

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Basis for the claim:** Open account

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor  Precision Piping and Mechanical, Inc.
      Name

Case number *(if known)*  17-70785-BHL-7

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.117** Nonpriority creditor's name and mailing address

Milam Builders

1155 Whispering Heights
Clarksville, TN 37043

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,416.50

---

**3.118** Nonpriority creditor's name and mailing address

Modern Supply Company, Inc.

P.O. Box 1450
Owensboro, KY 42301-1450

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,514.76

---

**3.119** Nonpriority creditor's name and mailing address

Modern Welding Co. of Owensboro

P.O. Box 1450
Owensboro, KY 42302-1450

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 374.08

---

**3.120** Nonpriority creditor's name and mailing address

MoFab, Inc.

1415 Fairview St.
Anderson, IN 46016

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  Any liability

Is the claim subject to offset?
☐ No
☐ Yes

$ Unknown

---

**3.121** Nonpriority creditor's name and mailing address

Moore Metal Works, LLC

3712 Upper Mt. Vernon Rd.
Evansville, IN 47712-7868

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,161.00

---

Debtor _Precision Piping and Mechanical, Inc._____    Case number (if known) _17-70785-BHL-7_____
     Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.122** Nonpriority creditor's name and mailing address

Mounts Electric, Inc.

P.O. Box 3273
Evansville, IN 47731

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Open account

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$27,801.70

---

**3.123** Nonpriority creditor's name and mailing address

MSC Industrial Supply

P.O. Box 953635
St. Louis, MO 63195-3635

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$188.20

---

**3.124** Nonpriority creditor's name and mailing address

MSC Industrial Supply

75 Maxess Rd.
Melville, NY 11747

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$188.20

---

**3.125** Nonpriority creditor's name and mailing address

Mulzer Crushed Stone, Inc.

P.O. Box 249
Tell City, IN 47586

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$11,676.15

---

**3.126** Nonpriority creditor's name and mailing address

Murphy Excavating, LLC

8470 Mulligan Rd.
Owensboro, KY 42301

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$7,650.00

---

| Debtor | Precision Piping and Mechanical, Inc. |
|---|---|
| | Name |

Case number *(if known)* 17-70785-BHL-7

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.127** Nonpriority creditor's name and mailing address

NEC Financial Services, LLC

250 Pehle Ave., Ste. 704
Saddle Brook, NJ 08663

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Lease of Shoretel Phone System

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.128** Nonpriority creditor's name and mailing address

NEEMA, LLC

10707 Coach Light Dr.
Evansville, IN 47725

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

$ 871.74

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.129** Nonpriority creditor's name and mailing address

Nichols Electric Supply, Inc.

P.O. Box 5516
Evansville, IN 47716-5516

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

$ 56.84

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.130** Nonpriority creditor's name and mailing address

Norkan, Inc.

25200 Easy St.
Warren, MI 48089

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

$ 4,448.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.131** Nonpriority creditor's name and mailing address

Ohio Valley Insulation Co., Inc.

4241 Hogue Rd.
Evansville, IN 47712

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

$ 4,947.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

Case 17-70785-BHL-7A   Doc 25   Filed 08/16/17   EOD 08/16/17 16:09:16   Pg 62 of 127

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.132** Nonpriority creditor's name and mailing address

Old National Bank Vacation

Attn: Josh Davis P.O. Box 11010
Evansville, IN 47701

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 7,296.96

---

**3.133** Nonpriority creditor's name and mailing address

On Time Fab, Inc.

3021 Medley Rd.
Owensboro, KY 42301

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

---

**3.134** Nonpriority creditor's name and mailing address

O'Neal Steel

1323 Burch Dr.
Evansville, IN 47725

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 5,734.44

---

**3.135** Nonpriority creditor's name and mailing address

Overhead Crane & Conveyor

P.O. Box 1145
Fairview, TN 37062

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 9,458.38

---

**3.136** Nonpriority creditor's name and mailing address

Overhead Door Company of Vincennes

1026 Main St.
Vincennes, IN 47591

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Any liability

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

| Debtor | Precision Piping and Mechanical, Inc. | Case number *(if known)* 17-70785-BHL-7 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.137** Nonpriority creditor's name and mailing address

Owensboro Supply Co., Inc.

P.O. Box 2029

Owensboro, KY 42303-2029

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: Open account

$ 512.13

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.138** Nonpriority creditor's name and mailing address

P & I Supply Co. Evansville

2220 N. Fares Ave.

Evansville, IN 47711

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Open account

$ 558.97

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.139** Nonpriority creditor's name and mailing address

Park Machine & Supply Co.

426 First St.

Henderson, KY 42420

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Open account

$ 6.85

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.140** Nonpriority creditor's name and mailing address

Patriot Engineering & Environmental, inc.

601 E. Sycamore St., Ste. B

Evansville, IN 47713

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Open account

$ 670.75

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.141** Nonpriority creditor's name and mailing address

Plumbers Supply Company

1817 W. Michigan St.

Evansville, IN 47712

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Open account

$ 6,983.38

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

Debtor   Precision Piping and Mechanical, Inc.    Case number *(if known)* 17-70785-BHL-7
_____
Name

| **Part 2:** | **Additional Page** | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.142** Nonpriority creditor's name and mailing address

Powers Welding

P.O. Box 6975

Evansville, IN 47719

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Open account

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 24,882.50

---

**3.143** Nonpriority creditor's name and mailing address

PPMI Properties, LLC

See Attachment 8

Evansville, IN 47712

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Lease of business premises

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

---

**3.144** Nonpriority creditor's name and mailing address

Precision Controls

5610 W. 82nd St.

Indianapolis, IN 46278

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open account

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 26,429.10

---

**3.145** Nonpriority creditor's name and mailing address

Professional Concrete Cutting

15896 E. 650 N.

Hope, IN 47246

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open account

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,450.00

---

**3.146** Nonpriority creditor's name and mailing address

Raben Tire Company, Inc.

P.O. Box 4835 Station A

Evansville, IN 47724-0835

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open account

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 484.16

---

Debtor _____Precision Piping and Mechanical, Inc._____    Case number *(if known)*__17-70785-BHL-7___
 Name

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.147** Nonpriority creditor's name and mailing address

Railworks Track Systems, Inc.

39545 Treasury Center

Chicago, IL 60694-9500

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Open account

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 49,775.14

---

**3.148** Nonpriority creditor's name and mailing address

Randy's Tree Service, Inc.

818 Hermitage Rd.

Evansville, IN 47725

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  Any liability

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

---

**3.149** Nonpriority creditor's name and mailing address

Red-D-Arc, Inc.

P.O. Box 532618

Atlanta, GA 30353-2618

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open account

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,002.63

---

**3.150** Nonpriority creditor's name and mailing address

Regional Water Resource Agency

2101 Grimes Ave.

Owensboro, KY 42303

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Max Rhoads Project

Date or dates debt was incurred    12/8/16

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

---

**3.151** Nonpriority creditor's name and mailing address

Reis Tire Sales

P.O. Box 6354

Evansville, IN 47710

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open account

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 4,042.46

---

Debtor  Precision Piping and Mechanical, Inc.                    Case number *(if known)*  17-70785-BHL-7
     Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.152** Nonpriority creditor's name and mailing address

Riney & Craig Enterprises, Inc.

d/b/a First Avenue Car Wash P.O. Box 4188

Evansville, IN 47724

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Open account

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 82.80

---

**3.153** Nonpriority creditor's name and mailing address

Roadsafe Traffic Systems

3122 Olympia Dr.

Lafayette, IN 47909

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Open account

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 1,585.42

---

**3.154** Nonpriority creditor's name and mailing address

S & K Air Power

Dept. 4830 P.O. Box 87618

Chicago, IL 60680-0618

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Open account

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 5,062.47

---

**3.155** Nonpriority creditor's name and mailing address

S & M Precast, Inc.

7515 Old Highway 111

Memphis, TN 47143

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Open account

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 953.00

---

**3.156** Nonpriority creditor's name and mailing address

Scaffold King Rentals, Inc.

302 S. Jefferson St.

Rockville, IN 47872

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Open account

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 1,110.66

---

Debtor    Precision Piping and Mechanical, Inc.                    Case number *(if known)* 17-70785-BHL-7
         Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

3.157 Nonpriority creditor's name and mailing address

Schrecker Supply Company

P.O. Box 1913

Owensboro, KY 42302-1913

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,542.12

---

3.158 Nonpriority creditor's name and mailing address

Sherwin-Williams

632 E. Diamond Ave.

Evansville, IN 47711-3718

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,719.06

---

3.159 Nonpriority creditor's name and mailing address

Simms Painting Co., Inc.

P.O. Box 2629

Evansville, IN 47728-0629

Date or dates debt was incurred     _____

Last 4 digits of account number     5 6 5 6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 6,755.00

---

3.160 Nonpriority creditor's name and mailing address

Smith, Cashion & Orr

231 Thir Ave. North

Nashville, TN 37201

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

---

3.161 Nonpriority creditor's name and mailing address

Snyder Construction Co.

150 Heth Washington Rd. SE

Corydon, IN 47112

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 13,425.00

---

Debtor  Precision Piping and Mechanical, Inc. _____  Case number *(if known)* 17-70785-BHL-7
       Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.162 Nonpriority creditor's name and mailing address

Stagg Safety Equipment, Inc.

163 S. Third Ave.
Evansville, IN 47708

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Open account

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,630.13

3.163 Nonpriority creditor's name and mailing address

Sterett Crane & Rigging

34 Booth Field Rd.
Owensboro, KY 42301

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Any liability

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

3.164 Nonpriority creditor's name and mailing address

Straeffer Pump & Supply, Inc.

P.O. Box 99
Chandler, IN 47610

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Any liability

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

3.165 Nonpriority creditor's name and mailing address

Sugar Steel Corporation

5401 Highway 41 North
Evansville, IN 47711

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,416.17

3.166 Nonpriority creditor's name and mailing address

Sunbelt Rentals

1015 E. Columbia St.
Evansville, IN 47711

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 227.38

| Debtor | Precision Piping and Mechanical, Inc. | Case number (if known) 17-70785-BHL-7 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.167** Nonpriority creditor's name and mailing address

Superior Ag Co-op Evansville

5015 N. St. Joseph Ave.
Evansville, IN 47720

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Open account

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 3,797.60

**3.168** Nonpriority creditor's name and mailing address

Synenergy

P.O. Box 545
Mt. Vernon, IN 47620-0545

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 3,354.80

**3.169** Nonpriority creditor's name and mailing address

Tekoppel Block Company

1701 W. Ohio St.
Evansville, IN 47712

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 45.54

**3.170** Nonpriority creditor's name and mailing address

The Macomb Group

6802 Loehrlein Dr.
Evansville, IN 47715

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 200.19

**3.171** Nonpriority creditor's name and mailing address

The Vernon Corporation

P.O. Box 246
Boonville, IN 47601

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 7,088.84

Debtor  Precision Piping and Mechanical, Inc.  _____    Case number *(if known)* 17-70785-BHL-7
     Name

| Part 2: | Additional Page |
|---|---|

<table>
<tr><td>Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.</td><td>Amount of claim</td></tr>
</table>

**3.172** Nonpriority creditor's name and mailing address

T-Mobile Bankruptcy Team

P.O. Box 53410

Bellevue, WA 98015-3410

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

---

**3.173** Nonpriority creditor's name and mailing address

Town of Newburgh

P.O. Box 100

Newburgh, IN 47629

Date or dates debt was incurred  1/11/17

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Town of Newburgh/Deaconess

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

---

**3.174** Nonpriority creditor's name and mailing address

Transportation Safety & Compliance Consulting, Inc.

4212 Tamm Ct.

Louisville, KY 40272

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 550.00

---

**3.175** Nonpriority creditor's name and mailing address

Trifecta Steel

P.O. Box 22873

Owensboro, KY 42304

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Mechanic's lien 7/26/17

Is the claim subject to offset?
☒ No
☐ Yes

$ 175,218.81

---

**3.176** Nonpriority creditor's name and mailing address

Tri-State Painting Co., Inc.

2217 St. Joseph Industrial Park

Evansville, IN 47720

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 17,738.57

---

Debtor  Precision Piping and Mechanical, Inc. _____    Case number *(if known)* 17-70785-BHL-7 _____
        Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.177** Nonpriority creditor's name and mailing address

TSF Company, Inc.

2930 St. Phillips Rd.
Evansville, IN 47712

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Open account

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 3,292.38

---

**3.178** Nonpriority creditor's name and mailing address

Tyco SimplexGrinnell

50 Technology Dr.
Westminster, MA 01441

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: Any liability

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

---

**3.179** Nonpriority creditor's name and mailing address

United Rentals Exchange, LLC

P.O. Box 840514
Dallas, TX 75284-0514

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 102,216.00

---

**3.180** Nonpriority creditor's name and mailing address

UPS

P.O. Box 1067
Scranton, PA 18577-0067

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Date or dates debt was incurred _____

Last 4 digits of account number  4  0  3  1

Is the claim subject to offset?
☒ No
☐ Yes

$ 11.85

---

**3.181** Nonpriority creditor's name and mailing address

Utility Pipe Sales Co.

P.O. Box 627
Evansville, IN 47704

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 37,662.47

---

Debtor __Precision Piping and Mechanical, Inc._____    Case number _(if known)_ 17-70785-BHL-7_____
Name

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.182** Nonpriority creditor's name and mailing address

Utility Supply Company

6310 S. Harding St.
Indianapolis, IN 46217

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 8,405.47

---

**3.183** Nonpriority creditor's name and mailing address

Valley Electric Supply Corp.

P.O. Box 724
Vincennes, IN 47591

Date or dates debt was incurred    _____
Last 4 digits of account number    7  5  2  5

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 54.97

---

**3.184** Nonpriority creditor's name and mailing address

Vandco Equipment

2126 Glenview Dr.
Evansville, IN 47720

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,060.92

---

**3.185** Nonpriority creditor's name and mailing address

Vectren Energy Delivery

P.O. Box 209
Evansville, IN 47702-0209

Date or dates debt was incurred    _____
Last 4 digits of account number    2  1    1

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 238.63

---

**3.186** Nonpriority creditor's name and mailing address

Verification Services

P.O. Box 4047
Evansville, IN 47724

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 951.87

---

Debtor    Precision Piping and Mechanical, Inc.                    Case number (if known) 17-70785-BHL-7
             Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.187** Nonpriority creditor's name and mailing address

Vessell Trim Shop

955 E. Riverside Dr.
Evansville, IN 47713

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Open account

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 160.50

---

**3.188** Nonpriority creditor's name and mailing address

Vincennes Industrial Rental a

aka Vincenens Industrial Supply, Inc. 102 Executive Blvd.
Vincennes, IN 47591

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,619.08

---

**3.189** Nonpriority creditor's name and mailing address

Vincennes Water Utilities

403 Busseron St.
Vincennes, IN 47591

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vincennes Wastewater Treatment Facility

Date or dates debt was incurred    9/28/16

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

---

**3.190** Nonpriority creditor's name and mailing address

Waller Masonry

1742 Bearwallow Rd.
Ashland City, TN 37015

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 350.00

---

**3.191** Nonpriority creditor's name and mailing address

Wayne Wilkens Trucking, LLC

1288 E. Elkhorn Rd.
Vincennes, IN 47591

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 900.00

---

Debtor    Precision Piping and Mechanical, Inc.                                Case number (if known)   17-70785-BHL-7
         Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.192** Nonpriority creditor's name and mailing address

Wesco

225 W. Station Square Dr., Ste. 700

Pittsburgh, PA 15219

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Any liability

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

---

**3.193** Nonpriority creditor's name and mailing address

West Metal Sales

3712 Upper Mt. Vernon Rd.

Evansville, IN 47712

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open account

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 3,280.00

---

**3.194** Nonpriority creditor's name and mailing address

WEX Bank

P.O. Box 6293

Carol Stream, IL 60197-6293

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Revolving charge account

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

---

**3.195** Nonpriority creditor's name and mailing address

Whayne Supply Company

2420 Lynch Rd.

Evansville, IN 47711

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open account

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 13,310.00

---

**3.196** Nonpriority creditor's name and mailing address

Whipps, Inc.

P.O. Box 1058

Athol, MA 01331

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open account

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 41,372.00

---

| Debtor | Precision Piping and Mechanical, Inc. | Case number *(if known)* 17-70785-BHL-7 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.197** Nonpriority creditor's name and mailing address

Winsupply of Owensboro

2110 Grimes Ave.
Owensboro, KY 42303

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Open account

$505.19

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.198** Nonpriority creditor's name and mailing address

WOW! Business

6045 Wedeking Ave.
Evansville, IN 47715

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

$435.23

Date or dates debt was incurred _____

Last 4 digits of account number  4  4  9  9

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.199** Nonpriority creditor's name and mailing address

Wright Steel & Service, Inc.

1413 W. Florida St.
Evansville, IN 47710

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

$361.49

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.200** Nonpriority creditor's name and mailing address

Xylem, Inc.

1 International Dr.
Rye Brook, NY 10573

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: Any liability

$Unknown

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.201** Nonpriority creditor's name and mailing address

Yager Material, LLC

P.O. Box 2000
Owensboro, KY 42302-2000

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

$45,693.13

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor   Precision Piping and Mechanical, Inc.            Case number *(if known)* 17-70785-BHL-7
_____
Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.202** Nonpriority creditor's name and mailing address

ZERMA

340 Commerce Dr., Unit B
Crystal Lake, IL 60014

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Open account

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 14,315.00

**3.203** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

**3.204** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

**3.205** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

**3.206** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

Case 17-70785-BHL-7A    Doc 25    Filed 08/16/17    EOD 08/16/17 16:09:16    Pg 77 of 127

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Airgas Evansville<br>P.O. Box 532609<br>Atlanta, GA 30353-2609 | Line 3.8<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | Aramark Uniform Services<br>AUCA Chicago MC Lockbox, 25259 Network Place<br>Chicago, IL 60673-1252 | Line 3.14<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | Manion Stigger, LLP<br>20 N.W. First St., Ste. 200<br>Evansville, Indiana 47708 | Line 3.22<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | Engineered Air<br>c/o Commerce Bank, 20 N.W. 4th St.<br>Evansville, IN 47708 | Line 3.40<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | CT Corporation System<br>150 W. Market St., Ste. 800<br>Indianapolis, IN 46204 | Line 3.41<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | The Hanover Insurance Group<br>440 Lincoln St.<br>Worcester, MA 01653 | Line 3.44<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | Hardy Brake & Electric Company<br>112-116 N. Fulton Ave.<br>Evansville, IN 47719-0441 | Line 3.67<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | The Hanover Insurance Group<br>440 Lincoln St.<br>Worcester, Massachusetts 01653 | Line 3.69<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | The Hanover Insurance Group<br>440 Lincoln St.<br>Worcester, MA 01653 | Line 3.71<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | Imperial Fastener & Industrial Supply<br>P.O. Box 714549<br>Cincinnati, OH 45271-4549 | Line 3.77<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | Koorsen Fire & Security<br>2719 N. Arlington Ave.<br>Indianapolis, IN 46218-3322 | Line 3.94<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.12. | Lowe's<br>P.O. Box 530943<br>Atlanta, GA 30353-0954 | Line See<br>☐ Not listed. Explain _____ | __ __ __ __ |

Debtor Precision Piping and Mechanical, Inc.
Name

Case number *(if known)* 17-70785-BHL-7

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.13 Menard's<br>P.O. Box 5219<br>Carol Stream, IL 60197-5219 | Line __See__<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.14 Metro Properties, LLC<br>Attn: Jerry A. Lamb, Jr., 640 Salem Ct.<br>Evansville, IN 47715 | Line __See__<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.15 Van Ausdall & Farrar, Inc.<br>6430 E. 75th St.<br>Indianapolis, IN 46250 | Line __See__<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.16 NEEMA, LLC<br>P.O. Box 180<br>Inglefield, IN 47618 | Line __See__<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.17 O'Neal Steel<br>P.O. Box 934243<br>Atlanta, GA 31193-4243 | Line __See__<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.18 O'Neal Steel, Inc.<br>P.O. Box 480<br>Shelbyville, IN 46176 | Line __See__<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.19 Patriot Engineering & Environmental, Inc.<br>6150 E. 75th St.<br>Indianapolis, IN 46250 | Line __See__<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.20 Plumbers Supply Company<br>P.O. Box 634623<br>Cincinnati, Ohio 45263-4623 | Line __See__<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.21 The Hanover Insurance Group<br>440 Lincoln St.<br>Worcester, Massachusetts 01653 | Line __See__<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.22 Zielke Law Firm PLLC<br>1250 Meidinger Tower, 462 S. Fourth Ave.<br>Louisville, KY 40202-3465 | Line __See__<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.23 Euler Hermes Collections North America<br>800 Red Brook Blvd., Ste. 400C<br>Owings Mills, MD 21117 | Line __See__<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.24 Sugar Steel Corporation<br>15382 Collections Center Dr.<br>Chicago, Illinois 60693-0129 | Line __See__<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.25 Sunbelt Rentals<br>1275 W. Mound St.<br>Columbus, OH 43223 | Line __See__<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.26 Sunbelt Rentals<br>P.O. Box 409211<br>Atlanta, GA 30384-9211 | Line __See__<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Case 17-70785-BHL-7A   Doc 25   Filed 08/16/17   EOD 08/16/17 16:09:16   Pg 79 of 127

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.27 Superior Ag<br>P.O. Box 420<br>Huntingburg, IN 47542 | Line _See_<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.28 The Macomb Group<br>Dept. 166401, P.O. Box 67000<br>Detroit, MI 48267 | Line _See_<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.29 The Hanover Insurance Group<br>440 Lincoln St.<br>Worcester, Massachusetts 01653 | Line _See_<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.30 Transportatin Safety & Compliance Consulting, Inc.<br>7424 Ridan Way<br>Louisville, KY 40214 | Line _See_<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.31 Meyer & Meyer, LLP<br>100 E. Veterans Blvd.<br>Owensboro, KY 42303 | Line _See_<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.32 Tyco SimplexGrinnell<br>2225 N. Burkhardt Rd., Ste. A<br>Evansville, IN 47715 | Line _See_<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.33 Hart Bell, LLC<br>P.O. Box 979<br>Vincennes, IN 47591 | Line _See_<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.34 The Hanover Insurance Group<br>440 Lincoln St.<br>Worcester, Massachusetts 01653 | Line _See_<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.35 Westco<br>401 S. 3rd Ave.<br>Evansville, IN 47708 | Line _See_<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.36 Whayne Supply Company<br>Dept. 8326<br>Carol Stream, IL 60122-8326 | Line _See_<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.37 Xylem Evansville (Godwin/Flygt)<br>9745 Hedden Rd.<br>Evansville, IN 47725 | Line _See_<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.38 _____ | Line ____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.39 _____ | Line ____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.40 _____ | Line ____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor  Precision Piping and Mechanical, Inc.                     Case number (if known) 17-70785-BHL-7
        Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $203,450.67 |
| 5b. **Total claims from Part 2** | 5b. **+** | $2,178,105.55 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $2,381,556.22 |

Attachment 1/7

Debtor: Precision Piping and Mechanical, Inc.        Case No:
17-70785-BHL-7

1.      **Central Pension Fund**
        **Fund Office, P.O. Box 1179**
        **Henderson, KY 42419-1179**
        **5**
        **Contrib. to Emp. Benefit Plans**
         **X**
        **1,092.00**
        **1,092.00**

        **Commonwealth of Kentucky**
        **Div. of Unemployment Insurance, P.O. Box 452**
        **Frankfort, KY 40602**
        **8**
        **Taxes and Other Government Debts-unemployment**
         **X**
        **Unknown**
        **Unknown**

        **Commonwealth of Kentucky**
        **Division of Unemployment Insurance, P.O. Box 452**
        **Frankfort, KY 40602-0452**
        **8**
        **Taxes and Other Government Debts**
         **X**
        **Unknown**
        **Unknown**

        **Educational Fund**
        **2911 W. Parrish Ave.**
        **Owensboro, KY 42301**
        **5**
        **Contrib. to Emp. Benefit Plans**
         **X**
        **260.46**
        **260.46**

2.      **IBEW Local 1701**
        **2911 W. Parrish Ave.**
        **Owensboro, KY 42301**
        **5**

Attachment 2/7

Debtor: Precision Piping and Mechanical, Inc.        Case No:
17-70785-BHL-7

**Contrib. to Emp. Benefit Plans**
 **X**
**633.51**
**633.51**

**IBEW Local 1701 PAC Fund**
**2911 W. Parrish Ave.**
**Owensboro, KY 42301**
**5**
**Contrib. to Emp. Benefit Plans**
 **X**
**Unknown**
**Unknown**

**Indiana Combo Fund #561**
**P.O. Box 1587**
**Terre Haute, IN 47808**
**5**
**Contrib. to Emp. Benefit Plans**
 **X**
**19,903.31**
**19,903.31**

**Indiana Department of Revenue**
**100 North Senate Avenue, Room N203-Bankruptcy**
**Indianapolis, Indiana 46204**
**8**
**Taxes and Other Government Debts - notice only**
 **X**
**Unknown**
**Unknown**

3.      **Indiana Dept. of Workforce Development**
        **c/o IDWD Legal Support, Indiana Government Center South**
        **10 N. Senate Ave., SE105**
        **Indianapolis, Indiana 46204-2277**
        **7689**
        **8**
        **Taxes and Other Government Debts**
         **X**

Attachment 3/7
Debtor: Precision Piping and Mechanical, Inc.          Case No:
17-70785-BHL-7

**Unknown**
**Unknown**

**Indiana Kentucky Carpenters**
**Fringe Benefits, 2690 Solution Center**
**Chicago, IL 60677-2066**
**5**
**Contrib. to Emp. Benefit Plans**
 **X**
**63,674.16**
**63,674.16**

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, Pennsylvania 19101-7346**
**8**
**Taxes and Other Government Debts - notice only**
 **X**
**Unknown**
**Unknown**

**Iron Workers Local 103**
**P.O. Box 798344**
**St. Louis, MO 63179-8000**
**5**
**Contrib. to Emp. Benefit Plans**
 **X**
**27,044.89**
**27,044.89**

4.      **Iron Workers Local 103**
**Assessment PAC, 5313 Old Boonville Hwy.**
**Evansville, IN 47715**
**5**
**Contrib. to Emp. Benefit Plans**
 **X**
**1,509.84**
**1,509.84**

**Iron Workers Local 103 Vacation**

Attachment 4/7

Debtor: Precision Piping and Mechanical, Inc.          Case No:
17-70785-BHL-7

**c/o Cynthiana State Bank, 11201 Upper Mt. Vernon Rd.**

**Evansville, IN 47712**

**5**

**Contrib. to Emp. Benefit Plans**

 **X**

**1,911.75**

**1,911.75**

**Iron Workers St. Louis District**

**Council Trust Funds, P.O. Box 1096**

**Maryland Heights, MO 63043**

**4**

**Union dues-any liability**

 **X**

**Unknown**

**Unknown**

**ISCP & CM Health & Welfare Fund**

**Healthscope Benefits, P.O. Box 50440**

**Indianapolis, IN 46250**

**5**

**Contrib. to Emp. Benefit Plans**

 **X**

**6,855.36**

**6,855.36**

5.      **Plumbers & Pipefitters LU 572**

**Pension Fund, 225 Ben Allen Rd., Ste. 101**

**Nashville, TN 37207**

**5**

**Contrib. to Emp. Benefit Plans**

 **X**

**Unknown**

**Unknown**

**Plumbers & Pipefitters LU 572**

**Health and Welfare Fund, 225 Ben Allen Rd., Ste. 101**

**Nashville, TN 37207**

**5**

**Contrib. to Emp. Benefit Plans**

Attachment 5/7

Debtor: Precision Piping and Mechanical, Inc.        Case No:
17-70785-BHL-7

**X**

**Unknown**

**Unknown**

**Plumbers and Steamfitters Local 136**

**2300 St. Joseph Industrial Park Dr.**

**Evansville, IN 47720**

**5**

**Contrib. to Emp. Benefit Plans**

**X**

**1,918.75**

**2,918.75**

**Plumbers and Steamfitters Local 184**

**Working Assessments, 1332 Broadway St.**

**Paducah, KY 42001**

**5**

**Contrib. to Emp. Benefit Plans**

**X**

**Unknown**

**Unknown**

6.        **Spottsville Elemtary School Project/Electrical/Data/Voice Cabling**

7.        **Spottsville Elementary School Project/Intericom-Time Control System**

8.        **Attn:  Lawrence J. Muensterman, Reg. Agent 9909 Strueh Hendricks Rd.**

**Attachment 9**

           **3.101**

**Attachment 10**

           **3.112**

**Attachment 11**

           **3.113**

**Attachment 12**

           **3.127**

**Attachment 13**

           **3.128**

**Fill in this information to identify the case:**

Debtor name   Precision Piping and Mechanical, Inc.

United States Bankruptcy Court for the: Southern District of Indiana

Case number (If known):   17-70785-BHL-7           Chapter    7

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement dated 6/13/17 - 36 month lease of Shoretel Phone System | NEC Financial Services |
| | | | 250 Pehle Ave. Ste. 704 |
| | State the term remaining | 34 months | |
| | List the contract number of any government contract | | Saddle Brook          NJ          70663-5806 |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Lease dated 6/2/16 - 10 year lease of Oak Hill Road premises | Metro Properties, LLC |
| | | | Attn: Jerry A. Lamb, Jr. |
| | | | P.O. Box 72 |
| | State the term remaining | 8 years | Evnasville          IN          47701 |
| | List the contract number of any government contract | | See Attachment 1 |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Lease dated 12/9/16 - 36 month lease of office furniture and warehouse equipment | United Leasing, Inc. |
| | | | 3700 E. Morgan Ave. |
| | State the term remaining | 28 | |
| | List the contract number of any government contract | | Evansville          IN          47715 |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Lease of Harlan Avenue premises | PPMI Properties, LLC |
| | | | Attn: Lawrence J. Muensterman, Registered Agent |
| | | | 9909 Strueh Hendricks Rd. |
| | State the term remaining | Month-to-month | Evansville          IN          47712 |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Attachment
Debtor: Precision Piping and Mechanical, Inc.        Case No:
17-70785-BHL-7

Attachment 1

Additional Contacts for Executory Contract With Metro Properties, LLC:
Metro Properties, LLC
Attn:  Jerry A. Lamb, Jr.
640 Salem Ct.
Evansville, IN 47715

**Fill in this information to identify the case:**

Debtor name   Precision Piping and Mechanical, Inc.

United States Bankruptcy Court for the: Southern District of Indiana

Case number (If known):   17-70785-BHL-7

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | Check all schedules that apply: |
|---|---|---|---|
| **Name** — Mailing address | | **Name** | |
| 2.1 Scott P. Jones | 1405 Cheshire Bridge Rd. (Street)<br>Evansville, Indiana 47710 (City / State / ZIP Code) | First Federal Savings Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 Scott P. Jones and Narda A. Jones | 1405 Cheshire Bridge Rd. (Street)<br>Evansville, IN 47710 (City / State / ZIP Code) | First Federal Savings Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 Bradley M. Smith | 1514 Ashmore Dr. (Street)<br>Evansville, IN 47725 (City / State / ZIP Code) | First Federal Savings Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 Scott P. Jones | 1405 Cheshire Bridge Rd. (Street)<br>Evansville, IN 47710 (City / State / ZIP Code) | First Federal Savings Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.5 Bradley M. Smith | 1514 Ashmore Dr. (Street)<br>Evansville, IN 47725 (City / State / ZIP Code) | First Federal Savings Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 Bradley M. Smith | 1514 Ashmore Dr. (Street)<br>Evansville, IN 47725 (City / State / ZIP Code) | First Federal Savings Bank | ☑ D<br>☐ E/F<br>☐ G |

Debtor     Precision Piping and Mechanical, Inc.                          Case number (if known) 17-70785-BHL-7
           Name

| **Additional Page if Debtor Has More Codebtors** |
|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.7 | Scott P. Jones | 1405 Cheshire Bridge Rd.<br>Street<br><br>Evansville            IN            47710<br>City            State            ZIP Code | First Federal Savings Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.8 | Bradley M. Smith | 1514 Ashmore Dr.<br>Street<br><br>Evansville            IN            47725<br>City            State            ZIP Code | First Federal Savings Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.9 | Scott P. Jones | 1405 Cheshire Bridge Rd.<br>Street<br><br>Evansville            IN            47710<br>City            State            ZIP Code | First Federal Savings Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.10 | Scott P. Jones and<br>Narda A. Jones | 1405 Cheshire Bridge Rd.<br>Street<br><br>Evansville            IN            47710<br>City            State            ZIP Code | The Hanover Insurance<br>Group | ☑ D<br>☐ E/F<br>☐ G |
| 2.11 | Bradley M. Smith and<br>Traci Smith | 1514 Ashmore Dr.<br>Street<br><br>Evansville            IN            47725<br>City            State            ZIP Code | The Hanover Insurance<br>Group | ☑ D<br>☐ E/F<br>☐ G |
| 2.12 | | Street<br><br>City            State            ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.13 | | Street<br><br>City            State            ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.14 | | Street<br><br>City            State            ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case and this filing:</strong></td></tr>
<tr><td>Debtor Name</td><td>Precision Piping and Mechanical, Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Southern District Of Indiana</td></tr>
<tr><td>Case number (<em>If known</em>):</td><td>17-70785-BHL-7</td></tr>
</table>

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☒ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206–Summary)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ *Other document that requires a declaration*_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/16/2017          ✖ /s/Scott P. Jones _____
                MM / DD / YYYY          Signature of individual signing on behalf of debtor

                              Scott P. Jones _____
                              Printed name

                              President _____
                              Position or relationship to debtor

Precision Piping and Mechanical, Inc.
_____ **Debtor(s)**    **Case No.** 17-70785-BHL-7

## CURRENT BUSINESS INCOME AND EXPENSES

Please provide figures for the full calendar month preceding the date of petition to the date of petition. Bank book balance and cash on hand at *beginning of full calendar month preceding filing*

$ -85,556.00

RECEIPTS & OTHER FUNDING:

| | | |
|---|---|---|
| 1. | Sales/Receipts | $ 0.00 |
| 2. | Accounts Receivable Collections | $ 1,458,639.00 |
| 3. | Loans/Financing | $ 0.00 |
| 4. | Capital Contributions | $ 0.00 |
| 5. | Other Receipts (describe below) | $ 585,800.00 |

| | |
|---|---|
| **Sale of equipment** | $ 585,800.00 |
| | $ |
| | $ |

**I. TOTAL RECEIPTS & FUNDING** (sum of lines 1-5)    $ 2,044,439.00

EXPENDITURES:

| | | |
|---|---|---|
| 6. | Inventory Purchases | $ 345,627.00 |
| 7. | Taxes | $ 47,055.00 |
| 8. | PAYROLL | |
| | a. Compensation of Insiders | $ 21,536.00 |
| | b. Salaries & Wages | $ 635,569.00 |
| | c. Outside Labor | $ 158,189.00 |
| 9. | Payments to Professionals | $ 14,294.00 |
| 10. | Insurance | $ 4,042.00 |
| 11. | Real Property Rent Payments | $ 14,718.00 |
| 12. | Equipment Lease Payments | $ 18,238.00 |
| 13. | Mortgage Payments | $ 0.00 |
| 14. | Utilities/Telephone | $ 1,901.00 |
| 15. | Supplies | $ 14,912.00 |
| 16. | Repairs & Maintenance | $ 5,803.00 |
| 17. | Travel & Entertainment | $ 0.00 |

18.  Other Expenses (describe below)                                    $ 555,884.00

    **Line of credit**                     $ 543,216.00

    **Fuel**                                $ 11,574.00

    **Misc. administrative costs**          $ 1,094.00

**II. TOTAL EXPENDITURES** (sum of lines 6-18)                          $ 1,837,768.00

**NET CASH FLOW** (Total Receipts less Total Expenditures)             $ 206,671.00

Bank book balance and cash on hand at *date of filing*                 $ 121,115.00


**(Note:  Declaration required if form is filed separately from other schedules.)**


I/We declare under the penalty of perjury that the information provided in this form is true and correct.


Date: **August 16, 2017**                    **/s/Scott P. Jones**                          *(Signature of Debtor)*

                                               **Precision Piping and Mechanical, Inc.**   *(Printed Name of Debtor)*

                                               *(Signature of Joint Debtor, if any)*

                                               *(Printed Name of Joint Debtor, if any)*

**Fill in this information to identify the case:**

Debtor name     Precision Piping and Mechanical, Inc.

United States Bankruptcy Court for the:     Southern District of Indiana

Case number (If known):     17-70785-BHL-7

❑ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---------|--------|

**1. Gross revenue from business**

❑ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2017 MM / DD / YYYY | to | Filing date | ❑ Operating a business ☒ Other Gross revenue | $ 12,243,795.00 |
| **For prior year:** | From 01/01/2016 MM / DD / YYYY | to | 12/31/2016 MM / DD / YYYY | ❑ Operating a business ☒ Other Ordinary business loss | $ -1,058,017.00 |
| **For the year before that:** | From 01/01/2015 MM / DD / YYYY | to | 12/31/2015 MM / DD / YYYY | ❑ Operating a business ☒ Other Ordinary bus. income | $ 926,174.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

❑ None

| | | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2017 MM / DD / YYYY | to | Filing date | Gain on sale of assets | $ 619,924.00 |
| **For prior year:** | From 01/01/2016 MM / DD / YYYY | to | 12/31/2016 MM / DD / YYYY | Gain on sale of assets | $ 32,085.00 |
| **For the year before that:** | From 01/01/2015 MM / DD / YYYY | to | 12/31/2015 MM / DD / YYYY | Gain on sale of assets | $ 35,494.00 |

Debtor    Precision Piping and Mechanical, Inc.              Case number *(if known)* 17-70785-BHL-7
          Name

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | Utility Pipe Sales Co. <br> *Creditor's name* <br> P.O. Box 627 <br> *Street* <br> _____ <br> Evansville    IN    47704 <br> *City*    *State*    *ZIP Code* | _____ <br> _____ <br> _____ <br> _____ | $ 303,382.43 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☒ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| 3.2. | Precision Controls <br> *Creditor's name* <br> 5610 W. 82nd St. <br> *Street* <br> _____ <br> Indianapolis    IN    46278 <br> *City*    *State*    *ZIP Code* | _____ <br> _____ <br> _____ <br> _____ | $ 188,489.70 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☒ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ <br> See Attachment 1 |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____ <br> *Insider's name* <br> _____ <br> *Street* <br> _____ <br> _____ <br> *City*    *State*    *ZIP Code* <br><br> **Relationship to debtor** <br> _____ | _____ <br> _____ <br> _____ | $ _____ | _____ <br> _____ <br> _____ |
| 4.2. | _____ <br> *Insider's name* <br> _____ <br> *Street* <br> _____ <br> _____ <br> *City*    *State*    *ZIP Code* <br><br> **Relationship to debtor** <br> _____ | _____ <br> _____ <br> _____ | $ _____ | _____ <br> _____ <br> _____ |

Debtor    Precision Piping and Mechanical, Inc.
_____    Case number (if known) 17-70785-BHL-7
          Name

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. Deere Credit, Inc.<br>Creditor's name<br>6400 N.W. 86th St.<br>Street<br><br>Johnston          IA      50131<br>City          State    ZIP Code | JD CT319 Compact Track Loader, JD 135G<br><br>Excavator and JD 310SK Loader Backhoe | 7/24 - 7/26/17 | $ 144,393.00 |
| 5.1. Enterprise Fleet Management, Inc.<br>Creditor's name<br>600 Corporate Park Dr.<br>Street<br><br>St. Louis          MO      63105<br>City          State    ZIP Code | Vehicles voluntarily returned prior to petition<br><br>date | 7/28 - 7/31/17 | $ 439,000.00 |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name<br><br>Street<br><br>City          State    ZIP Code | _____<br><br>_____<br><br>Last 4 digits of account number: XXXX– __ __ __ __ | _____ | $_____ |

---

## Part 3:    Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☒ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. _____<br><br>**Case number**<br><br>_____ | _____ | Name<br>_____<br>Street<br>_____<br>City      State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. _____<br><br>**Case number**<br><br>_____ | _____ | **Court or agency's name and address**<br>Name<br>_____<br>Street<br>_____<br>City      State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

---

Debtor    Precision Piping and Mechanical, Inc.                    Case number (if known) 17-70785-BHL-7
          Name

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $ _____ |
| Custodian's name | **Case title** | **Court name and address** |
| Street | _____ | Name |
| _____ | **Case number** | Street |
| City          State      ZIP Code | _____ | City          State      ZIP Code |
| | **Date of order or assignment** | |
| | _____ | |

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. American Waterworks Assn. of Indiana<br>Recipient's name<br>5265 E. 82nd St.<br>Street<br>Indianapolis        IN        46250<br>City          State      ZIP Code | Donation | 3/31/2016 | $ 3,000.00 |
| **Recipient's relationship to debtor**<br>None | | | |
| 9.2. _____<br>Recipient's name<br>_____<br>Street<br>_____<br>City          State      ZIP Code | _____ | _____ | $ _____ |
| **Recipient's relationship to debtor**<br>_____ | | | |

---

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| Vehicle<br>Vehicle struck concrete structure | $1,608.15 | 8/1/16<br>See Attachment 2 | $ Unknown |

---

Debtor    Precision Piping and Mechanical, Inc.      Case number *(if known)* 17-70785-BHL-7
<br>Name

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. R. Stephen LaPlante | Retainer | 7/27/2017 | $ 5,000.00 |
| **Address** | | | |
| 101 N.W. 1st St., Ste. 116 <br> Street <br> P.O. Box 3556 | | | |
| Evansville   IN   47734 <br> City   State   ZIP Code | | | |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2. | | | $ |
| **Address** | | | |
| Street | | | |
| City   State   ZIP Code | | | |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| **Trustee** | | | |

Debtor ___Precision Piping and Mechanical, Inc._____     Case number *(if known)*__17-70785-BHL-7_____
          Name

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Moore Metal Works, LLC | Rigid pipe threader and jet drillpress | 7/26/2017 | $6,000.00 |
| | **Address** | | | |
| | 3712 Upper Mt. Vernon Rd. <br> Street | | | |
| | Evansville        IN        See <br> City        State        ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | None | | | |
| 13.2. | Who received transfer? <br><br> Custom Mechanical Construction, Inc. | Various equipment from AK Steel worksite | 7/26/17 | $50,000.00 |
| | **Address** | | | |
| | 1609 Allen Ln. <br> Street | | | |
| | Evansville        IN        47710 <br> City        State        ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | None | | See Attachment 4 | |

---

| Part 7: | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | | Dates of occupancy | |
|---|---|---|---|---|
| 14.1. | 5201 Middle Mt. Vernon Rd. <br> Street | From | 01/01/1996 | To   05/31/2017 |
| | Evansville        IN        47712 <br> City        State        ZIP Code | | | |
| 14.2. | 1227, 1301 & 1327 N. Harlan Ave. <br> Street | From | 01/01/2000 | To   06/30/2017 |
| | Evansville        IN        47711 <br> City        State        ZIP Code | | See Attachment 5 | |

---

Debtor    Precision Piping and Mechanical, Inc.                    Case number (if known) 17-70785-BHL-7
          Name

| Part 8: | Healthcare Bankruptcies |
|---|---|

**15. Healthcare bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____<br>Facility name<br><br>_____<br>Street<br><br>_____<br>City       State       ZIP Code | _____<br>_____<br><br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>_____<br>_____ | _____<br><br><br>**How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |
| 15.2. | _____<br>Facility name<br><br>_____<br>Street<br><br>_____<br>City       State       ZIP Code | _____<br>_____<br><br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>_____<br>_____ | _____<br><br><br>**How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☒ Yes. Does the debtor serve as plan administrator?

☒ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

Has the plan been terminated?

☐ No

☐ Yes

Debtor _____Precision Piping and Mechanical, Inc._____  Case number (*if known*)__17-70785-BHL-7___
             Name

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City      State      ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City      State      ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City      State      ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City      State      ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

Debtor  Precision Piping and Mechanical, Inc.
_____
Name

Case number (if known) 17-70785-BHL-7

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Vincennes Water Utilities<br>Name<br>403 Busseron St.<br>Street<br><br>Vincennes   IN   47591<br>City   State   ZIP Code | Check deposited in GAB account | Check recd. by debtor 7/25/17 regarding the Vincennes WWTF bonded job<br><br>See Attachment 6 | $ Unknown |

---

**Part 12:   Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium)
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____<br><br>Case number<br>_____ | Name<br>Street<br>City   State   ZIP Code | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name<br>Street<br>City   State   ZIP Code | Name<br>Street<br>City   State   ZIP Code | | _____ |

Debtor    Precision Piping and Mechanical, Inc.                    Case number (if known) 17-70785-BHL-7
                Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | _____ | _____ |
| _____ Street | _____ Street | _____ | |
| _____ City            State        ZIP Code | _____ City            State        ZIP Code | | |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____ Name | _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | _____ Street | _____ | **Dates business existed** |
| | _____ City            State        ZIP Code | | From _____   To _____ |
| 25.2. | _____ Name | _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | _____ Street | _____ | **Dates business existed** |
| | _____ City            State        ZIP Code | | From _____   To _____ |
| 25.3. | _____ Name | _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | _____ Street | _____ | **Dates business existed** |
| | _____ City            State        ZIP Code | | From _____   To _____ |

---

Debtor  Precision Piping and Mechanical, Inc.
        Name                                          Case number (if known) 17-70785-BHL-7

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. David G. Papariella, CPA<br>Name<br>Harding Shymanski & Co., PSC<br>Street<br>P.O. Box 3677<br>Evansville                IN           47735<br>City                     State        ZIP Code | From 12/31/2007 To _____ |
| 26a.2. _____<br>Name<br>_____<br>Street<br>_____<br>City                     State        ZIP Code | From _____ To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. David G. Papariella, CPA<br>Name<br>Harding Shymanski & Co., PSC<br>Street<br>P.O. Box 3677<br>Evansville                IN           47735<br>City                     State        ZIP Code | From 12/31/2007 To _____ |
| 26b.2. _____<br>Name<br>_____<br>Street<br>_____<br>City                     State        ZIP Code | From _____ To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Scott P. Jones<br>Name<br>1405 Cheshire Bridge Rd.<br>Street<br>Evansville                IN           47710<br>City                     State        ZIP Code | _____<br>_____<br>_____ |

Debtor    Precision Piping and Mechanical, Inc.                          Case number (if known) 17-70785-BHL-7
_____                               _____
Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2.  Bradley M. Smith | _____ |
| Name | |
| 1514 Ashmore Dr. | _____ |
| Street | |
| _____ | _____ |
| Evansville          IN          47725 | |
| City                State        ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.2.  First Federal Savings Bank |
| Name |
| P.O. Box 1111 |
| Street |
| Evansville          IN          47706 |
| City                State        ZIP Code |

| Name and address |
|---|
| 26d.2.  Garrett-Stotz Company |
| Name |
| 1601 Alliant Ave. |
| Street |
| Louisville          KY          40299 |
| City                State        ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1.  _____ |
| Name |
| _____ |
| Street |
| _____ |
| City                State        ZIP Code |

Debtor    Precision Piping and Mechanical, Inc.                                      Case number *(if known)* 17-70785-BHL-7
          Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.2.    _____
         Name

         _____
         Street

         _____
         City                          State        ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Scott P. Jones | 1405 Cheshire Bridge Rd., Evansville, IN 47710 | President - Shareholder | 83.39 |
| Bradley M. Smith | 1514 Ashmore Dr., Evansville, IN 47725 | Vice President - Shareholder | 16.61 |
| | | | |
| | | | |
| | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**
☒ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?
☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Scott P. Jones | $130,000.00 | Annually | Salary |
| Name | | | |
| 1405 Cheshire Bridge Rd. | | _____ | |
| Street | | | |
| Evansville          IN          47710 | | _____ | |
| City          State          ZIP Code | | | |
| **Relationship to debtor** | | _____ | |
| President-Shareholder | | _____ | |

Debtor    Precision Piping and Mechanical, Inc.
_____    Case number (if known) 17-70785-BHL-7
          Name

| Name and address of recipient | $149,974.00 | Annually | Salary |
|---|---|---|---|
| Bradley M. Smith | | _____ | |
| Name | | | |
| 1514 Ashmore Dr. | | _____ | |
| Street | | | |
| | | | |
| Evansville             in        47725 | | _____ | |
| City                State      ZIP Code | | | |
| **Relationship to debtor** | | _____ | |
| Vice President-Shareholder | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   08/16/2017
               MM   / DD  / YYYY

✖ /s/Scott P. Jones                                    Printed name   Scott P. Jones
_____                             _____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   President
                                    _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐  No

☒  Yes

Attachment 1/7
Debtor: Precision Piping and Mechanical, Inc.       Case No:

Attachment 1 Additional Payments or Transfers to Creditors:

Creditor's Name: Utility Supply Company
Creditor's Address:  6310 S. Harding St., Indianapolis, IN 46217
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: Graybar
Creditor's Address:  P.O. Box 504490, St. Louis, MO 63150-4490
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: Ferguson Enterprises, Inc. #20
Creditor's Address:  P.O. Box 100286, Atlanta, GA 30384-0286
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: Irving Materials, Inc. Louisville
Creditor's Address:  1440 Selinda Ave., Louisville, KY 40213-1954
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: Powers Welding
Creditor's Address:  P.O. Box 6975, Evansville, IN 47719
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: Capital Electric, Inc.
Creditor's Address:  315 S. Tekoppel Ave., Evansville, IN 47712
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: David Enterprises, Inc.
Creditor's Address:  4301 Hogue Rd., Evansville, IN 47712
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: United Rentals Exchange, LLC
Creditor's Address:  P.O. Box 840514, Dallas, TX 75284-0514
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: Metro Properties, LLC
Creditor's Address:  Attn:  Jerry A. Lamb, Jr., P.O. Box 72, Evansville, IN 47701
Reasons for Payment or Transfer: Lease of business premises

Creditor's Name: Hannan Supply Company
Creditor's Address:  P.O. Box 270, Paducah, KY 42002-0270
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: Mulzer Crushed Stone, Inc.
Creditor's Address:  P.O. Box 249, Tell City, IN 47586
Reasons for Payment or Transfer: Suppliers or vendors

Attachment 2/7
Debtor: Precision Piping and Mechanical, Inc.        Case No:

Creditor's Name: Snyder Construction Co.
Creditor's Address:  150 Heth Washington Rd. SE, Corydon, IN 47112
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: Edwards Concrete Construction & Pumping
Creditor's Address:  1550 Yokel Rd., Evansville, IN 47711
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: Midwest Roofing-Sheet Metal
Creditor's Address:  1208 N. Harlan Ave., Evansville, IN 47711
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: MacAllister Rental & Supply
Creditor's Address:  Dept. 78731, P.O. Box 78000, Detroit, MI 48278-0731
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: Goedecke Company
Creditor's Address:  812 E. Taylor Ave., St. Louis, MO 63147
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: Hamlin Rental
Creditor's Address:  6010 E. Maxwell Ave., Evansville, IN 47715
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: Tri-State Painting Co., Inc.
Creditor's Address:  2217 St. Joseph Industrial Park, Evansville, IN 47720
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: Imperial Fastener & Industrial Supply
Creditor's Address:  2145 Bergdolt Rd., Evansville, IN 47711
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: Apex Masonry, Inc.
Creditor's Address:  6515 E. State Road 42, Terre Haute, IN 47803
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: Brian's Concrete Supplies
Creditor's Address:  P.O. Box 6892, Evansville, IN 47719
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: Lehman Roofing
Creditor's Address:  2005 Allens Ln., Evansville, IN 47720
Reasons for Payment or Transfer: Suppliers or vendors

Attachment 3/7
Debtor: Precision Piping and Mechanical, Inc.        Case No:

Creditor's Name: O'Neal Steel
Creditor's Address:  1323 Burch Dr., Evansville, IN 47725
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: Deere Credit, Inc.
Creditor's Address:  6400 N.W. 86th St., Johnston, IA 50131
Reasons for Payment or Transfer: Secured debt

Creditor's Name: Indianapolis Stage Sales & Rentals
Creditor's Address:  905 Massachusetts Ave., Indianapolis, IN 46202
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: Harding Shymanski & Co.
Creditor's Address:  P.O. Box 3677, Evansville, IN 47735-3677
Reasons for Payment or Transfer: Services

Creditor's Name: S & M Precast, Inc.
Creditor's Address:  7515 Old Highway 111, Memphis, TN 47143
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: Airgas Evansville
Creditor's Address:  3879 N. St. Joseph Ave., Evansville, IN 47720
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: CED Superior/Evans Supply
Creditor's Address:  P.O. Box 221229, Louisville, KY 40252-1229
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: Lowe's Customer Care
Creditor's Address:  P.O. Box 1111, North Wilkesboro, North Carolina 28656
Reasons for Payment or Transfer: Revolving charge account

Creditor's Name: KM Specialty Pumps, Inc.
Creditor's Address:  P.O. Box 99, Chandler, IN 47610
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: Yager Material, LLC
Creditor's Address:  P.O. Box 2000, Owensboro, KY 42302-2000
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: Hamricks Towing & Recovery
Creditor's Address:  1277 Maxwell Ave., Evansville, IN 47711
Reasons for Payment or Transfer: Services

Attachment 4/7
Debtor: Precision Piping and Mechanical, Inc.        Case No:

Creditor's Name: Plumbers Supply Company
Creditor's Address:  1817 W. Michigan St., Evansville, IN 47712
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: Hydromax USA, LLC
Creditor's Address:  P.O. Box 70, Chandler, IN 47610
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: Kahn, Dees, Donovan & Kahn, LLP
Creditor's Address:  P.O. Box 3646, Evansville, Indiana 47735-3646
Reasons for Payment or Transfer: Services

Creditor's Name: S & K Air Power
Creditor's Address:  Dept. 4830, P.O. Box 87618, Chicago, IL 60680-0618
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: First Federal Savings Bank
Creditor's Address:  P.O. Box 1111, Evansville, IN 47706
Reasons for Payment or Transfer: Secured debt

Creditor's Name: 11S
Creditor's Address:  600 Corporate Park Dr., St. Louis, MO 63105

Creditor's Name: Erb Equipment Company
Creditor's Address:  9800 Indiana 57, Evansville, IN 47725
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: Simms Painting Co., Inc.
Creditor's Address:  P.O. Box 2629, Evansville, IN 47728-0629
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: Sterett Crane & Rigging
Creditor's Address:  34 Booth Field Rd., Owensboro, KY 42301
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: Evapco, Inc.
Creditor's Address:  5151 Allendale Ln., Taneytown, MD 21787
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: Engineered Air
Creditor's Address:  32050 W. 83rd St., Desoto, KS 66018
Reasons for Payment or Transfer: Suppliers or vendors

Attachment 5/7
Debtor: Precision Piping and Mechanical, Inc.       Case No:

Creditor's Name: MoFab, Inc.
Creditor's Address:  1415 Fairview St., Anderson, IN 46016
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: Marsh USA, Inc.
Creditor's Address:  Chase Tower, 111 Monument Circle, 43rd Fl., Indianapolis, IN 46204
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: Xylem, Inc.
Creditor's Address:  1 International Dr., Rye Brook, NY 10573
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: City of LaVergne
Creditor's Address:  5093 Murfreesboro Rd., LaVergne, TN 37086
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: Fiberglass Fabricators, Inc.
Creditor's Address:  P.O. Box 17068, Smithfield, RI 02917
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: Allied Steel Buildings
Creditor's Address:  6451 N. Federal Hwy., Ste. 1202, Fort Lauderdale, FL 33308
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: Air Equipment Company
Creditor's Address:  P.O. Box 3185, Louisville, KY 40201
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: Tyco SimplexGrinnell
Creditor's Address:  50 Technology Dr., Westminster, MA 01441
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: Overhead Door Company of Vincennes
Creditor's Address:  1026 Main St., Vincennes, IN 47591
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: M & M Manufacturing, Inc.
Creditor's Address:  4001 Mark IV Pkwy., Fort Worth, TX 76106
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: Lockwood International, Inc.
Creditor's Address:  10203 Wallisville Rd., Houston, TX 77013
Reasons for Payment or Transfer: Suppliers or vendors

Attachment 6/7
Debtor: Precision Piping and Mechanical, Inc.         Case No:

Creditor's Name: Murphy Excavating, LLC
Creditor's Address:  8470 Mulligan Rd., Owensboro, KY 42301
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: Straeffer Pump & Supply, Inc.
Creditor's Address:  P.O. Box 99, Chandler, IN 47610
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: Wesco
Creditor's Address:  225 W. Station Square Dr., Ste. 700, Pittsburgh, PA 15219
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: First Bankcard
Creditor's Address:  c/o First Natl. Bank of Omaha, P.O. Box 2340, Omaha, NE 68103Any liability
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: Architectural Sales
Creditor's Address:  P.O. Box 965, Evansville, IN 47706
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: Randy's Tree Service, Inc.
Creditor's Address:  818 Hermitage Rd., Evansville, IN 47725
Reasons for Payment or Transfer: Suppliers or vendors

Attachment 2 Additional Losses:

Description of Property Lost: Vehicle
Description of How the Loss Occurred: Vehicle struck tire tread on highway
Amount of Payments Received for the Loss: $2,222.41
Date of Loss: 8/12/16
Value of Property Lost: Unknown

Attachment 3
47712-7868

Attachment 4

Transferee Name: DeBra-Kuempel, Inc.
Transferee Address: 1833 Taylor Ave., Louisville, KY 40213
Relationship to Debtor: None
Description of Property Transferred, Payments Received, or Debts Paid in Exchange: Miscellaneous equipment
Date of Transfer: 7/31/2017
Total Amount or Value: $500,000.00

Attachment 7/7
Debtor: Precision Piping and Mechanical, Inc.          Case No:


Transferee Name: Gary Murphy Excavating, LLC
Transferee Address: (Murphy Excavating, LLC), 8470 Mulligan Rd., Owensboro, KY
42301
Relationship to Debtor: None
Description of Property Transferred, Payments Received, or Debts Paid in Exchange:
Taylor fork truck
Date of Transfer: 7/26/2017
Total Amount or Value: $45,000.00

Transferee Name: Premier Electric, Inc.
Transferee Address: 1274 Maxwell Ave., Evansville, IN 47711
Relationship to Debtor: None
Description of Property Transferred, Payments Received, or Debts Paid in Exchange:
Tools, equipment & supplies at Harlan Ave., except for forktruck
Date of Transfer: 7/30/2017
Total Amount or Value: $11,300.00

Attachment 5 Additional Previous Addresses:

Transferee Address: 9201 Oak Hill Rd., Evansville, IN 47725
Dates of Occupancy: From May 1, 2017 to August 2, 2017

Attachment 6

Owner's Name: The Bank of New York
Property Location: Check deposited in GAB account
Property Description: Check recd. by debtor 7/31/17 regarding the Town of Newburgh
bonded job
Value: $92,860.00

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## SOUTHERN DISTRICT OF INDIANA
## EVANSVILLE DIVISION

**In re**

**Precision Piping and Mechanical, Inc.**

Case No. **17-70785-BHL-7**

**Debtor**

Chapter **7**

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **5,000.00**

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . $ **5,000.00**

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **0.00**

2.  The source of the compensation paid to me was:

    **[X]** Debtor        [ ] Other (specify)

3.  The source of compensation to be paid to me is:

    [ ] Debtor        **[X]** Other (specify)  **Funds are on hand in IOLTA account**

4.  **[X]** I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    [ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.   [Other provisions as needed]

        **Billing at a rate of $250.00 hourly, plus costs advanced or billed back**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

<table>
<tr><td align="center">CERTIFICATION</td></tr>
<tr><td>    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.</td></tr>
</table>

| **August 16, 2017** | **/s/R. Stephen LaPlante** |
|---|---|
| *Date* | *Signature of Attorney* |
| | **KEATING & LaPLANTE, LLP** |
| | *Name of law firm* |

A & T Concrete Supply, Inc.
P.O. Box 23
Fort Branch, IN 47648

A1 Septic, Inc.
P.O. Box 2088
Henderson, KY 42419-2088

ABC Cutting Contractors, Inc.
5230 Commerce Circle
Indianapolis, IN 46237

Active Energy Services, LLC
4705 Chapel Hill Rd.
Southside, TN 37171

Advance Auto Parts
P.O. Box 742063
Atlanta, GA 30374-2063

Advanced Disposal Services
P.O. Box 74008047
Chicago, IL 60674-8047

Air Equipment Company
P.O. Box 3185
Louisville, KY 40201

Airgas Evansville
3879 N. St. Joseph Ave.
Evansville, IN 47720

Airgas Evansville
P.O. Box 532609
Atlanta, GA 30353-2609

Allied Steel Buildings
6451 N. Federal Hwy., Ste.
1202
Fort Lauderdale, FL 33308

Alt & Witzig Engineering
4105 W. 99th St.
Carmel, IN 46032

Altstadt Plumbing Service,
Inc.
P.O. Box 6422
Evansville, IN 47719-0422

American Heritage Life
Insurance Co
P.O. Box 650514
Dallas, TX 75265-0514

Apex Masonry, Inc.
6515 E. State Road 42
Terre Haute, IN 47803

Apprentice & Training Fund
Office
P.O. Box 1179
Henderson, KY 42419-1179

Aramark Uniform Services
1112 Florence St.
Evansville, IN 47710

Aramark Uniform Services
AUCA Chicago MC Lockbox
25259 Network Place
Chicago, IL 60673-1252

Architectural Sales
P.O. Box 965
Evansville, IN 47706

Auto Glass Specialties, Inc.
1922 W. Delaware St.
Evansville, IN 47712

Auto Wheel & Rim Co.
P.O. Box 4220
Evansville, IN 47724

Automated Building Concepts
P.O. Box 3372
Paducah, KY 42002-3372

B. L. Anderson Company, Inc.
4801 Tazer Dr.
Lafayette, IN 47905

BBC Pumps & Equipment Co.,
Inc.
P.O. Box 22098
Indianapolis, IN 46222

Bradley M. Smith
1514 Ashmore Dr.
Evansville, IN 47725

Bradley M. Smith
1514 Ashmore Dr.
Evansville, IN 47725

Bradley M. Smith and Traci
Smith
1514 Ashmore Dr.
Evansville, IN 47725

Brian's Concrete Supplies
P.O. Box 6892
Evansville, IN 47719

C.I.A.P.I.
P.O. box 1587
Terre Haute, IN 47808

CAP of Central Indiana
P.O. Box 2488
Indianapolis, IN 46206-
2488

Capital Electric, Inc.
315 S. Tekoppel Ave.
Evansville, IN 47712

Capitol Drilling & Sawing of
Kentuc
4700 Bardstown Rd.
Elizabethtown, KY 42701

Cash Waggner & Associates
402 E. 13th St., Ste. 101
Jasper, IN 47546

Castlen Steel, LLC
7549 Iceland Rd.
Maceo, KY 42355

CED Superior/Evans Supply
P.O. Box 221229
Louisville, KY 40252-1229

Center Heights Lumber Co.,
Inc.
5812 Stringtown Rd.
Evansville, IN 47711

Central Pension Fund
Fund Office
P.O. Box 1179
Henderson, KY 42419-1179

Ceres Solutions
P.O. Box 432
Crawfordsville, IN 47933-0432

Cintas
P.O. Box 630921
Cincinnati, OH 45263-0921

City of LaVergne
5093 Murfreesboro Rd.
LaVergne, TN 37086

Commonwealth of Kentucky
Division of Unemployment
Insurance
P.O. Box 452
Frankfort, KY 40602-0452

Commonwealth of Kentucky
Div. of Unemployment
Insurance
P.O. Box 452
Frankfort, KY 40602

Complete Payment Recovery
Services,
3500 5th St.
Northport, AL 35476

Complete Payment Recovery
Services,
3500 5th St.
Northport, AL 435476

Contractor's Choice, Inc.
2070 Schappelle Ln.
Cincinnati, OH 45240

Cornerstone Boring
2950 Little Cypress Rd.
Calvert City, KY 42029

CT Corporation System
150 W. Market St., Ste. 800
Indianapolis, IN 46204

D Patrick Body Shop
7813 Baungart Rd.
47725, IN

David Enterprises, Inc.
4301 Hogue Rd.
Evansville, IN 47712

Deere Credit, Inc.
6400 N.W. 86th St.
Johnston, IA 50131

Donald J. Fuchs, Esq.
One Main St., Ste. 600
Evansville, IN 47708

Donald J. Fuchs, Esq.
One Main St., Ste. 600
Evansville, IN 47708

Dr. Vinyl of S.W. Indiana
8200 Sharon Rd.
Newburgh, IN 47630

EBN Construction &
Industrial Suppl
1701 E. Columbia St.
Evansville, IN 47711

Educational Fund
2911 W. Parrish Ave.
Owensboro, KY 42301

Edwards Concrete Construction
& Pum
1550 Yokel Rd.
Evansville, IN 47711

Electrical Worker Vacation
Old National Bank
P.O. Box 3606
Evansville, IN 47735-3606

Engineered Air
32050 W. 83rd St.
Desoto, KS 66018

Engineered Air
c/o Commerce Bank
20 N.W. 4th St.
Evansville, IN 47708

Enterprise Fleet
Management, Inc.
600 Corporate Park Dr.
St. Louis, MO 63105

EPIC Trust Fund
IBEW #16
9001 N. Kentucky Ave.
Evansville, IN 47725

Erb Equipment Company
9800 Indiana 57
Evansville, IN 47725

Erosion Resources & Supply
900 N. Baker Rd.
Boonville, IN 47601

Euler Hermes Collections North
Amer
800 Red Brook Blvd., Ste. 400C
Owings Mills, MD 21117

Evansville Water & Sewer
Utility
1 N.W. Martin Luther King Jr.
Blvd.
Evansville, IN 47708

Evapar
9000 N. Kentucky Ave.
Evansville, IN 47725-1396

Evapco, Inc.
5151 Allendale Ln.
Taneytown, MD 21787

Evolve Technology Partners
5444 E. Indiana St. #322
Evansville, IN 47715

Fastenal Company
P.O. Box 978
Winona, MN 55987

Ferguson Enterprises, Inc. #20

P.O. Box 100286
Atlanta, GA 30384-0286

Fiberglass Fabricators, Inc.
P.O. Box 17068
Smithfield, RI 02917

Fifth Third Bank, Agent
P.O. Box 5089
Evansville, IN 47716

First Bankcard
c/o First Natl. Bank of Omaha
P.O. Box 2340
Omaha, NE 68103Any liability

First Federal Savings Bank
P.O. Box 1111
Evansville, IN 47706

First Federal Savings Bank
P.O. Box 1111
Evansville, IN 47706

First Federal Savings Bank
P.O. Box 1111
Evansville, IN 47706

Forterra
200 42nd Ave. N.
Nashville, TN 37209

Frontier
P.O. Box 20550
Rochester, KY 14602-0550

G.T. Repairs
6920 Staubs Ln.
Evansville, IN 47720

Galloway Electric Supply
1414 S. Green St.
Henderson, KY 42420

General Rentals Corp.
400 N. Congress Ave.
Evansville, IN 47715

General Rubber & Plastics Co.
P.O. Box 4510 Station A
Evansville, IN 47711

Gibbs Die Casting
369 Community Dr.
Henderson, KY 42420

Goedecke Company
812 E. Taylor Ave.
St. Louis, MO 63147

Graber Crane Service
151 N. 350 E.
Washington, IN 47501

Graybar
P.O. Box 504490
St. Louis, MO 63150-4490

Green River Area Federal
Vacation - Savings
3000 E. 4th St.
Owensboro, KY 42393

Gribbins Insulation Company
1400 E. Columbia St.
Evansville, IN 47711

Hamlin Rental
6010 E. Maxwell Ave.
Evansville, IN 47715

Hamricks Towing & Recovery
1277 Maxwell Ave.
Evansville, IN 47711

Hannan Supply Company
P.O. Box 270
Paducah, KY 42002-0270

Harding Shymanski & Co.
P.O. Box 3677
Evansville, IN 47735-3677

Hardy Brake & Electric
company
P.O. Box 6441 Station B
Evansville, IN 47710

Hardy Brake & Electric Company
112-116 N. Fulton Ave.
Evansville, IN 47719-0441


Hart Bell, LLC
P.O. Box 979
Vincennes, IN 47591

Hazelwood Towing &
Recovery
2621 Sunset Ln.
Henderson, kY 42420

Health & Welfare Fund
P.O. Box 1179
Henderson, KY 42419-1179


Henderson County Board of
Education
1805 Second St.
Henderson, KY 42420

Hi-Tech Sheet Megal, Inc.
115 W. Jefferson Ave.
Chandler, IN 47610

Hobbs & Associates, Inc.
P.O. Box 12909
Norfolk, VA 23541


Home City Ice Company
P.O. Box 111116
Cincinnati, OH 45211

Hydromax USA, LLC
P.O. Box 70
Chandler, IN 47610

IBEW Local 1701
2911 W. Parrish Ave.
Owensboro, KY 42301


IBEW Local 1701 PAC Fund
2911 W. Parrish Ave.
Owensboro, KY 42301

Illini Drilled
Foundations, Inc.
P.O. Box 1351
Danville, IL 61834

Imperial Fastener & Industrial
Supp
2145 Bergdolt Rd.
Evansville, IN 47711


Imperial Fastener & Industrial
Supp
P.O. Box 714549
Cincinnati, OH 45271-4549

Indiana Combo Fund #561
P.O. Box 1587
Terre Haute, IN 47808

Indiana Department of Revenue
100 North Senate Avenue, Room
N203-
Indianapolis, IN 46204


Indiana Dept. of Workforce
Developm
c/o IDWD Legal Support
Indiana Government Center
South
10 N. Senate Ave., SE105

Indiana Gratings, Inc.
P.O. Box 1762
Martinsville, IN 46151

Indiana Kentucky Carpenters
Fringe Benefits
2690 Solution Center
Chicago, IL 60677-2066


Indianapolis Stage Sales &
Rentals
905 Massachusetts Ave.
Indianapolis, IN 46202

Infrastructure Systems,
Inc.
P.O. Box 148
Orleans, IN 47452

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Iron Workers Local 103
P.O. Box 798344
St. Louis, MO 63179-8000

Iron Workers Local 103
Assessment PAC
5313 Old Boonville Hwy.
Evansville, IN 47715

Iron Workers Local 103
Vacation
c/o Cynthiana State Bank
11201 Upper Mt. Vernon Rd.
Evansville, IN 47712


Iron Workers St. Louis
District
Council Trust Funds
P.O. Box 1096
Maryland Heights, MO 63043

Irving Materials, Inc.
Louisville
1440 Selinda Ave.
Louisville, KY 40213-1954

ISCP & CM Health & Welfare
Fund
Healthscope Benefits
P.O. Box 50440
Indianapolis, IN 46250

IUOE Local #841
P.O. Box 2157
Terre Haute, IN 47802

IUOE Local #841 PAC
P.O Box 2157
Terre Haute, IN 47802

IUOE Local 841 Apprentice &
Trainin
P.O Box 146
Universal, IN 47884

IUOE Local 841 Savings
Qualified Savings Plan
P.O. Box 10185
Terre Haute, IN 47801

IW Local 103
c/o Diamond Valley FCU
840 Diamond Ave.
Evansville, IN 47711

J & J Supply, Inc.
900 N. Baker Rd.
Boonville, IN 47601

J. I. Hass Co., Inc.
P.O. Box 1635
Owensboro, KY 42302-1635

J. Murray Blue Surplus
1600 S. Green St.
Henderson, KY 42420

JATC Builidng Fund
2911 W. Parrish Ave.
Owensboro, KY 42301

JATC Trust Fund
Electrical JATC
1321 Edgar St.
Evansville, IN 47710

Jones and Sons, Inc.
P.O. Box 2357
Washington, IN 47501

JS Electric, LLC
P.O. Box 304
Clarksville, TN 37041

Kahn, Dees, Donovan & Kahn,
LLP
P.O. Box 3646
Evansville, IN 47735-3646

Kentucky Laborers Health &
Welfare
Contributions/Dues
1996 Bypass S.
Lawrenceburg, KY 40342

Kentucky State Treasurer
Kentucky Dept. of Revenue
Frankfort, KY 40620-0003

Kight Home Center
P.O. Box 5085
Evansville, IN 47716-5085

King Mechanical Specialty
P.O. Box 67
Newburgh, IN 47629-0067

Kip A. Staub Co., LLC
6001 Petersburg Rd.
Evansville, IN 47711-1819

Kirby Risk Corporation
27561 Network Place
Chicago, IL 60673-1275

KM Specialty Pumps, Inc.
P.O. Box 99
Chandler, IN 47610

Konecranes, Inc.
P.O. Box 641807
Pittsburgh, PA 15264-1807

Koorsen Fire & Security
4725 Hitch Peters Rd.
Evansville, IN 47711

Koorsen Fire & Security
2719 N. Arlington Ave.
Indianapolis, IN 46218-
3322

Laborer's National Pension
Fund LB-
P.O. Box 803415
Dallas, TX 75380

Lehman Roofing
2005 Allens Ln.
Evansville, IN 47720

Lensing Building
Specialties
P.O. Box 965
Evansville, IN 47706

Lensing Tool & Supply
P.O. Box 3049
Evansville, IN 47730

Lin-Gas, Inc.
P.O. Box 237
Evansville, IN 47702-0237

LIUNA Local 561 PAC
951 North Park Dr.
Evansville, IN 47710

LO #136/MCA Joint Apprentice
Traini
4301 N. St. Joseph Ave.
Evansville, IN 47720

Local #16 IBEW
Business Manager
9001 N. Kentucky Ave.
Evansville, IN 47711

Local #633 Education Fund
3128 Alvey Park Dr. W.
Owensboro, KY 42303

Local 181
Fund Office
P.O. Box 1179
Henderson, KY 42419

Local 572 Working Assessment
225 Ben Allen Rd., Ste. 102
Nashville, TN 37207

Local LMCC
5675 E. Hulman Dr.
Terre Haute, IN 47803

Local Union 1701 LMCC
2911 W. Parrish Ave.
Owensboro, KY 42301

Lochmueller Group
6200 Vogel Rd.
Evansville, IN 47715

Lockwood International,
Inc.
10203 Wallisville Rd.
Houston, TX 77013

Lowe's
P.O. Box 530943
Atlanta, GA 30353-0954

Lowe's Customer Care
P.O. Box 1111
North Wilkesboro, NC 28656

LU 275 Supplemental
Pension Fund
c/o Health Scope Benefits
P.O. Box 50440
Indianapolis, IN 46250-
0440

LU 572 Apprenticeship Fund
225 Bemnn allen Rd., Ste. 102
Nashville, TN 37207

LU 572 Promotional Fund
225 Ben Allen Rd., Ste. 102
Nashville, TN 37207

Ludwig Crane Service
7840 Three School Rd.
Evansville, IN 47720

M & M Manufacturing, Inc.
4001 Mark IV Pkwy.
Fort Worth, TX 76106

M.I.A.P., Inc.
P.O. Box 210
Mt. Vernon, IN 47620

MacAllister Rental &
Supply
Dept. 78731
P.O. Box 78000
Detroit, MI 48278-0731

Manion Stigger, LLP
20 N.W. First St., Ste. 200
Evansville, IN 47708

Marsh USA, Inc.
Chase Tower
111 Monument Circle, 43rd Fl.
Indianapolis, IN 46204

Marshal Safety, Inc.
4720 N. Spring St.
Evansville, IN 47711

McMaster Carr
P.O. Box 7690
Chicago, IL 60680-7690

Mechanical Automated Control
1838 Elm Hill Pike, Ste. 127
Nashville, TN 37210

Meisler Trailer Rentals
P.O. Box 3357
Evansville, IN 47732

Melchiors' Trailer Sales
1423 S Green River Rd.
Evansville, IN 47715

Menard's
P.O. Box 5219
Carol Stream, IL 60197-5219

Menard's, Inc.
5101 Mennard Dr.
Eau Claire, WI 54703-9604

Metro Properties, LLC
Attn:  Jerry A. Lamb, Jr.
P.O. Box 72
Evansville, IN 47701

Metro Properties, LLC
Attn:  Jerry A. Lamb, Jr.
640 Salem Ct.
Evansville, IN 47715

Meyer & Meyer, LLP
100 E. Veterans Blvd.
Owensboro, KY 42303

Michael J. Weber, Esq.
227 W. Monroe St., Ste. 3850
Chicago, IL 60606

Mid America Fire & Safety, LLC
4001 N. St. Joseph Ave.
Evansville, IN 47720

Mid Central Operating
Engineers
Fringe Benefit Funds
P.O. Box 9605
Terre Haute, IN 47808-9605

Midwest Mechanical Services,
Inc.
2161 Commercial Ct.
Evansville, IN 47720

Midwest Roofing-Sheet Metal
1208 N. Harlan Ave.
Evansville, IN 47711

Milam Builders
1155 Whispering Heights
Clarksville, TN 37043

Modern Supply Company, Inc.
P.O. Box 1450
Owensboro, KY 42301-1450

Modern Welding Co. of
Owensboro
P.O. Box 1450
Owensboro, KY 42302-1450

MoFab, Inc.
1415 Fairview St.
Anderson, IN 46016

Moore Metal Works, LLC
3712 Upper Mt. Vernon Rd.
Evansville, IN 47712-7868

Mounts Electric, Inc.
P.O. Box 3273
Evansville, IN 47731

MSC Industrial Supply
P.O. Box 953635
St. Louis, MO 63195-3635

MSC Industrial Supply
75 Maxess Rd.
Melville, NY 11747

Mulzer Crushed Stone, Inc.
P.O. Box 249
Tell City, IN 47586

Murphy Excavating, LLC
8470 Mulligan Rd.
Owensboro, KY 42301

National Cert. Pipe Weld Bur
P.O Box 20425
Indianapolis, IN 46220

National Electrical Benefit FU
c/o NECA
8900 Keystone Crossing, Ste.
1000
Indianapolis, IN 46204

National LMCC
c/o NECA
8900 Keystone Crossing,
Ste. 1000
Indianapolis, IN 46240

Natl Board of Boiler and
Pressure
Vessel Inspectors
1055 Crupper Ave.
Columbus, OH 43229-1183

NEC Financial Services, LLC
250 Pehle Ave., Ste. 704
Saddle Brook, NJ 08663

NECA - IBEW Pension Fund
2120 Hubbard Ave.
Decatur, IL 62526

NECA Benefits Board No. 21
Southern Indiana Chapter
P.O. Box 3075
Evansville, IN 47730-3075

NECA IBEW Local 1701
Pension Trust Benefit
P.O. Box 3895
Evansville, IN 47737-3895

NECA-IBEW Welfare Trust
2120 Hubbard Ave.
Decatur, IL 625262899

NEEMA, LLC
10707 Coach Light Dr.
Evansville, IN 47725

NEEMA, LLC
P.O. Box 180
Inglefield, IN 47618

Nichols Electric Supply,
Inc.
P.O. Box 5516
Evansville, IN 47716-5516

Norkan, Inc.
25200 Easy St.
Warren, MI 48089

Ohio Valley Insulation Co.,
Inc.
4241 Hogue Rd.
Evansville, IN 47712

Old National Bank Vacation
Attn:  Josh Davis
P.O. Box 11010
Evansville, IN 47701

On Time Fab, Inc.
3021 Medley Rd.
Owensboro, KY 42301

O'Neal Steel
1323 Burch Dr.
Evansville, IN 47725

O'Neal Steel
P.O. Box 934243
Atlanta, GA 31193-4243

O'Neal Steel, Inc.
P.O. Box 480
Shelbyville, IN 46176

Overhead Crane & Conveyor
P.O. Box 1145
Fairview, TN 37062

Overhead Door Company of
Vincennes
1026 Main St.
Vincennes, IN 47591

Owensboro Supply Co., Inc.
P.O. Box 2029
Owensboro, KY 42303-2029

P & I Supply Co. Evansville
2220 N. Fares Ave.
Evansville, IN 47711

Park Machine & Supply Co.
426 First St.
Henderson, KY 42420

Patriot Engineering &
Environmental
601 E. Sycamore St., Ste. B
Evansville, IN 47713

Patriot Engineering &
Environmental
6150 E. 75th St.
Indianapolis, IN 46250

Pipe Trades Industry
Health & Welfa
P.O. Box 3040
Terre Haute, IN 47803

Pipefitters Local 633
3128 Alvey Park Dr. W.
Owensboro, KY 42303

Plumbers & Pipefitters LU 572
Health and Welfare Fund
225 Ben Allen Rd., Ste. 101
Nashville, TN 37207

Plumbers & Pipefitters LU
572
Pension Fund
225 Ben Allen Rd., Ste.
101
Nashville, TN 37207

Plumbers and Steamfitters
Local 136
2300 St. Joseph Industrial
Park Dr.
Evansville, IN 47720

Plumbers and Steamfitters
Local 184
Working Assessments
1332 Broadway St.
Paducah, KY 42001

Plumbers and Steamfitters
Local 633
2628 Solution Center
Chicago, IL 60677-2006

Plumbers Supply Company
1817 W. Michigan St.
Evansville, IN 47712

Plumbers Supply Company
P.O. Box 634623
Cincinnati, OH 45263-4623

Powers Welding
P.O. Box 6975
Evansville, IN 47719

PPMI Properties, LLC
Attn: Lawrence J.
Muensterman, Reg
9909 Strueh Hendricks Rd.
Evansville, IN 47712

PPNPF Contribution Fund
P.O. Box 79972
Baltimore, MD 21279-0972

Precision Controls
5610 W. 82nd St.
Indianapolis, IN 46278

Professional Concrete Cutting
15896 E. 650 N.
Hope, IN 47246

Raben Tire Company, Inc.
P.O. Box 4835
Station A
Evansville, IN 47724-0835

Railworks Track Systems,
Inc.
39545 Treasury Center
Chicago, IL 60694-9500

Randy's Tree Service, Inc.
818 Hermitage Rd.
Evansville, IN 47725

Red-D-Arc, Inc.
P.O. Box 532618
Atlanta, GA 30353-2618

Regional Water Resource
Agency
2101 Grimes Ave.
Owensboro, KY 42303

Reis Tire Sales
P.O. Box 6354
Evansville, IN 47710

Riney & Craig Enterprises,
Inc.
d/b/a First Avenue Car Wash
P.O. Box 4188
Evansville, IN 47724

Roadsafe Traffic Systems
3122 Olympia Dr.
Lafayette, IN 47909

S & K Air Power
Dept. 4830
P.O. Box 87618
Chicago, IL 60680-0618

S & M Precast, Inc.
7515 Old Highway 111
Memphis, TN 47143

Scaffold King Rentals,
Inc.
302 S. Jefferson St.
Rockville, IN 47872

Schrecker Supply Company
P.O. Box 1913
Owensboro, KY 42302-1913

Scott P. Jones
1405 Cheshire Bridge Rd.
Evansville, IN 47710

Scott P. Jones
1405 Cheshire Bridge Rd.
Evansville, IN 47710

Scott P. Jones and Narda A.
Jones
1405 Cheshire Bridge Rd.
Evansville, IN 47710

Scott P. Jones and Narda A.
Jones
1405 Cheshire Bridge Rd.
Evansville, IN 47710

Sherwin-Williams
632 E. Diamond Ave.
Evansville, IN 47711-3718

SIDC of Work Assess
Laborers Work Dues
P.O. Box 1587
Terre Haute, IN 47808

Simms Painting Co., Inc.
P.O. Box 2629
Evansville, IN 47728-0629

Smith, Cashion & Orr
231 Thir Ave. North
Nashville, TN 37201

Snyder Construction Co.
150 Heth Washington Rd. SE
Corydon, IN 47112

Southern Indiana Chapter NECA
P.O. Box 3075
Evansville, IN 47730-3075

Southern Indiana Employee
Benefits
NEBF
P.O. Box 3075
Evansville, IN 47730-3075

Stagg Safety Equipment, Inc.
163 S. Third Ave.
Evansville, IN 47708

Sterett Crane & Rigging
34 Booth Field Rd.
Owensboro, KY 42301

Straeffer Pump & Supply,
Inc.
P.O. Box 99
Chandler, IN 47610

Sugar Steel Corporation
5401 Highway 41 North
Evansville, IN 47711

Sugar Steel Corporation
15382 Collections Center Dr.
Chicago, IL 60693-0129

Sunbelt Rentals
1015 E. Columbia St.
Evansville, IN 47711

Sunbelt Rentals
P.O. Box 409211
Atlanta, GA 30384-9211

Sunbelt Rentals
1275 W. Mound St.
Columbus, OH 43223

Superior Ag
P.O. Box 420
Huntingburg, IN 47542

Superior Ag Co-op Evansville
5015 N. St. Joseph Ave.
Evansville, IN 47720

SWIBT Drug Fund
P.O. Box 1221
Evansville, IN 47706

Synenergy
P.O. Box 545
Mt. Vernon, IN 47620-0545

Tekoppel Block Company
1701 W. Ohio St.
Evansville, IN 47712

The Hanover Insurance Group
440 Lincoln St.
Worcester, MA 01653

The Hanover Insurance
Group
440 Lincoln St.
Worcester, MA 01653

The Hanover Insurance Group
440 Lincoln St.
Worcester, MA 01653

The Macomb Group
6802 Loehrlein Dr.
Evansville, IN 47715

The Macomb Group
Dept. 166401
P.O. Box 67000
Detroit, MI 48267

The Vernon Corporation
P.O. Box 246
Boonville, IN 47601

T-Mobile Bankruptcy Team
P.O. Box 53410
Bellevue, WA 98015-3410

Town of Newburgh
P.O. Box 100
Newburgh, IN 47629

Transportatin Safety &
Compliance C
7424 Ridan Way
Louisville, KY 40214

Transportation Safety &
Compliance
4212 Tamm Ct.
Louisville, KY 40272

Trifecta Steel
P.O. Box 22873
Owensboro, KY 42304

Tri-State Painting Co., Inc.
2217 St. Joseph Industrial
Park
Evansville, IN 47720

TSF Company, Inc.
2930 St. Phillips Rd.
Evansville, IN 47712

Tyco SimplexGrinnell
50 Technology Dr.
Westminster, MA 01441

Tyco SimplexGrinnell
2225 N. Burkhardt Rd., Ste. A
Evansville, IN 47715

U.S. Bank Equipment Finance
1310 Madrid St.
Marshall, MN 56258

UA LU 136 Multi-Employer
Pension
Attn:  Josh Davies
P.O. Box 11010
Evansville, IN 47701

UA LU 633 Health and Welfare
Trust
P.O. Box 643348
Cincinnati, OH 45264-3348

UAPEF/Local 184 PAC Fund
Banterra BAnk
P.O. Box 7746
Paducah, KY 42002-7746

Union Dues/MRF
225 Ben Allen Rd., Ste.
102
Nashville, TN 37207

United Leasing, Inc.
3700 Morgan Ave.
Evansville, IN 47715

United Rentals Exchange, LLC
P.O. Box 840514
Dallas, TX 75284-0514

UPS
P.O. Box 1067
Scranton, PA 18577-0067

Utility Pipe Sales Co.
P.O. Box 627
Evansville, IN 47704

Utility Supply Company
6310 S. Harding St.
Indianapolis, IN 46217

Valley Electric Supply
Corp.
P.O. Box 724
Vincennes, IN 47591

Van Ausdall & Farrar, Inc.
6430 E. 75th St.
Indianapolis, IN 46250

Vandco Equipment
2126 Glenview Dr.
Evansville, IN 47720

Vectren Energy Delivery
P.O. Box 209
Evansville, IN 47702-0209

Verification Services
P.O. Box 4047
Evansville, IN 47724

Vessell Trim Shop
955 E. Riverside Dr.
Evansville, IN 47713

Vincennes Industrial
Rental a
aka Vincenens Industrial
Supply, In
102 Executive Blvd.
Vincennes, IN 47591

Vincennes Water Utilities
403 Busseron St.
Vincennes, IN 47591

Waller Masonry
1742 Bearwallow Rd.
Ashland City, TN 37015

Wayne Wilkens Trucking,
LLC
1288 E. Elkhorn Rd.
Vincennes, IN 47591

Wesco
225 W. Station Square Dr.,
Ste. 700
Pittsburgh, PA 15219

West Metal Sales
3712 Upper Mt. Vernon Rd.
Evansville, IN 47712

Westco
401 S. 3rd Ave.
Evansville, IN 47708

WEX Bank
P.O. Box 6293
Carol Stream, IL 60197-6293

Whayne Supply Company
2420 Lynch Rd.
Evansville, IN 47711

Whayne Supply Company
Dept. 8326
Carol Stream, IL 60122-8326

Whipps, Inc.
P.O. Box 1058
Athol, MA 01331

Winsupply of Owensboro
2110 Grimes Ave.
Owensboro, KY 42303

WOW! Business
6045 Wedeking Ave.
Evansville, IN 47715

Wright Steel & Service, Inc.
1413 W. Florida St.
Evansville, IN 47710

Xylem Evansville
(Godwin/Flygt)
9745 Hedden Rd.
Evansville, IN 47725

Xylem, Inc.
1 International Dr.
Rye Brook, NY 10573

Yager Material, LLC
P.O. Box 2000
Owensboro, KY 42302-2000

ZERMA
340 Commerce Dr., Unit B
Crystal Lake, IL 60014

Zielke Law Firm PLLC
1250 Meidinger Tower
462 S. Fourth Ave.
Louisville, KY 40202-3465

**UNITED STATES BANKRUPTCY COURT**
**Southern District of Indiana**
**Evansville Division**

In re:    **Precision Piping and Mechanical, Inc.**

Case No.    **17-70785-BHL-7**

Chapter    **7**

Debtors

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated:    **August 16, 2017**

Signed:    **/s/Scott P. Jones**

Dated:

Signed:

Signed:    **/s/R. Stephen LaPlante**
**R. Stephen LaPlante**
**Attorney for Debtor(s)**
**Bar no.: 8687-82**
**101 N.W. First Street, Suite 116, P.O. Box 3556**
**Evansville, Indiana 47734-3556**
**Telephone No: (812) 463-6093**
**Fax No: (812) 463-6094**