# INVOICING PLAN / PAYMENT RECONCILIATION

TO: Renee Davey

FROM: Susan Button

DATE: 1/11/2017

# OF PAGES: 1

CUSTOMER NAME /PO#: PPMI Construction Company / 155783

JOB NAME: Owensboro, KY

CUSTOMER #: 128540

P1#: _____
P2#: B04832
Job #/Project #: U16024

PAYMENT TERMS:
- 10% N30 Following submission of submittals
- 80% N30 Following shipments
- 5% Following install, NTE 150 days after shipments
- 5% Following start-up, NTE 180 days after shipments

TAX RATE: 6.00%   TOTAL ORDER: $559,700.00

| INVOICE MILESTONE | TC | DATE | INVOICE | TAX | INVOICE AMOUNT | POS # | INVOICE | DUE | PAID | DATE | BAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1400000699990 WEDECO SUBMITTL APPROVAL MILE + Submittal Approval | 02 | 2/28/2017 | $55,970.00 | $3,358.20 | $59,328.20 | 1 | 3556945730 | 03/27/17 | $59,328.20 | 05/09/17 | $0.00 |
| 1400000699985 WEDECO SHIP/DELIVER MILESTONE + Equipment Shipment | 2W | 7/5/2017 | $503,730.00 | $30,223.80 | $533,953.80 | 2 | 3356964498 | 08/04/17 | | | |
| TOTALS | | | $559,700.00 | $33,582.00 | $593,282.00 | | | | | | |

PRE-TAX TOTAL: $559,700.00
GRAND TOTAL: $593,282.00


EXHIBIT I