# Xylem Water Solutions U.S.A., Inc.

14125 SOUTH BRIDGE CIRCLE
CHARLOTTE, NC 28273
Tel.(704)409-9700  Fax:(704)716-7610



**26717 Network Place**
**Chicago, IL 60673-1267**

| INVOICE | | YOUR PURCHASE ORDER 155783 |
|---|---|---|

| INVOICE NO. | FUS NO. | DATE SHIPPED | DELIVERY NOTE |
|---|---|---|---|
| 3556964498 | B07018 | 7/05/17 | E22622 |

| INVOICE DATE | TRN | WHS | PAYMENT TERMS |
|---|---|---|---|
| 7/05/17 | P1 | 801 | 90%N30 5%N150 5%N180 |

Sold To:

| Customer No. | 128540 |
|---|---|
| Global No. | 8008143 |

PRECISION PIPING & MECHANICAL
5201 MIDDLE MT VERNON RD

EVANSVILLE      IN 47712

Ship To:

PRECISION PIPING & MECH-
MAX RHOADS WWTP
1201 EWING ROAD
OWENSBORO      KY      42301

| FREIGHT TERMS Jobsite | DELIVERY TERMS NOT APPLICABLE THIS | ORDER PROCESSED BY WEDECO-CHARLOTTE,NC |
|---|---|---|
| SHIP VIA PER CONTRACT | ORDER TEXT RWRA MAX RHODES U16024 | CUSTOMER TEXT MIKE FIORE |

| LINE | ITEM/DESCRIPTION | QUANTITY SHIPPED UM | UNIT PRICE DISCOUNT/CHARGE | NET PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 001 | 1400000699985 WEDECO SHIP/DELIVER MILESTONE+ PROJECT PROGRESS BILLING EQUIPMENT SHIPMENT | 1 EA | 503,730.00 | 503,730.000 | 503,730.00 |
| | NET AMOUNT BEFORE TAXES USD KY STATE | | | | 503,730.00 30,223.80 |
| | | | | ORDER TOTAL USD | 533,953.80 |

IMPORTANT - This invoice is governed by and subject to TERMS AND CONDITIONS OF SALE - XYLEM AMERICAS. Different terms are hereby rejected unless expressly assented to in writing. Terms are accessible at http://www.xyleminc.com/en-us/Pages/terms-conditions-of-sale.aspx



**EXHIBIT**

K